Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

_____ Division

| | |
|---|---|
| I a man, Sean L Williams a man aggrieved; wronged.<br>claimant | ) Case No. **23-CV-3258** |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) Jury Trial: *(check one)* [✔] Yes  [ ] No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| See attachment | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**Defendants:**

**Joseph Lorman**, a man; and magistrate for vermont Superior Benington Family Court; **Wendy Dickie**; and wrongdoer, a non judicial employee forVermont Superior Bennington Family Court; **Victoria Thope**; a woman, a non judicial employee for Vermont superior Benington Family Court; Office of Child Support; a corporation depriving property of man; Sean L Williams.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sean Williams |
| Address | 141 West 127 Street apt 6a |
| | New York     NY     10027 |
| | *City*    *State*    *Zip Code* |
| County | Manhattan |
| Telephone Number | |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joseph Lorman |
| Job or Title *(if known)* | magistrate |
| Address | Vermont Superior Court Bennington Family Division |
| | Bennington     VT     05201 |
| | *City*    *State*    *Zip Code* |
| County | Bennington |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity     [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Victoria Thope |
| Job or Title *(if known)* | case manager |
| Address | Vermont Superior Court Bennington Family Division |
| | Bennington     VT     05201 |
| | *City*    *State*    *Zip Code* |
| County | Bennington |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity     [✔] Official capacity

Defendant No. 3
    Name     Wendy Dickie
    Job or Title *(if known)*     court operation manager
    Address     Vermont Superior Court Bennington Family Division

| Bennington | VT | 05201 |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County     Bennington
    Telephone Number
    E-Mail Address *(if known)*

[✔] Individual capacity    [✔] Official capacity

Defendant No. 4
    Name     Office of Child ~~Suport~~ Support
    Job or Title *(if known)*
    Address     280 State Drive

| Waterbury | VT | 05671 |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County
    Telephone Number
    E-Mail Address *(if known)*

[ ] Individual capacity    [✔] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.      Are you bringing suit against *(check all that apply)*:

         [ ] Federal officials (a *Bivens* claim)

         [✔] State or local officials (a § 1983 claim)

    B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         Fourth Amendment, seventh Amendment. section 242 of title 18. section 3716 of title 31

    C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attactment

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
VERMONT SUPERIOR COURT, BENNINGTON FAMILY DIVISION, 200 VETERANS MEMORIAL DRIVE BENNINGTON, VERMONT 05201

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Approximate date: 09/18/2019 and 07/16/2020

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Magistrate Joseph Jorman, Wendy Dickie court operation manager, Victoria Thope; case manager, and office of child Support all acted under color of law in order to process docket no. 209-9-18 bndm. I was not served with a signed subpoena to appear at Bennington family court to give up my DNA. All above defendants refuse to let me view and copy any evidence and facts presented to the court. I was never given an opportunity to view any claim against me by pate and/or OCS and the relief sought. OCS is a business and should file a complaint in a civil court when seeking a money judgment. Family court is the wrong venue.

There is no evidence in Bennington Family Court proving that I truely owe a debt. The void judgment entered against me without evidence and a signed subpoena in respect to docket no. 209-9-18 bndm (09/18/2019) and (07/16/2020) is responsible for my extreme financial hardship and excessive mentel stress. Magistrate Jorman refuse my lawful demand for relief.

Page 4 of 6

1. Joseph Lorman, magistrate at Binnington Family Court, issued a void judgment on _09/18/2019_ and then again on _07/16/2020_ without a claim from Pate and/or Office of Child Support however, issued a money judgment in favor of OCS.

2. Joseph Lorman refuse my lawful request to view any valid contract / agreement between Pate and OCS with my wet-ink signature.

3. Wendy Dickie, court operation manager, a non-judicial person requested that I, Sean L Williams, a man is to show up at Bennington family court without a signed subpoena or order from a valid judge so that I may give my DNA to establish paternity on behalf of OCS.

4. Wendy Dickie, refused my lawful request to view and copy record of a debt presented to the court that shows that I owe money that I borrow and I agree to pay back complete with my wet ink signature agreeing to terms and conditions.

5. Victoria Thope, case manager, a non-judicial person refused my lawful request to view and record any and all debt records including the promissory note with alleged claim debtor wet inked signature.

6. Office of Child Support is garnishing my wages stating that it has a court order in Bennington Family Court against me. OCS did not file a claim in Bennington Family Court for, Bennington Family Court would be the wrong venue for a business to seek a money judgment. OCS include itself in a family issue even though OCS is not a family member. OCS said that the reason it included itself on docket no. 209-9-18 bndm is that Pate ask for assistance sometime in the past. However, OCS does not represent Pate neither my offspring. OCS is labeling me an obligor and a barrower yet provide no evidence that I borrowed money and was obligated to pay back. OCS is threatening cancellation of my passport, jail time and other negative consequences if I do not pay it. OCS said that Pate applied for assistance (not force) with it which is (not a loan but a grant) for (temporary assistance to needy family with children), but I never applied for help and my family is not needy. OCS refused my lawful request to view contract or agreement between itself and me with the original dollar amount of alleged debt. OCS never provided any information as to how I allegedly owed it money for debt because it gave Pate a grant, which she applied for with her own free will, and is not entitled, but had to pay a $25 dollar fee and up to $100 annual fee each year that Pate is in the program.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My injuries are financial and mental. I did not seek medical treatment at this point for the mental stress that I am force to endure.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1.  I am seeking relief from a void judgment docket no. 209-9-18 bndm (09/18/2019) and (07/16/2020). No evidence of a loan was ever presented to the court.

2.  I want the Court to order OCS to cease and desist take my money without cause. OCS never filed a claim in Bennington Family Court.

3.  I want the Court to order OCS to return all of my money it took from me unlawfully starting from 09/18/2019 to present.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     04/13/2023

Signature of Plaintiff

Printed Name of Plaintiff     Sean Williams

**B.     For Attorneys**

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number     _____

E-mail Address     _____

Sean Williams
Plaintiff
VS.
VERIFIED COMPLAINT,
Magistrate Joseph Lorman
Individually and in his official capacity as a magistrate of the Superior Court of
Bennington County,
Defendant

I bring this suit pursuant to Title 42 U.S. Code subsection 1983 for violation of

protections guaranteed to me by the federal Constitution by defendant under

color of law individually and in his capacity as a magistrate in the Superior Court

of Bennington County.

Tittle 42 U.S. Code subsection 1983 imposes liability on anyone who, under color

of law, deprives another of rights, privileges, or immunities.

1. Magistrate Joseph Lorman did deprive me of my rights, privileges, and immunities by issuing a void temporary default order (establishment of child support) filed 09/18/2019 without evidence and presented facts which is causing me to suffer immensely both mental and financial.

2. Magistrate Joseph Lorman did deprive me of my rights, privileges, and immunities for a second time by issuing another void order mark final (establishment of child support) filed 07/16/2020 without evidence and presented facts which is causing me to still suffer immensely both mental and financial.

3. Magistrate Joseph Lorman allow OCS to garnish my wages even though OCS is not a family member but a (for profit business), and it could not and did not file a claim against me in Bennington Family Court. Furthermore, OCS is not on docket no. 209-9-18 BNDM and was never on docket no. 209-9-18 BNDM.

4. Magistrate Joseph Lorman deny my request to view Pate's claim, if she filed one, and supporting evidence against me and for what relief she is seeking in Bennington Family Court.

5. Magistrate Joseph Lorman deny my lawful request for a trial by jury.

6. Magistrate Joseph Lorman deny my request for an opportunity to view evidence pertaining to any loan obligation.

7. Magistrate Joseph Lorman never gave me an opportunity to view the subpoena that says that I, Sean Williams, a man, is to produce my DNA against my will so OCS a business could establish paternity.

8. Magistrate Joseph Lorman never gave me an opportunity to view what Pate and Office of Child Support had to respond to and shall file a response with

the court within 14 days. Electronically signed Joseph M. Lorman on 09/09/2022

9. Magistrate Joseph Lorman deny my lawful request for relief from void order.

STATE OF ___ NY
COUNTY OF ___ NY

The foregoing instrument was acknowledged before me this 14 day of Apr, 2023, by Sean Williams

_____
Notary Public's Signature
My Commission Exp. 11/30/23

Notary Name

STATE OF NEW YORK
NOTARY PUBLIC
Natalie Munoz
Qualified in Kings County
01MU6333828
MY COMMISSION EXPIRES 11/30/2023

# STATE OF VERMONT

**SUPERIOR COURT**                                    **Family Division**  ☑
**Bennington Unit**  ☑                                **Docket No. 209-9-18 Bndm**

IN RE:  Request for Records by: *(Name of Person Who Requested Records)*

**Sean Le-Ron Williams**

# RESPONSE TO REQUEST FOR COURT RECORDS

As Superior Court Clerk/Operations Manager of the  Family Division          ☑  and as the record custodian,
I hereby certify that:

1.  On 09/15/2022_____, the above named individual requested access to the following court record(s):
    *(date)*
    loan documents filed in Pate v. Williams 209-9-18 Bndm_____

2.  We are unable to produce these records for your inspection **today** because:

    ☐  The record is stored at the Records Center and will need to be located and transported to the court.

    ☐  The record is currently actively in use by another person.

    ☐  The request requires us to search for, collect and appropriately examine a large number of records.

    ☑  Other:  Loan documents signed by Stephine Pate or Office of Child Support were never filed with the court.
    _____

3.  The record(s) you requested will be available for your inspection on ---------------------------- .
    *(date)*

Dated at Bennington_____, Vermont, Bennington_____ County on 09/15/2022_____
                                                                                  *(date)*

_____
Superior ~~Court Clerk~~ / Operations Manager

Sean Williams
141 West 127 Street apt 6a
New York, NY 10027

Vermont superior court Bennington family Division 200 Veterans Memorial Drive
Bennington, Vermont 05201

Filed: 07/20/2022

Clerk: Amanda Stites

## ORDER TO CLERK OF COURT TO PERFORM SPECIFIC MINISTERIAL ACTS IN ACCORDANCE WITH SUPREME COURT OF THE UNITED STATES MATTER "*United States v. Lombardo, 241 U.S. 73, 76-77, 36 S.Ct. 508, 60 L.Ed. 897 (1916)*

1. Federal Laws are enforceable in state courts, therefore please refrain from
   not accepting pleadings under federal rule FPRC 5(d)(2) under the often
   mistaken claim that federal laws do not apply in state courts, but the
   Supreme Court of the United States made it clear that federal laws are
   enforceable in state courts. "*Federal law is enforceable in state courts not
   because Congress has determined that federal courts would otherwise be
   burdened or that state courts might provide a more convenient forum —*

1

*although both might well be true — but because the Constitution and laws passed pursuant to it are as much laws in the States as laws passed by the state legislature. The Supremacy Clause makes those laws "the supreme Law of the Land," and charges state courts with a coordinate responsibility to enforce that law according to their regular modes of procedure. "The laws of the United States are laws in the several States, and just as much binding on the citizens and courts thereof as the State laws are. . . . The two together form one system of jurisprudence, which constitutes the law of the land for the State; and the courts of the two jurisdictions are not foreign to each other, nor to be treated by each other as such, but as courts of the same country, having jurisdiction partly different and partly concurrent."* [**_Howlett v. Rose, 496 US 356 - Supreme Court 1990_**]

2. The Supreme Court _Crandall v. Nevada, 73 US 35 - Supreme Court 1868_ has adjudicated all citizens of the United States is entitled to **free access to the judicial tribunals**, therefore the clerk of this court must waive any fees for citizens who are not legal professionals. "*Living as we do under a common government, charged with the great concerns of the whole Union, every citizen of the United States from the most remote States or territories, is entitled to free access, not only to the principal departments established at Washington, but also to its judicial tribunals and public*

*offices in every State in the Union... . For all the great purposes for which the Federal government was formed we are one people, with one common country. We are all citizens of the United States, and as members of the same community must have the right to pass and repass through every part of it without interruption, as freely as in our own States. And a tax imposed by a State, for entering its territories or harbors, is inconsistent with the rights which belong to citizens of other States as members of the Union, and with the objects which that Union was intended to attain. Such a power in the States could produce nothing but discord and mutual irritation, and they very clearly do not possess it."* **_Crandall v. Nevada, 73 US 35 - Supreme Court 1868_**

3. The Clerk of the Court is a ministerial position not having authority of a tribunal. Therefore, the Clerk of the Court is required to carry out its ministerial duties without acting as a tribunal, and dismissing paperwork based upon legal conclusions that exceeds its jurisdiction.

4. Under Federal Rules of Evidence 201(d) this court and its clerks office must take judicial notice of an adjudicated fact by The Supreme Court in matter **_Mathews v. Eldridge, 424 US 319 (1976)_** *"The fundamental requirement of due process is the opportunity to be heard `at a meaningful time and in a meaningful manner"* the manner by which the undersigned has chosen to be heard, is by filing pleadings that includes arguments

3

supported by adjudicated facts and the introduction of evidence by filing papers through this clerks office. Be advised, this clerk's office refusal to accept pleadings, is an obstruction of evidence and obstruction of due process. Thereby, this clerk's office and its employees involved in these obstructions are violating the secured rights and privileges of the undersigned, and this document will serve as proof in future proceedings for damages, that this clerk's office was given the opportunity to correct its actions but refused to accept and file the paperwork brought by the undersigned.

5. **<u>Under Full Faith and Credit Clause under Article 4 Section 1</u>** of the U.S. Constitution this court must honor judgments by courts within the territories of the United States of America, especially the highest court on the land The Supreme Court of the United States.

6. The Supreme Court of the United States in matter *United States v. Lombardo, 241 U.S. 73, 76-77, 36 S.Ct. 508, 60 L.Ed. 897 (1916)* requires the clerks office must accept possession and file pleadings regardless of local rules. The provisions of the Federal Rules of Civil Procedure concerning filing supplement, rather than alter, the Lombardo approach: ["***<u>United States v. Lombardo, 241 U.S. 73, 76-77, 36 S.Ct. 508, 60 L.Ed. 897 (1916).</u>*** *Lombardo has long been considered as establishing the "physical delivery" rule such that the date of delivery is the date of filing*

4

*for statutory purposes. See, e.g., Wiggins v. Internal Revenue Service, 59 A.F.T.R.2d 87-445, 87-1 USTC P 9180, 1986 WL 15574, \*2 (D.Md.1986). The provisions of the Federal Rules of Civil Procedure concerning filing supplement, rather than alter, the Lombardo approach: The clerk shall not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or any local rules or practices." **Stone Street Capital, Inc. v. McDonald's Corp., 300 F. Supp. 2d 345 - Dist. Court, D. Maryland** ] The clerk of the court, like a recorder, is required to accept pleadings and file them.*

7.  The Federal Rules of Civil Procedure was the agreed format for the court proceedings.

8.  A paper is filed upon delivering it (A) to the clerk. FPRC 5(d)(2)

9.  The job of the clerk of the court *"is to file pleadings and other documents, maintain the court's files and inform litigants of the entry of court orders."* **Sanders v. Department of Corrections, 815 F. Supp. 1148, H49(N.D. Ill. 1993). (Williams v. Pucinski, 01C5588 (N.D.Ill. 01/13/2004).)**

10. The duty of the clerk is to make his record correctly represent the proceedings in the case. **Wetmore v. Karrick, 27 S. Ct. 434, 205 U.S. 141 (U.S. 03/11/1907** Failing to file documents presented and reflect the documents on the docket is a failure to perform the ministerial duties of the Clerk of Court.

11. It is hereby the order of this court of record that the Clerk of the Court for the Vermont superior court Bennington family division fulfill its obligations under the authority of law and file any documents presented for said purpose.

## POTENTIAL VIOLATIONS OF LAWS BY REFUSAL TO ACCEPT PLEADINGS

1. **18 U.S. Code § 2076 - Clerk of United States District Court** *"Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both."*

2. **18 U.S. Code § 2071 - Concealment, removal, or mutilation generally –** *"Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book,*

6

*document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States."*

3.  **18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant**

(a)*(1) Whoever kills or attempts to kill another person, with intent to—(A) prevent the attendance or testimony of any person in an official proceeding;(B) prevent the production of a record, document, or other object, in an official proceeding; or(C) prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings;shall be punished as provided in paragraph (3).(2) Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to—(A) influence, delay, or prevent the testimony of any person in an official proceeding;(B) cause or induce any person to—(i) withhold testimony, or withhold a record, document, or other object, from an official proceeding;(ii) alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for use in an official*

proceeding;(iii) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or(iv) be absent from an official proceeding to which that person has been summoned by legal process; or(C) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, supervised release, parole, or release pending judicial proceedings; shall be punished as provided in paragraph (3).

**Sean Williams**

**141 West 127 Street apt 61 NY NY 12207**

**PROPRIA PERSONA**

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 10 day of July 20 27, by Sen Williams

Notary Public's Signature            Notary Name
My Commission Exp. 11/30/23

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

Sean Williams
141 West 127 Street apt 6a
New York, NY 10027


Vermont superior court Bennington family Division 200 Veterans Memorial Drive
Bennington, Vermont 05201


Filed: 07/20/2022

Clerk: Amanda Stites


**ORDER TO CLERK OF COURT TO PERFORM SPECIFIC MINISTERIAL**

**ACTS IN ACCORDANCE WITH SUPREME COURT OF THE UNITED STATES**

**MATTER "_United States v. Lombardo, 241 U.S. 73, 76-77, 36 S.Ct. 508, 60 L.Ed. 897_**

**_(1916)_**

**A CLERK IS WITHOUT THE JUDICIAL AUTHORITY TO PERFORM**

**TRIBUNAL ACTS OF READING THE PLEADINGS AND REFUSING TO**

**ACCEPT PAPERWORK BASED UPON THE CLERK'S UNWANTED LEGAL**

**CONCLUSIONS, LEGAL CONCLUSIONS THAT ARE RESERVED FOR A**

**JUDGE ASSIGNED TO READ THE PLEADINGS.**

**THEREFORE, THE LAW AND OPINIONS OF STATE COURTS AND THE**

**SUPREME COURT REQUIRES THAT THE CLERKS OFFICE PERFORM ITS**

**MINISTERIAL DUTIES AND ACCEPT THESE PLEADINGS FOR WRIT OF**

1

HABEAS, A RIGHT SECURED BY ARTICLE 1 SECTION 9 CLAUSE 2 OF THE

U.S. CONSTITUTION.

IT IS A MISTAKE FOR THIS CLERKS OFFICE TO REFUSE TO ACCEPT

THESE PLEADINGS FOR WRIT OF HABEAS CORPUS BASING THEIR

ACTIONS UNDER THE INCORRECT LEGAL CONCLUSION THAT THE

PURPOSE OF WRIT OF HABEAS CORPUS IS FOR PEOPLE CONFINED TO A

JAIL OR PRISON.

FURTHER COURT PROCEDURAL RULES ALLEGING THAT AN APPEAL OR

ORDER TO SHOW CAUSE MUST BE FILED BEFORE A WRIT OF HABEAS

CORPUS IS FALSE AND IS OBSTRUCTING A CONSTITUTIONAL REMEDY

HELD BY MANY COURTS HOLDING THAT THE WRIT OF HABEAS CORPUS

KNOWN AS "THE GREAT WRIT" MUST TAKE PRECEDENCE OVER ANY

PROCEDURAL REQUIREMENTS BY THE COURTS.ONE OF THE MAIN THE

PURPOSES OF FILING A WRIT OF HABEAS CORPUS IS TO CUT THROUGH

MANY PROCEDURAL MAZES THAT MAY CAUSE FURTHER SUFFERING.

"*Although the challenge to the jurisdiction of the Magistrates' Court could have been*

*raised by the defendant on appeal from the judgment of conviction (see People v. Scott,*

*3 N Y 2d 148), and although that might have been a more orderly and regular method of*

*procedure, the right to invoke habeas corpus, "the historic writ of liberty", "the*

*greatest of all writs", is so primary and fundamental that it must take precedence over*

*considerations of procedural orderliness and conformity. (See U. S. Const., art. I, § 9; N.*

2

*Y. Const., art. I, § 4; People ex rel. Tweed v. Liscomb, 60 N.Y. 559, 566, 591, supra; People ex rel. Sabatino v. Jennings, 246 N.Y. 258, 260.*)"

**THE SUPREME COURT HAS ADJUDICATED IN MATTER MEYER V NEBRASKA THE WRIT OF HABEAS CORPUS IS A REMEDY FOR NON-PHYSICAL RESTRAINTS OF LIBERTY AND UNCONSTITUTIONAL ACTS IN STATE COURTS AND "THE GREAT WRIT" IS USED TO CUT THROUGH PROCEDURAL MAZES AND MUST BE HEARD IMMEDIATELY.**

1. Federal Laws are enforceable in state courts, therefore please refrain from not accepting pleadings under federal rule FPRC 5(d)(2) under the often-mistaken claim that federal laws do not apply in state courts, but the Supreme Court of the United States made it clear that federal laws are enforceable in state courts. "*Federal law is enforceable in state courts not because Congress has determined that federal courts would otherwise be burdened or that state courts might provide a more convenient forum — although both might well be true — but because the Constitution and laws passed pursuant to it are as much laws in the States as laws passed by the state legislature. The Supremacy Clause makes those laws "the supreme Law of the Land," and charges state courts with a coordinate responsibility to enforce that law according to their regular modes of procedure. "The laws of the United States are laws in the several States,*

*and just as much binding on the citizens and courts thereof as the State laws are. . . . The two together form one system of jurisprudence, which constitutes the law of the land for the State; and the courts of the two jurisdictions are not foreign to each other, nor to be treated by each other as such, but as courts of the same country, having jurisdiction partly different and partly concurrent."* [**_Howlett v. Rose, 496 US 356 - Supreme Court 1990_**]

2. The Supreme Court <u>*Crandall v. Nevada, 73 US 35 - Supreme Court 1868*</u> has adjudicated all citizens of the United States is entitled to **free access to the judicial tribunals**, therefore the clerk of this court must waive any fees for citizens who are not legal professionals. *"Living as we do under a common government, charged with the great concerns of the whole Union, every citizen of the United States from the most remote States or territories, is entitled to free access, not only to the principal departments established at Washington, but also to its judicial tribunals and public offices in every State in the Union... . For all the great purposes for which the Federal government was formed we are one people, with one common country. We are all citizens of the United States, and as members of the same community must have the right to pass and repass through every part of it without interruption, as freely as in our own States. And a tax imposed by a State, for entering its territories or harbors, is inconsistent*

4

with the rights which belong to citizens of other States as members of the

Union, and with the objects which that Union was intended to attain. Such

a power in the States could produce nothing but discord and mutual

irritation, and they very clearly do not possess it."***Crandall v. Nevada, 73***

***US 35 - Supreme Court 1868***

3.  The Clerk of the Court is a ministerial position not having authority of a

    tribunal. As such it is required to carry out its duties without acting as a

    tribunal, but by merely performing the duties authorized by the court. One

    of those is a duty owed to the plaintiff to take possession of the pleadings

    and file the pleadings presented for the record. Failing to file a document

    for the record is a criminal offense.

4.  The Supreme Court in matter ***Mathews v. Eldridge, 424 US 319 (1976)***

    [***"The fundamental requirement of due process is the opportunity to be***

    ***heard 'at a meaningful time and in a meaningful manner."***] held that due

    process requires the respondent to be heard at a meaningful time and

    manner. The manner by which the undersigned has chosen to be heard, is

    by filing pleadings that includes arguments supported by facts and the

    introduction of evidence by filing papers through this clerk's office. Be

    advised, this clerk's office refusal to accept pleadings, is an obstruction of

    evidence and obstruction of due process. Thereby, this clerk's office and

    its employees involved in these obstructions are violating the secured

5

rights and privileges of the undersigned, and this document will serve as proof in future proceedings for damages, that this clerk's office was given the opportunity to correct its actions but refused to accept and file the paperwork brought by the undersigned.

5. Writ of Habeas Corpus is not merely for bodily restraint. ***Meyer v. Nebraska, 262 US 390 - Supreme Court 1923.*** ["*Liberty denotes not merely freedom from bodily restraint, but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized*"]

6. Writ of Habeas Corpus must cut through all procedural mazes and be brought before the court immediately. "The ***writ of habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action.*** *Its pre-eminent role is recognized by the admonition in the Constitution that****: "The Privilege of the Writ of Habeas Corpus shall not be suspended*** . . . ." U. S. Const., Art. I, § 9, cl. 2. The scope and flexibility of the writ—its capacity to reach all manner of illegal detention—****its ability to cut through barriers of form and procedural mazes****—have always been emphasized and jealously guarded by courts and lawmakers. ****The very nature of the writ demands that it be*

*administered with the initiative and flexibility essential to insure that*

*miscarriages of justice within its reach are surfaced and corrected. As*

*Blackstone phrased it, habeas corpus is "the great and efficacious writ,*

*in all manner of illegal confinement."*[2] As this Court said in ***Fay v.***

***Noia, 372 U. S. 391, 401-402 (1963)***, the office of the writ is ***"to provide a***

***prompt and efficacious remedy for whatever society deems to be***

***intolerable restraints." See Peyton v. Rowe, 391 U. S. 54, 65-67 (1968)***."

***Harris v. Nelson, 394 US 286 - Supreme Court 1969*** *" The writ of habeas*

*corpus is the fundamental instrument for safeguarding individual freedom*

*against arbitrary and lawless state action. Its pre-eminent role is*

*recognized by the admonition in the Constitution that: "The Privilege of*

*the Writ of Habeas Corpus shall not be suspended . . . ." U. S. Const., Art.*

*I, § 9, cl. 2. The scope and flexibility of the writ—its capacity to reach all*

*manner of illegal detention—**its ability to cut through barriers of form***

***and procedural mazes—have always been emphasized and jealously***

***guarded by courts and lawmakers. The very nature of the writ demands***

***that it be administered with the initiative and flexibility essential to***

***insure that miscarriages of justice within its reach are surfaced and***

***corrected. "Harris v. Nelson, 394 US 286 - Supreme Court 1969***

7

7. The Supreme Court of the United States in matter the clerk's office must accept possession and file pleadings regardless of local rules. The provisions of the Federal Rules of Civil Procedure concerning filing supplement, rather than alter, the Lombardo approach: ["***United States v. Lombardo, 241 U.S. 73, 76-77, 36 S.Ct. 508, 60 L.Ed. 897 (1916).*** *Lombardo has long been considered as establishing the "physical delivery" rule such that the date of delivery is the date of filing for statutory purposes. See, e.g., Wiggins v. Internal Revenue Service, 59 A.F.T.R.2d 87-445, 87-1 USTC P 9180, 1986 WL 15574, \*2 (D.Md.1986). The provisions of the Federal Rules of Civil Procedure concerning filing supplement, rather than alter, the Lombardo approach: The clerk shall not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or any local rules or practices."* ***Stone Street Capital, Inc. v. McDonald's Corp., 300 F. Supp. 2d 345 - Dist. Court, D. Maryland*** ] The clerk of the court, like a recorder, is required to accept pleadings and file them.

8. The Federal Rules of Civil Procedure was the agreed format for the court proceedings.

9. A paper is filed upon delivering it (A) to the clerk. FPRC 5(d)(2)

10. The job of the clerk of the court *"is to file pleadings and other documents, maintain the court's files and inform litigants of the entry of court orders."*

*Sanders v. Department of Corrections, 815 F. Supp. 1148, H49(N.D. Ill. 1993). (Williams v. Pucinski, 01C5588 (N.D.Ill. 01/13/2004).)*

11. The duty of the clerk is to make his record correctly represent the proceedings in the case. *Wetmore v. Karrick, 27 S. Ct. 434, 205 U.S. 141 (U.S. 03/11/1907* Failing to file documents presented and reflect the documents on the docket is a failure to perform the ministerial duties of the Clerk of Court.

12. It is hereby the order of this court of record that the Clerk of the Court for the [NAME OF THE COURT] fulfill its obligations under the authority of law and file any documents presented for said purpose.

## POSSIBLE VIOLATIONS OF LAWS BY REFUSAL TO ACCEPT PLEADINGS

1. **18 U.S. Code § 2076 - Clerk of United States District Court** "*Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.*"

2. **18 U.S. Code § 2071 - Concealment, removal, or mutilation generally** – "*Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts*

*to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. "*

3. **18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant**

(a)*(1) Whoever kills or attempts to kill another person, with intent to—(A) prevent the attendance or testimony of any person in an official proceeding;(B) prevent the production of a record, document, or other object, in an official proceeding; or(C) prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings;shall be punished as provided in paragraph (3).(2) Whoever uses*

*physical force or the threat of physical force against any person, or attempts*

*to do so, with intent to—(A) influence, delay, or prevent the testimony of any*

*person in an official proceeding; (B) cause or induce any person to—(i)*

*withhold testimony, or withhold a record, document, or other object, from an*

*official proceeding; (ii) alter, destroy, mutilate, or conceal an object with*

*intent to impair the integrity or availability of the object for use in an official*

*proceeding; (iii) evade legal process summoning that person to appear as a*

*witness, or to produce a record, document, or other object, in an official*

*proceeding; or(iv) be absent from an official proceeding to which that person*

*has been summoned by legal process; or(C) hinder, delay, or prevent the*

*communication to a law enforcement officer or judge of the United States of*

*information relating to the commission or possible commission of a Federal*

*offense or a violation of conditions of probation, supervised release, parole,*

*or release pending judicial proceedings; shall be punished as provided in*

*paragraph (3).*

STATE OF
COUNTY OF

The foregoing instrument was acknowledged before
me this ___ day of ___, 20___, by ___

Notary Public's Signature
My Commission Exp. ___

Notary Name

**Sean Williams**

141 West 127 Street apt 6a New York, NY 10027

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628

**PROPRIA PERSONA**

Sean Williams
141 West 127 Street apt 6a
New York, NY 10027

VERMONT SUPERIOR COURT
BENNINGTON FAMILY DIVISION
200 VETERANS MEMORIAL DRIVE
BENNINGTON, VERMONT 05201

Sean Williams,

          Plaintiff,

vs.

OFFIC OF CHILD SUPPORT,

          Defendant

Case No.: 209-9-18 BNDM

**NOTICE OF DEMAND
WRIT OF QUO WARRANTO**

**NOTICE OF DEMAND FOR A COMMON LAW NON-STATUTORY**

**WRIT OF QUO WARRANTO ORAL PROCEEDING ARISES UNDER**

**THE JURISDICTION OF THE 9TH AMENDMENT AND ALL WRITS**

**ACT of 1789 DEMANDING PROOF OF AUTHORITY BY OATH OF**

**OFFICE FOR JUDICIAL OFFICER TO PRESIDE OVER A JUDICIAL**

**FACT FINDING PROCEEDINGS WHICH MAY RESULT IN THE**

**ISSUANCE OF SUMMARY MONEY JUDGMENTS COMMONLY**

NOTICE OF DEMAND WRIT OF QUO WARRANTO - 1

**REFERRED AS SUPPORT ORDERS** *"Quo warranto is "[a] common-law writ used to inquire into the authority by which a public office is held or a franchise is claimed." Black's Law Dictionary 1285 (8th ed. 2004). It is properly used to challenge the "power and authority" of a constitutional officer."* *Arthur Lee JOHNSON, Petitioner, v. OFFICE OF the STATE ATTORNEY, etc., Respondents No. 5D08-710. Decided: July 25, 2008 District Court of Appeal of Florida, Fifth District.*

The intention of this Notice of Demand to the Court to hold proceeding for COMMON LAW NON STATUTORY WRIT OF QUO WARRANTO with JURISDICTION ARISING UNDER THE NINTH AMENDMENT AND ALL WRITS ACT 1789.

A WRIT OF QUO WARRANTO is a common law writ proceeding held in full view of the public in an open court to bear witness to the WRIT OF QUO WARRANTO brought by the undersigned.

A WRIT OF QUO WARRANTO proceeding is held to inquire the PROOF OF AUTHORITY by OATH OF OFFICE for an American Judge to preside over fact-finding proceedings which may result in the issuance of a money judgment, commonly referred to as a support order.

NOTICE OF DEMAND WRIT OF QUO WARRANTO - 2

Before the issuance of any money judgment called a Support Order the court must prove it has the authority, personal, and subject matter jurisdiction before issuing judgments. "*Not only must a challenge to the authority of a judge or prosecutor be timely, but it also must be brought by a direct quo warranto proceeding. Ordinarily, this should first be presented to the circuit court. State ex rel. Vance v. Wellman, 222 So.2d 449, 449 (Fla. 2d DCA 1969).*" **Arthur Lee JOHNSON, Petitioner, v. OFFICE OF the STATE ATTORNEY, etc., Respondents No. 5D08-710. Decided: July 25, 2008 District Court of Appeal of Florida, Fifth District.**

A support order is not a warrant guaranteed by the 4th amendment. A support order is a summary judgment that is routinely sent to a third party State, City, or County Child Support Enforcement Debt Collection Agency, to be enforced and collected by income withholding order issued by this third party State, City, or County Child Support Enforcement Debt Collection Agency.

The 4th amendment of the Bill of Rights is a law that requires that a warrant is issued under sworn oath before the acts of search and seizure of property. Therefore, it is required that Judicial Officer to provide proof of oath of office before issuing a money judgment for garnishment of wages.

This proceeding must be addressed before moving forward in this matter.

NOTICE OF DEMAND WRIT OF QUO WARRANTO - 3

A judgment or order issued without responding to this Writ of Quo Warranto by showing proof of oath of office is void.

All public officials are required by Federal and State Constitution to have filed on record and at hand proof of oath of office.

Dated this 20 of July ,2022.

Sean Williams

STATE OF NY
COUNTY OF NY
The foregoing instrument was acknowledged before me this 20 day of My , 20 22 by Sean Williams

Notary Public's Signature
My Commission Exp. 11/30/23

Notary Name

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

NOTICE OF DEMAND WRIT OF QUO WARRANTO - 4



1   Sean Williams
2   141 West 127 Street apt 6a
    New York, NY 10027

3

4                    VERMONT SUPERIOR COURT
5                    BENNINGTON FAMILY DIVISION
                     200 VETERANS MEMORIAL DRIVE
6                    BENNINGTON, VERMONT 05201

7

8   Sean Williams,                    Case No.: 209-9-18 BNDM

            Plaintiff,
9
                                       **NOTICE TO COURT
10  vs.                                CONTESTING SUPPORT ORDER
                                       IS VOID AND UNDER FEDERAL
11  OFFIC OF CHILD SUPPORT,            RULE 201(C)(2) TAKE JUDICIAL
                                       NOTICE OF EVIDENCE BEFORE
12          Defendant                  THE COURT OF AN
                                       ADJUDICATED FACT BY THE
13                                     SUPREME COURT OF THE
                                       UNITED STATES IN MATTER
14                                     VIRGINIA V. RIVES, 100 US 313-
15                                     SUPREME COURT 1880 THAT
                                       ALL STATE PROCEEDINGS
16                                     CORAM NON JUDICE ARE
17                                     ABSOLUTELY VOID**

18

19

20                      **NOTICE TO COURT**

21  NOTICE TO COURTCONTESTING SUPPORT ORDER IS VOID AND UNDER FEDERAL
    RULE 201(C)(2) TAKE JUDICIAL NOTICE OF EVIDENCE BEFORE THE COURT OF AN
22  ADJUDICATED FACT BY THE SUPREME COURT OF THE UNITED STATES IN
    MATTER VIRGINIA V. RIVES, 100 US 313-SUPREME COURT 1880 THAT ALL STATE
    PROCEEDINGS CORAM NON JUDICE ARE ABSOLUTELY VOID - 1

## CONTESTING SUPPORT ORDER TAKE JUDICIAL NOTICE OF EVIDENCE OF ADJUDICATED FACT BY THE SUPREME COURT OF THE UNITED STATES IN MATTER VIRGINIA v. RIVES, 100 US 313-SUPREME COURT 1880 THAT ALL STATE PROCEEDINGS CORAM NON-JUDICE THAT ARE ABSOLUTELY VOID

1.  THE RESPONDENT Sean Williams ON 07/18/2022 IS CONTINUING CONTESTING THE CHILD SUPPORT ENFORCEMENT PROCEEDINGS CORAM NON-JUDICE[1] ARE ABSOLUTELY VOID[2].

2.  TAKE JUDICIAL NOTICE UNDER FEDERAL RULES OF EVIDENCE 201(C)(2) OF EVIDENCE BEFORE THE COURT OF AN ADJUDICATED FACT *VIRGINIA v. RIVES, 100 US 313-SUPREME*

------

[1]What is CORAM NON-JUDICE? In presence of a person not a judge. When a suit is brought and determined in a court which has no jurisdiction in the matter, then it is said to be coram non-judice, and the judgment is void. *Manufacturing Co. v. Holt, 51 W. Va. 352, 41 S. E. 351*

[2] "If the petition filed in the State court before trial, and duly verified by the oath of the defendants, exhibited a sufficient ground for a removal of the prosecutions into the Circuit Court of the United States, they were in legal effect thus removed, and the writ of habeas corpus was properly issued. All proceedings in the State court subsequent to the removals were Coram non-judice and absolutely void." ***VIRGINIA v. RIVES, 100 US 313-SUPREME COURT 1880***

NOTICE TO COURTCONTESTING SUPPORT ORDER IS VOID AND UNDER FEDERAL RULE 201(C)(2) TAKE JUDICIAL NOTICE OF EVIDENCE BEFORE THE COURT OF AN ADJUDICATED FACT BY THE SUPREME COURT OF THE UNITED STATES IN MATTER VIRGINIA V. RIVES, 100 US 313-SUPREME COURT 1880 THAT ALL STATE PROCEEDINGS CORAM NON JUDICE ARE ABSOLUTELY VOID - 2

*COURT 1880* THAT HELD ALL STATE PROCEEDINGS CORAM NON

JUDICE ARE ABSOLUTELY VOID.

3. THIS COURT HAS BEEN JUDICIALLY NOTICED OF AN

ADJUDICATED FACT *VIRGINIA v. RIVES, 100 US 313-SUPREME*

*COURT 1880* THAT JUDGMENTS BY PERSONS NOT JUDGES ARE

ABSOLUTELY VOID AND THEREBY THIS COURT IS WITHOUT

DISCRETION TO REFUSE TO DISMISS PROCEEDINGS AND

VACATE AB INITIO ALL ORDERS.

4. THE RESPONDENT Sean Williams IS NOT A UNITED STATES

MEMBER OF UNIFORM SERVICES OR AN EMPLOYEE OF A

FEDERAL AGENCY AND THEREBY NOT SUBJECTED TO STATE

TITLE IV-D CHILD SUPPORT ENFORCEMENT[3] IN ACCORDANCE

WITH 42 USC SECTION 651.

---

[3] **Ex. Ord. No. 12953, Feb. 27, 1995, 60 F.R. 11013 Sec. 203. "Child support enforcement"** means any administrative or judicial action by a court or administrative entity of a State necessary to establish NOTICE TO COURTCONTESTING SUPPORT ORDER IS VOID AND UNDER FEDERAL RULE 201(C)(2) TAKE JUDICIAL NOTICE OF EVIDENCE BEFORE THE COURT OF AN ADJUDICATED FACT BY THE SUPREME COURT OF THE UNITED STATES IN MATTER VIRGINIA V. RIVES, 100 US 313-SUPREME COURT 1880 THAT ALL STATE PROCEEDINGS CORAM NON JUDICE ARE ABSOLUTELY VOID - 3

5. THIS COURT MUST ACT WITHOUT DISCRETION AND ISSUE AN IMMEDIATE DISMISSAL OF PROCEEDINGS FOR CHILD SUPPORT ENFORCEMENT AND PATERNITY IN RESPONSE TO THE LAWFUL FACT UNDER EXECUTIVE ORDER 12953 THAT CHILD SUPPORT ENFORCEMENT PROCEEDINGS ARE FOR MEMBERS OF THE UNIFORM SERVICES AND EMPLOYEES OF THE FEDERAL GOVERNMENT AND THEREBY ANYONE NOT NOT MEMBERS OF THE UNIFORMED SERVICES AND FEDERAL GOVERNMENT ARE NOT SUBJECTED TO TITLE IV-D CHILD SUPPORT ENFORCEMENT.

6. THIS COURT OR ADMINISTRATIVE BODY MUST VACATE [AB INITIO] ANY AND ALL ORDERS IT ISSUED DURING TITLE IV-D CHILD SUPPORT ENFORCEMENT PROCEEDINGS FOR THE FACT THAT THE RESPONDENT IS NOT SUBJECTED TO EXECUTIVE

---

paternity or establish a child support order, including a medical support order, and any actions necessary to enforce child support or medical support order. Child support actions may be brought under the civil or criminal laws of a State and are not limited to actions brought on behalf of the State or individual by State agencies providing services under title IV-D of the Social Security Act, 42 U.S.C. 651 et seq.
NOTICE TO COURTCONTESTING SUPPORT ORDER IS VOID AND UNDER FEDERAL RULE 201(C)(2) TAKE JUDICIAL NOTICE OF EVIDENCE BEFORE THE COURT OF AN ADJUDICATED FACT BY THE SUPREME COURT OF THE UNITED STATES IN MATTER VIRGINIA V. RIVES, 100 US 313-SUPREME COURT 1880 THAT ALL STATE PROCEEDINGS CORAM NON JUDICE ARE ABSOLUTELY VOID - 4

ORDER 12953 SECTION 203 CHILD SUPPORT ENFORCEMENT

BECAUSE HE IS NOT A MEMBER OF THE UNITED STATES

UNIFORMED SERVICES NOR EMPLOYED BY A FEDERAL AGENCY

OF THE EXECUTIVE BRANCH OF GOVERNMENT.

7. IT IS A FACT THAT UNDER *UNIFORM INTERSTATE FAMILY*

*SUPPORT ACT*[4] THE RESPONDENT MUST SUBMIT TO THE

JURISDICTION OF THE COURT AND WAIVE CONSENT AND THIS

RESPONSE IS PROOF THAT THE RESPONDENT IS NOT

SUBMITTING TO THE JURISDICTION OF THE COURT AND IS NOT

WAIVING CONSENT.

**REFUSAL TO ISSUE A DISMISSAL OR VACATE A**

**SUPPORT ORDER REQUIRES A CLARIFICATION**

---

[4] **UNIFORM INTERSTATE FAMILY SUPPORT ACT JURISDICTION SECTION 201. BASES FOR JURISDICTION OVER NONRESIDENT** (a) In a proceeding to establish, or enforce, or modify a support order or to determine parentage, a tribunal of this State may exercise personal jurisdiction over a nonresident individual [or the individual's guardian or conservator] if:
  (1) the individual is personally served with [citation, summons, notice] within this State;
  (2) the individual submits to the jurisdiction of this State by consent in a record, by entering a general appearance, or by filing a responsive document having the effect of waiving any contest to personal jurisdiction;

NOTICE TO COURTCONTESTING SUPPORT ORDER IS VOID AND UNDER FEDERAL RULE 201(C)(2) TAKE JUDICIAL NOTICE OF EVIDENCE BEFORE THE COURT OF AN ADJUDICATED FACT BY THE SUPREME COURT OF THE UNITED STATES IN MATTER VIRGINIA V. RIVES, 100 US 313-SUPREME COURT 1880 THAT ALL STATE PROCEEDINGS CORAM NON JUDICE ARE ABSOLUTELY VOID - 5

1.  PLEASE CLARIFY WHY EXECUTIVE ORDER 12953 AND TITLE IV-D FEDERAL GUIDELINES UNDER 42 USC SECTIONS 651-669(b)[5] ARE NOT APPLICABLE FOR STATE TITLE IV-D CHILD SUPPORT ENFORCEMENT OR PATERNITY ESTABLISHMENT?

Dated this _20_ of _July_, 2022.

Sean Williams

STATE OF _NY_
COUNTY OF _NY_

The foregoing instrument was acknowledged before me this _20_ day of _July_, 2022 by _Sean William_

Notary Public's Signature          Notary Name
My Commission Exp. _11/30/23_

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

[5] **Blessing v. Freestone, 520 US 329 - Supreme Court 1997** The structure of each State's Title IV—D agency, like the services it provides, must conform to federal guidelines. For example, States must create separate units to administer the plan, § 654(3), and to disburse collected funds, § 654(27), each of which must be staffed at levels set by the Secretary, 45 CFR § 303.20 (1995)

NOTICE TO COURTCONTESTING SUPPORT ORDER IS VOID AND UNDER FEDERAL RULE 201(C)(2) TAKE JUDICIAL NOTICE OF EVIDENCE BEFORE THE COURT OF AN ADJUDICATED FACT BY THE SUPREME COURT OF THE UNITED STATES IN MATTER VIRGINIA V. RIVES, 100 US 313-SUPREME COURT 1880 THAT ALL STATE PROCEEDINGS CORAM NON JUDICE ARE ABSOLUTELY VOID - 6



Sean Williams
141 West 127 Street apt 6a
New York, NY 10027

## VERMONT SUPERIOR COURT
## BENNINGTON FAMILY DIVISION
## 200 VETERANS MEMORIAL DRIVE
## BENNINGTON, VERMONT 05201

Sean Williams,

       Plaintiff,

vs.

OFFIC OF CHILD SUPPORT,

       Defendant

Case No.: 209-9-18 BNDM

**PETITION
NON-STATUTORY
WRIT OF HABEAS CORPUS
CONSTITUTIONAL REMEDY TO
VACATE A VOID JUDGMENT
MADE IN VIOLATION OF DUE
PROCESS UNDER FEDERAL
RULE 60(B)(4)
[ORAL PRESENTATION IS
DEMANDED]**

**PETITION**

**NON-STATUTORY**

**WRIT OF HABEAS CORPUS**

**CONSTITUTIONAL REMEDY TO VACATE A VOID JUDGMENT MADE**

PETITIONNON-STATUTORYWRIT OF HABEAS CORPUSCONSTITUTIONAL REMEDY TO VACATE A
VOID JUDGMENT MADE IN VIOLATION OF DUE PROCESS UNDER FEDERAL RULE 60(B)(4) [ORAL
PRESENTATION IS DEMANDED] - 1

**IN VIOLATION OF DUE PROCESS UNDER FEDERAL RULE 60(B)(4)**

**[ORAL PRESENTATION IS DEMANDED]**

**THE PETITIONER IS A VICTIM OF DEPRIVATION OF PROPERTY AND DENIAL OF DUE PROCESS IN STATE COURT CAUSED BY A VOID JUDGMENT CREATED IN VIOLATION OF DUE PROCESS**

**THE PETITIONER IS INVOKING HIS CONSTITUTIONAL RIGHT TO INVOKE NON-STATUTORY WRIT OF HABEAS CORPUS AGAINST ARBITRARY LAWLESS ACTIONS IN STATE COURTS[1] AND PRESENT BEFORE THE COURT AN ORAL PRESENTATION TO ARGUE THE FACTS AND PRESENT EVIDENCE OF ADJUDICATED FACTS BY THE SUPREME COURT IN FAVOR OF THE PETITIONER USING THE CONSTITUTIONAL RIGHT OF WRIT OF HABEAS CORPUS AGAINST NON-PHYSICAL RESTRAINTS OF LIBERTY[2] CAUSED BY EXPEDITED PROCESSES[3] THAT ARE REQUIRED TO SAFEGUARD DUE PROCESS [4]**

---

[1] *"The writ of habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action."* Harris v. Nelson, 394 US 286 - Supreme Court 1969

[2] *"It is an established part of our constitutional jurisprudence that the term "liberty" in the Due Process Clause extends beyond freedom from physical restraint.* See, e. g., **Pierce v. Society of Sisters, 268 U. S. 510 (1925); Meyer v. Nebraska, 262 U. S. 390 (1923)**

[3] EXPEDITED JUDICIAL AND ADMINISTRATIVE PROCESSES The increasing role of administrative agencies in establishing and enforcing support orders is recognized by the Federal Full Faith and Credit for Child Support Orders Act, 28 U.S.C. § 1738B (1994 & Supp. V 1999), and the Uniform Interstate Family

PETITIONNON-STATUTORYWRIT OF HABEAS CORPUSCONSTITUTIONAL REMEDY TO VACATE A VOID JUDGMENT MADE IN VIOLATION OF DUE PROCESS UNDER FEDERAL RULE 60(B)(4) [ORAL PRESENTATION IS DEMANDED] - 2

1. Comes Now, Petitioner Sean Williams 141 West 127 Street apt 6a NY NY 10027 is asserting a constitutional right to file a non-statutory writ of habeas corpus secured by Article 1 Section 9 of the Constitution for the United States against the judgment made in violation of due process by Expedited Processes in state court.

2. The evidence before the court is a true copy of the support order made by Expedited Processes in state court that is directly causing the Petitioner to be dispossessed of property without a judgment by peers, for which the Supreme Court stated a writ of habeas corpus can be utilized as the proper remedy against dispossession of property without a judgment by peers[5].

3. The Supreme Court has adjudicated in matter ***Murray's Lessee v. Hoboken Land & Improvement Co. (1856)*** that due process is the same meaning as the words by the law of the land and is requiring a judgment by peers before

Support Act (1996) (superceded by the Unif. Interstate Family Support Act (2001)), 9 Pt. 1B U.L.A. 235 (1999).https://www.acf.hhs.gov/sites/default/files/programs/css/essentials_for_attorneys_ch06.pdf
        [4] EXPEDITED PROCESSES 45 CFR 303.101(C)(2)(c) Safeguards. Under expedited processes: (2)The due process rights of the par- ties involved must be protected
        [5] "*Executive imprisonment has been considered oppressive and lawless since John, at Runnymede, pledged that no free man should be imprisoned, dispossessed, outlawed, or exiled save by the judgment of his peers or by the law of the land. The judges of England developed the writ of habeas corpus largely to preserve these immunities from executive restraint.*" ***Shaughnessy v. United States ex rel. Mezei, 345 U.S. 206, 218-219 (1953) (dissenting opinion).***
PETITIONNON-STATUTORYWRIT OF HABEAS CORPUSCONSTITUTIONAL REMEDY TO VACATE A VOID JUDGMENT MADE IN VIOLATION OF DUE PROCESS UNDER FEDERAL RULE 60(B)(4) [ORAL PRESENTATION IS DEMANDED] - 3

the deprivation of life, liberty, or property[6]. The evidence of the support order is clearly not in accordance with due process judgment by peers and not in accordance with Expedited Processes 45 CFR 303.101(c)(2)[7] Safeguards of due process for participants was clearly not observed.

4. In State Courts a Writ of Habeas Corpus can be filed before an appeal or filed without exhausting administrative remedies, for a Writ of Habeas Corpus is "the Great Writ" and is so primary and fundamental that it must take precedence over considerations of procedural orderliness and conformity[8] and can be used to avoid time consuming administrative filings while the void judgment is allowed to exist and continue to cause the deprivation of property and due process rights.

---

[6] "*The constitution of the United States, as adopted, contained the provision, that "the trial of all crimes, except in cases of impeachment, shall be by jury." When the fifth article of amendment containing the words now in question was made, the trial by jury in criminal cases had thus already been provided for. By the sixth and seventh articles of amendment, further special provisions were separately made for that mode of trial in civil and criminal cases. To have followed, as in the state constitutions, and in the ordinance of 1787, the words of Magna Charta, and declared that no person shall be deprived of his life, liberty, or property but by the judgment of his peers or the law of the land,*" __Murray's Lessee v. Hoboken Land & Improvement Co. (1856)__

[7] EXPEDITED PROCESSES 45 CFR 303.101(C)(2)(c) Safeguards. Under expedited processes: (2)The due process rights of the par- ties involved must be protected

[8] "*Although the challenge to the jurisdiction of the Magistrates' Court could have been raised by the defendant on appeal from the judgment of conviction (see People v. Scott, 3 N Y 2d 148), and although that might have been a more orderly and regular method of procedure, the right to invoke habeas corpus, "the historic writ of liberty", "the greatest of all writs", is so primary and fundamental that it must take precedence over considerations of procedural orderliness and conformity.*" (__See U. S. Const., art. I, § 9; N. Y. Const., art. I, § 4; People ex rel. Tweed v. Liscomb, 60 N.Y. 559, 566, 591, supra; People ex rel. Sabatino v. Jennings, 246 N.Y. 258, 260.__)" People v. Schildhaus, 8 NY 2d 33 - NY: Court of Appeals 1960

PETITIONNON-STATUTORYWRIT OF HABEAS CORPUSCONSTITUTIONAL REMEDY TO VACATE A VOID JUDGMENT MADE IN VIOLATION OF DUE PROCESS UNDER FEDERAL RULE 60(B)(4) [ORAL PRESENTATION IS DEMANDED] - 4

5. The denial of this Writ of Habeas Corpus is a serious act[9] and must be fully explained by clarifying why the many citations are not applicable to a support order made in violation of due process.

6. The evidence before the court of a void support order can be remedied under Federal Rule 60(b)(4) Relief from judgments made in violation of due process[10].

## FACTS AND EVIDENCE OF INJURY IN FACT CAUSED BY THE JUDGMENT MADE IN VIOLATION OF DUE PROCESS OF LAW UNDER THE 14TH AMENDMENT

1. FACT BEFORE THE COURT, THE UNDERSIGNED IS RESPECTFULLY DEMANDING REMEDY FROM A VOID JUDGMENT THAT HAS CAUSED SIGNIFICANT PAIN AND SUFFERING ARISING FROM AN INJURY IN FACT DESCRIBED AS ECONOMIC AND MENTAL ANGUISH.

---

[9] 22. "[d]ismissal of a first federal habeas petition is a particularly serious matter, for that dismissal denies the petitioner the protections of the Great Writ entirely, risking injury to an important interest in human liberty." *Lonchar v. Thomas, 517 U. S. 314, 324 (1996); see also Slack v. McDaniel, 529 U. S. 473, 483(2000)*

[10] **Rule 60. Relief from a Judgment or Order** (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (4) the judgment is void;

PETITIONNON-STATUTORYWRIT OF HABEAS CORPUSCONSTITUTIONAL REMEDY TO VACATE A VOID JUDGMENT MADE IN VIOLATION OF DUE PROCESS UNDER FEDERAL RULE 60(B)(4) [ORAL PRESENTATION IS DEMANDED] - 5

2. FACT BEFORE THE COURT, THIS EVIDENCE OF A VOID

   JUDGMENT IS INTRODUCED AS EVIDENCE MARKED AS EXHIBIT

   # 1, AND IS SUPPORTING CLAIMS THAT THE RESTRAINT OF

   LIBERTY OF THE UNDERSIGNED.

**EVIDENCE INTRODUCED INTO THE COURT ARE MARKED AS**

**EXHIBITS #1, 2**

1. **EXHIBIT # 1** TRUE COPY OF COURT ORDER THAT IS

   CAUSING THE RESTRAINT OF LIBERTY AND DEPRIVATION

   OF PROPERTY.

Dated this _20_ of _July_, 2022.

_____
Sean Williams

STATE OF _NY_
COUNTY OF _NY_

The foregoing instrument was acknowledged before
me this _20_ day of _July_, 202_2_ by _____

_____        _____
Notary Public's Signature       Notary Name
My Commission Exp. _11/30/23_

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

PETITIONNON-STATUTORYWRIT OF HABEAS CORPUSCONSTITUTIONAL REMEDY TO VACATE A
VOID JUDGMENT MADE IN VIOLATION OF DUE PROCESS UNDER FEDERAL RULE 60(B)(4) [ORAL
PRESENTATION IS DEMANDED] - 6

1  Sean Williams
2  141 West 127 Street apt 6a
   New York, NY 10027
3

4

5               VERMONT SUPERIOR COURT
              BENNINGTON FAMILY DIVISION
6             200 VETERANS MEMORIAL DRIVE
              BENNINGTON, VERMONT 05201
7

8

9
   Sean Williams,                    Case No.: 209-9-18 BNDM
10
11         Plaintiff,

12                                    **NOTICE TO VACATE**
   vs.                                **ORDER OF DEFAULT**
13                                    **FOR FAILURE TO PROVE**
   OFFIC OF CHILD SUPPORT,            **WILLFUL VIOLATION OF**
14                                    **SUPPORT ORDER**
15         Defendant

16         **NOTICE OF DEMAND TO COURT TO VACATE ORDER OF**

17  **DEFAULT[1] WAS ENTERED BY COURT WITHOUT PROOF THE**

18
   **UNDERSIGNED RESPONDENT IS A BORROWER OF A LOAN**
19
20  **REQUIRING INSTALLMENT PAYMENTS THAT COMPLY WITH**

21  **TERMS OF THE PROMISSARY NOTE FOR SUCH LOAN AS DEFINED**
22

23

24                    ———————————————

25         [1] **42 USC SECTION 666(5)(H)** *"default" (A)the term "default" means the failure of a borrower
26  of a loan made under this part to— (i)make an installment payment when due; or (ii)comply with any other term of
   the promissory note for such loan.*
   NOTICE TO VACATEORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF
   SUPPORT ORDER - 1

**UNDER FEDERAL STATUTE 42 USC SECTION 666(H)**

1. COMES NOW, Sean Williams INTENTION IS TO VACATE DEFAULT JUDGMENT ENTERED BY THE PRESIDING OFFICIAL PRESIDING THE PATERNITY OR SUPPORT PROCEEDING.

2. THE RESPONDENT CONTESTS AND DEMANDS A DISMISSAL OF CHILD SUPPORT ENFORCEMENT[2] PROCEEDINGS ON THE GROUNDS THE COURT LACKS STANDING FOR THE RESPONDENT DID NOT SUBMIT TO COURT'S JURISDICTION BY CONSENTING AS REQUIRED UNDER SECTION 201 UNIFORM INTERSTATE FAMILY SUPPORT ACT[3].

3. THE RESPONDENT CONTESTS AND DEMANDS A DISMISSAL OF

---

[2] **Ex. Ord. No. 12953, Feb. 27, 1995, 60 F.R. 11013 Sec. 203. "Child support enforcement"** means any administrative or judicial action by a court or administrative entity of a State necessary to establish paternity or establish a child support order, including a medical support order, and any actions necessary to enforce a child support or medical support order. Child support actions may be brought under the civil or criminal laws of a State and are not limited to actions brought on behalf of the State or individual by State agencies providing services under title IV-D of the Social Security Act, 42 U.S.C. 651 et seq.

[3] **UNIFORM INTERSTATE FAMILY SUPPORT ACT JURISDICTION SECTION 201. BASES FOR JURISDICTION OVER NONRESIDENT** (a) In a proceeding to establish, or enforce, or modify a support order or to determine parentage, a tribunal of this State may exercise personal jurisdiction over a nonresident individual [or the individual's guardian or conservator] if:
      (1) the individual is personally served with [citation, summons, notice] within this State;
      (2) the individual submits to the jurisdiction of this State by consent in a record, by entering a general appearance, or by filing a responsive document having the effect of waiving any contest to personal jurisdiction;
NOTICE TO VACATEORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF SUPPORT ORDER - 2

CHILD SUPPORT ENFORCEMENT[4] PROCEEDINGS ON THE

GROUNDS  THAT HE IS NOT SUBJECTED TO CHILD SUPPORT

ENFORCEMENT FOR HE IS NOT A MEMBER OF THE UNIFORMED

SERVICES[5]  AND IS NOT AN EMPLOYEE OF A FEDERAL

AGENCY[6]WAS NOT PROPERLY NOTIFIED OF INFORMED

CONSENT BY THE COURT REQUIRING A WRITTEN AND SIGNED

WAIVER OF CONSTITUTIONAL RIGHTS BY THE RESPONDENT.

4. THE RESPONDENT CONTESTS HE WAS NOT PROPERLY NOTIFIED

IN ACCORDANCE WITH LAW OF HIS REQUIRED APPEARANCE

FOR PATERNITY OR SUPPORT PROCEEDINGS.

5. IT IS A FACT THAT UNDER *UNIFORM INTERSTATE FAMILY*

---

[4] **Ex. Ord. No. 12953, Feb. 27, 1995, 60 F.R. 11013 Sec. 203.** "**Child support enforcement**" means any administrative or judicial action by a court or administrative entity of a State necessary to establish paternity or establish a child support order, including a medical support order, and any actions necessary to enforce a child support or medical support order. Child support actions may be brought under the civil or criminal laws of a State and are not limited to actions brought on behalf of the State or individual by State agencies providing services under title IV-D of the Social Security Act, 42 U.S.C. 651 et seq.

[5] **Ex. Ord. No. 12953, Feb. 27, 1995, 60 F.R. 11013, Sec. 202.** "**Uniformed Services**" means the Army, Navy, Marine Corps, Air Force, Coast Guard, and the Commissioned Corps of the National Oceanic and Atmospheric Administration, and the Public Health Service.

[6] **Ex. Ord. No. 12953, Feb. 27, 1995, 60 F.R. 11013, *Sec. 201. "Federal agency"*** means any authority as defined at 5 U.S.C. 105, including the Uniformed Services, as defined in section 202 of this order *5 U.S. Code § 105 - Executive agency* "*For the purpose of this title, "Executive agency" means an Executive department, a Government corporation, and an independent establishment.*"
NOTICE TO VACATEORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF SUPPORT ORDER - 3

*SUPPORT ACT*[7] THE RESPONDENT MUST SUBMIT TO THE JURISDICTION OF THE COURT AND WAIVE CONSENT AND THIS RESPONSE IS PROOF THAT THE RESPONDENT IS NOT SUBMITTING TO THE JURISDICTION OF THE COURT AND IS NOT WAIVING CONSENT.

6. THE UNDERSIGNED RESPONDENT IS A MAN WHO DID NOT ENTER INTO A CONTRACT TO BORROW FOR A LOAN, AND IS NOT IN "*Default*[8]" AS HELD BY 42 USC SECTION 666(5)(H) BECAUSE HE DID NOT BORROW OR ENTER INTO A LOAN WITH ANYONE AND IT IS THE DUTY OF THE PETITIONER TO PROVE ALL CLAIMS MADE, AND THEREFORE THIS COURT MUST PRODUCE A TRUE COPY OF A LOAN WITH THE UNDERSIGNED WET-INK SIGNATURE BEFORE ALLEGING DEFAULT.

7. THE RESPONDENT CONTESTS THE DEFAULT JUDGMENT WAS

---

[7] **UNIFORM INTERSTATE FAMILY SUPPORT ACT JURISDICTION SECTION 201. BASES FOR JURISDICTION OVER NONRESIDENT** (a) In a proceeding to establish, or enforce, or modify a support order or to determine parentage, a tribunal of this State may exercise personal jurisdiction over a nonresident individual [or the individual's guardian or conservator] if:
    (1) the individual is personally served with [citation, summons, notice] within this State;
    (2) the individual submits to the jurisdiction of this State by consent in a record, by entering a general appearance, or by filing a responsive document having the effect of waiving any contest to personal jurisdiction;

[8] *42 USC SECTION 666(5)(H)* " *default* " (A)the term "default" means the failure of a borrower of a loan made under this part to— (i)make an installment payment when due; or (ii)comply with any other term of the promissory note for such loan,
NOTICE TO VACATEORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF SUPPORT ORDER - 4

ENTERED IN VIOLATION EXPEDITED PROCESSES *45 C.F.R. § 303.101(d)(4)*[9] BECAUSE THE UNDERSIGNED RESPONDENT Sean Williams WAS NOT PROPERLY NOTIFIED TO APPEAR AND HIS FAILURE TO APPEAR IS EXCUSABLE NEGLECT UNDER FEDERAL RULE 60(b)(1) AND REQUIRES THIS COURT TO VACATE DEFAULT JUDGMENT IN ACCORDANCE WITH FEDERAL RULE 60(b)(1).

8. THE RESPONDENT IS REQUIRING THIS COURT TO PROVE HIS FAILURE TO APPEAR WAS A WILLFUL ACT IN ACCORDANCE WITH *45 C.F.R. § 303.101(d)(4)* OR THE COURT MUST VACATE THE DEFAULT JUDGMENT ENTERED AGAINST THE RESPONDENT.

9. THE RESPONDENT DOES NOT RESIDE WITHIN THE GEOGRAPHICAL AREA OF THE "*State*[10]" DEFINED UNDER 42 USC SECTION 666 AND DEFINED BY 42 USC § 410 (h) *The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa."*

10. THE RESPONDENT IS ASSERTING HIS INALIENABLE RIGHTS

---

[9] "(4) Entering default orders upon a showing that process has been served on the defendant in accordance with State law, that the defendant failed to respond to service in accordance with State procedures, and any additional showing required by State law; and"

[10] 42 USC § 410 (h) "The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa."

NOTICE TO VACATEORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF SUPPORT ORDER - 5

SECURED BY THE STATE AND FEDERAL CONSTITUTIONS.

11. THE RESPONDENT IS INVOKING THE STATE AND FEDERAL CONSTITUTIONS TO SECURE HIS INALIENABLE RIGHTS SECURED BY THE STATE AND FEDERAL CONSTITUTIONS.

12. THE RESPONDENT IS INVOKING SAFEGUARDS FOR DUE PROCESS SECURED UNDER EXPEDITED PROCESSES 45 CFR 303.101(C)(2)[11]

13. THE RESPONDENT IS ASSERTING THAT THE DEFAULT JUDGMENT OR ORDER THAT WAS ENTERED BY THE PRESIDING OFFICER WAS AND IS VOID BECAUSE THE JUDGMENT OR ORDER WAS ENTERED WITHOUT EVIDENCE THE RESPONDENT WILLFULLY VIOLATED CHILD SUPPORT LAWS.

14. JUDGMENTS BY SURROGATE JUDGES WITHOUT JUDICIAL REVIEW ARE VOID FOR VIOLATION OF DUE PROCESS OF LAW CLAUSE UNDER THE 14TH AMENDMENT AND VIOLATING SAFEGUARDS FOR DUE PROCESS UNDER EXPEDITED PROCESSES 45 CFR 303.101(c)(2). TAKE JUDICIAL NOTICE UNDER FEDERAL

---

[11] 1. **ESSENTIALS FOR ATTORNEYS CHAPTER 6 EXPEDITED PROCESSES** 45 CFR 303.101(C)(2) "The due process rights of the par- ties involved must be protected;"
https://www.acf.hhs.gov/sites/default/files/programs/css/essentials_for_attorneys_ch06.pdf
NOTICE TO VACATEORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF SUPPORT ORDER - 6

RULES OF EVIDENCE 201(C)(2) _Burnham v. Superior Court of Cal.,_

_County of Marin, 495 US 604 - Supreme Court 1990_ [12] THAT A

JUDGMENT COMING FROM A PROCEEDING WITHOUT JUDICIAL

AUTHORITY PRESENT OR FROM A COURT LACKING PERSONAL

JURISDICTION IS VOID FOR VIOLATION OF THE 14TH

AMENDMENT.

**15.** TAKE JUDICIAL NOTICE UNDER FEDERAL RULES OF

EVIDENCE 201(c)(2) OF ADJUDICATED FACT _Howlett v. Rose, 496_

_U.S. 356 (1990)_[13] THAT STATE COURTS HAVE CONCURRENT DUTY

TO ENFORCE FEDERAL LAWS AND MAY NOT DENY A FEDERAL

RIGHT WHEN A CONTROVERSY IS PROPERLY BEFORE IT. THIS

---

[12] **Burnham v. Superior Court of Cal., County of Marin, 495 US 604 - Supreme Court 1990** "The proposition that the judgment of a court lacking jurisdiction is void traces back to Year Books, see Bowser v. Collins, Y. B. Mich. 22 Edw. IV, f. 30, pl. 11, 145 Eng. Rep. 97 (Ex. Ch. 1482), and was made settled law by Lord Coke in Case of the Marshalsea, 10 Coke Rep. 68b, 77a, 77 Eng. Rep. 1027, 1041 (K. B. 1612). Traditionally that proposition was embodied in the phrase coram non judice, "before a person not a judge" — meaning, in effect, that the proceeding in question was not a judicial proceeding because lawful judicial authority was not present, and could therefore not yield a judgment. American courts invalidated, or denied recognition to, judgments that violated this common-law principle long before the Fourteenth Amendment was adopted. See, e. g., Grumon v. Raymond, 1 Conn. 40 (1814); Picquet v. Swan, 19 F. Cas. 609 (No. 11,134) (CC Mass. 1828); Dunn v. Dunn, 4 Paige 425 (N. Y. Ch. 1834); Evans v. Instine, 7 Ohio 273 (1835); Steel v. Smith, 7 Watts & Serg. 447 (Pa. 1844); Boswell's Lessee v. Otis, 9 How. 336, 350 (1850). In Pennoyer v. Neff, 95 U. S. 714, 732 (1878), we announced that the judgment of a court lacking personal jurisdiction violated the Due Process Clause of the Fourteenth Amendment as well."
[13] **Howlett v. Rose, 496 U.S. 356 (1990)** (b) Under the Supremacy Clause, state courts have a concurrent duty to enforce federal law according to their regular modes of procedure. See, e.g., Claflin v. Houseman, 93 U. S. 130, 93 U. S. 136-137. Such a court may not deny a federal right, when the parties and controversy are properly before it, in the absence of a "valid excuse." Douglas v. New York, N.H. & H.R. Co., 279 U. S. 377, 279 U. S. 387-389. An excuse that is inconsistent with or violates federal law is not a valid excuse: the Supremacy Clause forbids state courts to dissociate themselves from federal law because of disagreement with its content or a refusal to recognize the superior authority of its source. See, e.g., Mondou v. New York, N.H. & H.R. Co., 223 U. S. 1, 223 U. S. 57.

NOTICE TO VACATEORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF SUPPORT ORDER - 7

COURT HAS A DUTY UNDER ARTICLE 6 SECTION 2 TO ACT IN
ACCORDANCE WITH THE LAW OF THE LAND, THE
CONSTITUTION FOR THE UNITED STATES AND THEREFORE ANY
CONTROVERSY BEFORE THIS COURT MUST BE IMMEDIATELY
REMEDIED.

**THE COURT IS PROHIBITED FROM DISMISSING THIS NOTICE
TO VACATE UNLESS IT CAN LAWFULLY CLARIFY THE
RESPONDENT'S ACTS TO NOT APPEAR AND NOT PAY CHILD
SUPPORT WERE WILLFUL ACTS AUTHORIZING ENTERING
DEFAULT JUDGMENT**

1. CLARIFY THE COURT HAD PERSONAL JURISDICTION BY
   SHOWING THE PROOF THE RESPONDENT WAS PROPERLY
   SERVED PROCESS OF AND LAWFULLY NOTIFIED TO APPEAR
   FOR PATERNITY OR SUPPORT PROCEEDINGS IN ACCORDANCE
   WITH EXPEDITED PROCESSES 45 CFR 303.101(d)(4) OR STATE
   LAW.

2. CLARIFY THE PROOF THE RESPONDENT'S FAILURE TO APPEAR
   WAS A WILLFUL ACT OR IT MUST VACATE DEFAULT
   JUDGMENT OR ORDER, UNDER FEDERAL RULE 60(b)(1)

EXCUSABLE NEGLECT.

3. CLARIFY THE PROOF ADJUDICATED FACT *Burnham v. Superior Court of Cal., County of Marin, 495 US 604 - Supreme Court 1990* JUDGMENTS OR ORDERS COMING FROM PROCEEDINGS WITHOUT JUDICIAL AUTHORITY OR PERSONAL JURISDICTION ARE NOT IN VIOLATION OF THE 14TH AMENDMENT.

4. CLARIFY THE PROOF FEDERAL RULE 60(b)(4) IS NOT APPLICABLE.

Dated this _20_ of _July_ , 2022.

Sean Williams

STATE OF _NY_
COUNTY OF _NY_

The foregoing instrument was acknowledged before me this _20_ day of _JU_ , 20_2?_ by _Sean William_

_Munoz_

Notary Public's Signature        Notary Name
My Commission Exp. _11/30/23_

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

NOTICE TO VACATE ORDER OF DEFAULT FOR FAILURE TO PROVE WILLFUL VIOLATION OF SUPPORT ORDER - 9

Sean Williams
141 West 127 street apt 6A
New York, NY 10027

VERMONT SUPERIOR COURT, BENNINGTON FAMILY

DIVISION, 200 VETERANS DRIVE BENNINGTON, VERMONT

05201

| | |
|---|---|
| Sean Williams, | Case No.: 209-9-18 BNDM |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION** **RELIEF FROM VOID JUDGMENT** **MADE IN VIOLATION OF DUE** **PROCESS AND JUDICIAL** **PROCESS WHEREBY RES** **JUDICATA IS NOT APPLICABLE** |
| OFFICE OF CHILD SUPPORT, | |
| Defendant | |

**NOTICE OF MOTION**

**RELIEF FROM VOID JUDGMENT MADE IN VIOLATION OF DUE**

**PROCESS AND JUDICIAL PROCESS WHEREBY RES JUDICATA IS**

**NOT APPLICABLE**

THE INTENTION OF THIS NOTICE OF MOTION BY THE

UNDERSIGNED Sean Williams IS FOR RELIEF FROM A VOID JUDGMENT

MADE IN VIOLATION OF DUE PROCESS AND VIOLATION OF JUDICIAL

PROCESS.

THE UNDERSIGNED WAS DENIED HIS RIGHT TO DUE

PROCESS AS EVIDENCED BY A JUDGMENT NOT BY PEERS. THE

UNDERSIGNED DID NOT WAIVE HIS RIGHTS SECURED BY THE

CONSTITUTION FOR THE UNITED STATES AND STATE CONSTITUTION,

THEREFORE THE COURT IS WITHOUT EVIDENCE OF CONSENT TO

WAIVE A SECURED RIGHT FOR TRIAL BY JURY.

A JUDGMENT NOT BY PEERS IS EVIDENCE BEFORE THE

COURT SHOWING THE UNDERSIGNED IS BEING HARMED AND IS

SUFFERING FROM THE DEPRIVATION OF PROPERTY CAUSED BY THE

JUDGMENT NOT BY PEERS. THEREFORE, THE RESPONDENT HAS MET

THE BURDEN OF PROOF SHOWING AN ACTUAL INJURY IN FACT

CAUSED BY A VOID JUDGMENT.

**DEFINITION OF DUE PROCESS PRESCRIBED BY THE**

**SUPREME COURT OF THE UNITED STATES "*MURRAY'S LESSEE CO.***

***V HOBOKEN LAND & IMPROVEMENT CO. (1856)"***

THE SUPREME COURT OF THE UNITED STATES IN MATTER *MURRAY'S LESSEE CO. V HOBOKEN LAND & IMPROVEMENT CO. (1856)* HELD THAT THE WORDS "*DUE PROCESS OF LAW*" WERE UNDOUBTEDLY INTENDED TO CONVEY THE SAME MEANING AS THE WORDS, "*BY THE LAW OF THE LAND*" AND THE LAW OF THE LAND IS THE CONSTITUTION OF THE UNITED STATES [*WHICH THIS COURT IS BOUND TO ACT IN PURSUANCE THEREOF UNDER SUPREMACY CLAUSE ART. 6 SEC. 2)* AND UNDER ITS BILL OF RIGHTS, IT REQUIRES THAT LIFE, LIBERTY, OR PROPERTY CANNOT BE DEPRIVED FROM THE PEOPLE UNLESS BY DUE PROCESS.

ALL CONTROVERSIES OF $20 OR MORE BEFORE A COURT OF RECORD REQUIRES A TRIAL BY JURY AS SECURED BY THE 7TH AMENDMENT OR DUE PROCESS HAS BEEN DENIED OR DEPRIVED DEPENDING UPON THE CIRCUMSTANCES.

**THE 14TH AMENDMENT IS THE UNDERSIGNED PETITIONER'S AFFIRMATIVE DEFENSE AGAINST ANY AND ALL STATE LAWS THAT MAY CAUSE THE DEPRIVATION OR DENIAL OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS SECURED BY THE CONSTITUTION OF THE UNITED STATES**

THE UNDERSIGNED IS INVOKING HIS RIGHT AGAINST DEPRIVATION OF LIFE, LIBERTY, OR PROPERTY UNLESS BY DUE PROCESS SECURED BY 5TH AND 14TH AMENDMENTS AND DEFINED BY THE SUPREME COURT OF THE UNITED STATES *MURRAY'S LESSEE CO. V HOBOKEN LAND & IMPROVEMENT CO. (1856)* "*The words, "due process of law," were undoubtedly intended to convey the same meaning as the words, "by the law of the land," in Magna Charta. Lord Coke, in his commentary on those words, (2 Inst. 50,) says they mean due process of law. The constitutions which had been adopted by the several States before the formation of the federal constitution, following the language of the great charter more closely, generally contained the words, "but by the judgment of his peers, or the law of the land."*

**14TH AMENDMENT**

" *Section 1 All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*"

**JUDGMENT FOUNDED WITHOUT DUE PROCESS AND NOT WITHIN THE JUDICIAL PROCESS IS CAUSING THE DEPRIVATION OF PROPERTY IS EVIDENCE OF AN INJURY IN FACT GIVING THE PETITIONER CONSTITUTIONAL MINIMUM OF STANDING AND EVIDENCE OF A CLAIM PREVENTING THE RESPONDENT FROM FILING A DISMISSAL FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE 12(B)(6)**

THE JUDGMENT BEFORE THE COURT WAS FOUNDED WITHOUT DUE PROCESS. THE UNDERSIGNED DID NOT KNOWINGLY WAIVE RIGHTS SECURED BY THE STATE AND UNITED STATES CONSTITUTIONS, THEREFORE IT IS A FACT BEFORE THE COURT THAT THE UNDERSIGNED PETITIONER DID NOT WAIVE RIGHT TO TRIAL BY JURY RENDERING THIS JUDGMENT VOID FOR CAUSING DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS.

THE FACTS AND EVIDENCE BEFORE THIS COURT IS PROOF THE UNDERSIGNED HAS PROVIDED EVIDENCE TO SUPPORT CLAIM AND EVIDENCE TO PREVENT THE COURT FROM AFFIRMING THE RESPONDENT'S DISMISSAL FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE 12(B)(6).

FURTHERMORE THE FACTS AND EVIDENCE BEFORE THE COURT REQUIRES THIS COURT TO PERFORM NON-DISCRETIONARY ACT MINISTERIAL ACT OF VOIDING A JUDGMENT CREATED WITHOUT DUE PROCESS.

IT IS THE UNDERSTANDING BY THE UNDERSIGNED PETITIONER, THAT THE CONSTITUTION OF THE UNITED STATES IS THE LAW OF THE LAND AND ALL STATE LAWS MUST BE MADE IN PURSUANCE THEREOF OR IS UNCONSTITUTIONAL UNDER THE 14TH AMENDMENT. THEREFORE STATE LAWS AND ADMINISTRATIVE LAWS AND PROCEDURES THAT DEPRIVE RIGHTS SECURED BY THE U.S. CONSTITUTION CANNOT BE CITED BY THIS COURT IN DEFENSE OF THE EVIDENCE BEFORE THE COURT OF A VOID JUDGMENT MADE IN VIOLATION OF DUE PROCESS AND IS REQUIRING THIS COURT TO IMMEDIATELY TAKE NON-DISCRETIONARY ACTIONS IN ACCORDANCE WITH SUPREMACY CLAUSE ARTICLE 6 SECTION 2 AND EQUAL PROTECTION OF LAW CLAUSE UNDER THE 14TH AMENDMENT.

**THE SUPPORT PROCEEDINGS ARE REQUIRED TO FOLLOW DUE PROCESS SAFEGUARDS UNDER 45 CFR SECTION 303.101 (C)(2)**

1. "(1) *Paternities and orders established by means other than full judicial process must have the same force and effect under State law as paternities and orders established by full judicial process within the State;*"

2. "(2) *The due process rights of the par- ties involved must be protected;*"

3. "(3) *The parties must be provided a copy of the voluntary acknowledgment of paternity, paternity determination, and/or support order;*"

4. "(4) *Action taken may be reviewed under the State's generally applicable administrative or judicial procedures.*"

THE EVIDENCE AND FACTS BEFORE THIS COURT

REQUIRES A REVERSAL OF THE ACTS TAKEN IN VIOLATION OF DUE

PROCESS AND A DENIAL MUST BE FOLLOWED BY A CLARIFICATION

OF FACTS AND EVIDENCE TO PROVE DUE PROCESS WAS AFFORDED .

Dated this _01_ of November, 2022.

STATE OF _NY_
COUNTY OF _NY_

The foregoing instrument was acknowledged before
me this _1_ day of _NV_, 20_22_ by _Don Williams_

Notary Public's Signature
My Commission Exp. _11/30/23_

Notary Name

Natalie Munoz
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Kings County
01MU6333628
MY COMMISSION EXPIRES 11/30/2023

Form **COL**

### Violation Warning
### Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Sean Williams<br>141 West 127 Street apt 6a<br>New York, NY 10027 | Sean Brown, Commissioner<br>Department for Children and Families<br>280 State Drive, HC 1 North Waterbury, VT 05671 |

Citizen's statement:
UNDER 31 USC SECTION 3716 DEMANDS TO VIEW AND RECORD ANY AND ALL DEBT RECORDS INCLUDING THE PROMISSORY NOTE WITH THE ALLEGED CLAIMED DEBTOR WET-INKED AUTOGRAPH. Case # WIL0418175

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ _Sean Williams_          | Date ▶ 08/04/2022

### Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____Sean Williams_____ certify that I personally delivered this notice to above named recipient and address on _____ at _____.

Public Domain—Privacy Form COL(01)

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 4 day of JUL, 2022 by _Sean Williams_

Notary Public's Signature
My Commission Exp. 11/30/23

Notary Name

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

To: **Sean Brown, Commissioner**
Department for Children and Families
280 State Drive, HC 1 North
Waterbury, VT 05671 - 1080

From **Sean Williams**
141 West 127 Street apt 6a
New York, NY 10027

Date: 08/04/2022

**THE UNDERSIGNED IS NOT DOMICILED IN THE DISTRICT OF**

**COLUMBIA AND THEREBY NOT AN EMPLOYEE OF THE**

**UNITED STATES UNIFORMED FORCES AND FEDERAL**

**GOVERNMENT AND THEREBY NOT SUBJECTED TO WAGES**

**SEIZED BY INCOME WITHHOLDING ORDER UNDER "*Executive***

***Order No. 12953 Actions Required of all Executive Agencies To Facilitate***

***Payment of Child Support*" AND 42 USC SECTION (A)(1)(b) AND**

**THEREFORE THIS CHILD SUPPORT AGENCY MUST**

**IMMEDIATELY CEASE AND DESIST EFFORTS OF SENDING**

**INCOME WITHHOLDING ORDERS TO THE UNDERSIGNED**

**EMPLOYER AND BANKING INSTITUTION**


**Sean Williams** is not employed by the UNITED STATES as a member of

the Armed Uniformed Forces and not employed by a federal agency within

the geographical area of District of Columbia and therefore I am not to be

subjected to income withholding under 42 USC Section 666 (A)(1)(b) and

*42 USC §659 Consent by United States to income withholding, garnishment,*

*and similar proceedings for enforcement of child support and alimony*

*obligations.*

Because the undersigned is not employed by the United States, he is not

subjected to income withholding orders under the jurisdiction of 42 USC

Section 666(A)(1)(b).

Income Withholding Orders sent to an employer that is not the United States

or Federal Government is a violation of 42 USC Section 659 and Executive

Order No. 12953 Actions Required of all Executive Agencies To Facilitate

Payment of Child Support.

The child support agency receiving this Cease and Desist is a separate unit

established under 42 USC Section 654(3) but is not within the geographical

location of the State defined as District of Columbia and therefore is not

within the federal jurisdiction to lawfully establish and enforce child support

under Title IV-D of 42 USC Sections 651-669(b).

Furthermore, this child support agency sending income withholding to seize

the income or wages of the undersigned is not above the law and after being

given notice of violating U.S. Code 42 USC section 666(A)(1)(b) and

Executive Order 12953, the employees of this child support agency is in

willful violation of federal laws and can be held liable for punitive damages without the presumption of 11th amendment sovereign immunity.

**EMPLOYEES WHO WILLFULLY ACT UNDER COLOR OF FEDERAL AUTHORITY AND VIOLATE FEDERAL LAWS AND CONSTITUTIONAL RIGHTS OF A STATE-CITIZEN CAUSING INJURY CAN BE HELD LIABLE IN COURT FOR MONEY DAMAGES WITHOUT 11TH AMENDMENT SOVEREIGN IMMUNITY**

It is an adjudicated fact by the Supreme Court of the United _States Bivens v. Six Unknown Fed. Narcotics Agents, 403 US 388( 1971)_ that violation of constitutional rights by agents acting under color of law can be liable for damages. _"Bivens is a judicially created doctrine that allows a plaintiff to bring a cause of action for money damages against agents acting under the color of federal authority who cause injury by violating the plaintiff's constitutional rights."States Bivens v. Six Unknown Fed. Narcotics Agents, 403 US 388( 1971)_

**THE UNDERSIGNED IS CLAIMING NON-ASSUMPSIT AND DEMANDING PROOF OF A PROMISSORY NOTE THAT REQUIRES REPAYMENT OF A LOAN AND WITHOUT**

**EVIDENCE OF A PROMISSORY NOTE THE UNDERSIGNED**

**CANNOT BE LEGALLY IN DEFAULT FOR NONPERFORMANCE**

The undersigned is not consenting to participate by attending a Title IV-D

child support proceeding.

The undersigned is demanding proof of evidence of a Promissory Note or he

cannot be in default without proof of a Promissory Note and therefore the

undersigned is claiming Non-Assumpsit and requires proof of a contract or

agreement.

Failure to provide proof of a loan agreement with promissory note for

repayment of a loan is proof the undersigned cannot be accused or held in

default because there is no proof of a debt or proof of a loan agreement.

**Sean Williams**
141 West 127 Street apt 6a
New York, NY 10027

STATE OF ___ NY ___
COUNTY OF ___ M ___

The foregoing instrument was acknowledged before
me this _14_ day of _Feb_, 2022 by _Seon Williams_
_Natalie_
Notary Public's Signature                    Notary Name
My Commission Exp. _11/30/23_

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

**TO: Sean Brown, Commissioner**
Department for Children and Families
280 State Drive, HC 1 North
Waterbury, VT 05671 - 1080


**FROM: Sean Williams**
141 West 127 Street apt 6a
New York, NY 10027

Date: 08/04/2022

## DEFINITION OF "DEBT" BLACK'S LAW DICTIONARY 9TH EDITION *"LIABILITY ON A CLAIM; A SPECIFIC SUM OF MONEY DUE BY AGREEMENT OR OTHERWISE"*


## DEFINITION OF "OBLIGATION" BLACK'S LAW DICTIONARY 9TH EDITION *"A LEGAL OR MORAL DUTY TO DO OR NOT DO SOMETHING, A FORMAL, BINDING AGREEMENT OR ACKNOWLEDGMENT OF A LIABILITY TO PAY A CERTAIN AMOUNT OR TO DO A CERTAIN THING FOR A PARTICULAR PERSON OR SET OF PERSONS, A DUTY ARISING BY CONTRACT"*

1. WHERE IS THIS AGREEMENT AND OR UNDERTAKING THAT THIS AGENCY PRESENTED TO THE COURT TO FORCE THE COURT TO ISSUE AN ORDER FOR SUPPORT OR DEBT?
2. THIS FACT PREVENTS THIS AGENCY FROM CLAIMING THE DEBT IS COURT ORDERED, BECAUSE THIS AGENCY MUST STILL PROVIDE PROOF OF THE OBLIGATION AGREEMENT!
3. PROOF OF DEFAULT BY NONPERFORMANCE BY

1

ALLEGED OBLIGOR CAN ONLY OCCUR IF THERE IS
EVIDENCE OF AN UNDERTAKING AGREEMENT
BETWEEN THE CHILD SUPPORT AGENCY AND THE
UNDERSIGNED CAUSING THE UNDERSIGNED TO BE
OBLIGATED TO MEET THE TERMS OF THE
UNDERTAKING AGREEMENT. WHERE IS EVIDENCE OF
THE UNDERTAKING AGREEMENT?

DEFINITION OF "ORDER" BLACK'S LAW DICTIONARY 9TH
EDITION  "*A COMMAND, DIRECTION, OR INSTRUCTION. A
WRITTEN DIRECTION OR COMMAND DELIVERED BY COURT OR
JUDGE*"

THE UNDERSIGNED CLAIMED DEBTOR IS REQUIRING THE
VALIDATION OF CLAIMED DEBT UNDER Debt Collection
Improvement Act of 1996 (DCIA), which is codified at 31 U.S.C. 3720,
45 CFR Part 32.4, AND DECLARATION OF RIGHTS
GUARANTEED BY THE UNITED STATES OF AMERICA.
Case # WIL0418175
BE ADVISED, UNDER NO CIRCUMSTANCES IS THE
UNDERSIGNED CLAIMING THE DEBT IS A DEBT DEFINED
UNDER FEDERAL FAIR DEBT COLLECTIONS ACT,
THEREFORE PLEASE REFRAIN FROM MISINFORMATION BY
CLAIMING THAT THIS COLLECTION AGENCY DOES NOT
HAVE TO VALIDATE A CHILD SUPPORT DEBT BECAUSE IT IS
NOT A COMMERCIAL DEBT. HOW CAN THIS AGENCY
LAWFULLY ENFORCE AN OUT OF STATE DEBT THAT IN FACT

2

IS AN ACT OF INTERSTATE COMMERCE, WHICH IS PROOF
POSITIVE OF A COMMERCIAL DEBT.

THE HIGHEST COURTS IN THE LAND HAS HELD THAT CHILD
SUPPORT DEBTS ARE NOT A DIFFERENT KIND OF DEBT, BUT
RATHER, CHILD SUPPORT DEBTS ARE IN FACT INTERSTATE
COMMERCE DEBTS. PLEASE REFRAIN FROM ANY
MISREPRESENTATION OF THE LAWS AND THE FACTS
REGARDING CHILD SUPPORT DEBTS. [*United States v. Bongiorno,
106 F.3d 1027, 1032 (1st Cir. 1997)*, it was held that "state-court-
imposed child support orders are 'functionally equivalent to interstate
contracts'", rejecting the idea that child support payment obligations
are somehow a "different" kind of debt.  Lewko at 68-69. ]

[See also:  *U.S. v. Sage, 92 F.3d 101, 107 (2nd Cir. 1996)*(child support is
a commercial debt), and *U.S. v. Parker, 108 F.3d 28, 30-31 (3rd Cir.
1997)*(child support a common, commercial debt)(The activity regulated
by the Act [Child Support Recovery Act] falls within the broad
definition of commerce adopted in Bishop.  Failure to make required
payments gives rise to a "debt" which implicates economic activity).),
*U.S. v. Faasse, 265 F.3d 475 (6th Cir. Michigan 2001)*(child support is a
debt under the Commerce Clause).]


**DISCOVERY OF A COURT ORDER IS DEMANDED WITHIN 15
DAYS TO BE SENT BY CERTIFED USPS MAIL TO THE
UNDERSIGNED**

1. TRUE COPY OF A VALID COURT ORDER SIGNED BY A
   JUDICIAL COURT EMPLOYEE FROM A JUDICIAL COURT
   OF COMPETENT JURISDICTION IS DEMANDED

3

IMMEDIATELY AS DISCOVERY THIS CHILD SUPPORT
COLLECTION/ENFORCEMENT AGENCY IS COMPLYING
WITH A COURT ORDER TO COLLECT A DEBT BY
INCOME WITHHOLDING ORDER

2. TRUE COPY OF A VALID COURT ORDER SIGNED BY A
   JUDICIAL COURT EMPLOYEE FROM A JUDICIAL COURT
   OF COMPETENT JURISDICTION IS DEMANDED
   IMMEDIATELY AS DISCOVERY THIS CHILD SUPPORT
   COLLECTION/ENFORCEMENT AGENCY IS AUTHORIZED
   TO SEIZE PROPERTY BY RESTRAINING NOTICE TO A
   BANKING INSTITUTION

3. TRUE COPY OF AN AGREEMENT OR UNDERTAKING
   WITH THE SIGNATURE OF THE UNDERSIGNED


A DEFAULT FOR THIS VALIDATION OF DEBT IS DEFINED:

1. AS FAILURE TO RESPOND WITHIN 15 DAYS WITH
   EVIDENCE OF A DEBT RECORDED WITHIN COUNTY
   CLERK'S OFFICE IN COUNTY WHERE PROCEEDINGS
   WERE HELD.

2. AS FAILURE TO PROVIDE PROOF OF A INCOME
   WITHHOLDING ORDER AUTHORIZED BY THE
   SECRETARY OF HEALTH AND HUMAN SERVICES IN
   ACCORDANCE WITH 45 CFR PART 32.6.

3. AS FAILURE TO PROVIDE PROOF OF A COURT
   ORDERED MONEY JUDGMENT ISSUED BY A TRIAL
   COURT OF COMPETENT JURISDICTION SIGNED BY A

4

JUDICIAL OFFICER IN ACCORDANCE WITH 28 USC SECTION 1691. FURTHER, BE ADVISED THAT ANY ORDER ISSUED BY A COURT EMPLOYEE WHO IS A NON-JUDICIAL PERSON *CORAM NON JUDICE "BEFORE A PERSON NOT A JUDGE"* HAS BEEN HELD AS A VOID JUDGMENT BY THE UNITED STATES SUPREME COURT, WHEREBY COLLECTION OF INCOME BY A VOID JUDGMENT IS ILLEGAL AND CAUSE FOR CRIMINAL AND CIVIL DAMAGES. *"before a person not a judge" — meaning, in effect, that the proceeding in question was not a judicial proceeding because lawful judicial authority was not present, and could therefore not yield a judgment"* **_Burnham v. Superior Court 495 U.S. 604 (1990)_**

4.  AS FAILURE TO PROVIDE PROOF SHOWING THIS TITLE IV-D COLLECTION AGENCY IS THE CREDITOR OWED A DEBT ARISING FROM A TITLE IV-A DEBT

5.  AS INTENTIONAL ACTS OF MISREPRESENTATION OF LAWS, CONCEALMENT AND OBSTRUCTION OF A LAWFUL COMMAND TO VALIDATE A CLAIMED DEBT.

RESPONSE TO DEFAULT:

1.  WRIT OF MANDAMUS TO COMPEL THE PERSON COMMANDED TO COMPLY WITH THIS VALIDATION OF DEBT TO APPEAR IN COURT AND PROVIDE A TRUE COPY OF A COURT ORDER ESTABLISHED IN A COURT OF COMPETENT JURISDICTION.

2.  WRIT OF PROHIBITION IN A COURT OF COMPETENT

**JURISDICTION PROHIBITING ANY PAST, PRESENT, AND FUTURE COLLECTION OF CLAIMED DEBTS.**

3. **WRIT OF DISCOVERY DEMANDING DISCOVERY OF PROOF OF A DEBT REQUIRING REPAYMENT BY THE UNDERSIGNED.**

4. **PERSONAL DAMAGES ARISING FROM TRESPASS UPON RIGHTS GUARANTEED IN THE UNITED STATES CONSTITUTION WILL BE FILED IN FEDERAL DISTRICT COURT AGAINST THE EMPLOYEE AND SUPERVISOR WHO ARE REFUSING TO COMPLY WITH A LAWFUL COMMAND TO VALIDATE CLAIMED DEBT.**

IT IS NOT THE INTENTION OF THE UNDERSIGNED CLAIMANT Sean Williams TO ENTER INTO ANY CONTRACT, WRITTEN, OR IMPLIED WITH THIS COLLECTION AGENCY.

IT IS THE INTENTION OF THE UNDERSIGNED TO FORCE THIS COLLECTION AGENCY TO SHOW PROOF OF A VALID COURT ORDERED DEBT, WHICH CAN ONLY OCCUR BY AN ORIGINAL AGREEMENT OR UNDERTAKING FOR REPAYMENT, WHICH THE COURTS ARE ORDERING THE UNDERSIGNED TO REPAY BECAUSE OF SOME FAILURE TO MAKE REPAYMENT.

WHO IS ONE OF THE PEOPLE NAMED IN THE PREAMBLE OF THE CONSTITUTION OF AMERICA AND GUARANTEED RIGHTS IN THE BILL OF RIGHTS AND HE/SHE BELIEVES A VICTIM OF FRAUDULENT COLLECTION PRACTICES PRACTICED BY THIS TITLE IV-D COLLECTION AGENCY.

IT IS CLAIMED Sean Williams IS A DEBTOR FOR CHILD SUPPORT,
BUT Sean Williams DOES NOT RECALL BORROWING ANY CREDIT
NOR RECALLS SIGNING A UNDERTAKING FOR REPAYMENT OF A
LOAN AGREEMENT NOR RECALLS ACCEPTANCE OF PUBLIC
ASSISTANCE REQUIRING A RECOUPMENT OF WELFARE
EXPENDITURES AS EXPLAINED BY MATTER *WEHUNT v
LEDBETTER THE FEDERAL COURT OF APPEALS 11TH CIRCUIT*.
A CLAIM THAT Sean Williams.0 OWES A DEBT MUST BE PROVEN
BY PHYSICAL EVIDENCE OF A LOAN AGREEMENT FOR CHILD
SUPPORT WITH THE UNDERSIGNED WET-INKED SIGNATURE.
Sean Williams REQUIRES VALIDATION OF CHILD SUPPORT DEBT
AND DECLARES BY THIS AFFIDAVIT THAT ALL RIGHTS
GUARANTEED BY THE UNITED STATES CONSTITUTION BILL OF
RIGHTS ARE INTACT AND NEVER WAIVED, THEREFORE A
JUDGMENT ARISING FROM A TRIAL BY JURY MUST BE OFFERED.

PLEASE REFRAIN FROM MISREPRESENTATION OF LAWS AND
FACTS THAT CHILD SUPPORT DEBTS ARE NOT DEBTS UNDER
THE FEDERAL DEBT COLLECTION PRACTICES ACT OR CHILD
SUPPORT DEBTS ARE NOT CONSUMER DEBTS. A DEBT IS A DEBT
AND A CLAIMED DEBTOR HAS EVERY RIGHT TO VIEW RECORDS
SUBSTANTIATING DEBT UNDER 45 CFR PART 32.4. [*United States v.
Bongiorno, 106 F.3d 1027, 1032 (1st Cir. 1997)*, it was held that "state-
court-imposed child support orders are 'functionally equivalent to
interstate contracts'", rejecting the idea that child support payment
obligations are somehow a "different" kind of debt.  Lewko at 68-69. ]
[See also:  *U.S. v. Sage, 92 F.3d 101, 107 (2nd Cir. 1996)*(child support is

7

a commercial debt), and _U.S. v. Parker, 108 F.3d 28, 30-31 (3rd Cir. 1997)_(child support a common, commercial debt)(The activity regulated by the Act [Child Support Recovery Act] falls within the broad definition of commerce adopted in Bishop.  Failure to make required payments gives rise to a "debt" which implicates economic activity).), _U.S. v. Faasse, 265 F.3d 475 (6th Cir. Michigan 2001)_(child support is a debt under the Commerce Clause).]

WHEREAS I UNDERSTAND IT, THE CHILD SUPPORT COLLECTION AGENCY IS A CUSTOMER SERVICE BASED BUSINESS AND DEBTORS AND CREDITORS ARE REQUIRED TO CALL CUSTOMER SERVICE REPRESENTATIVES ON THE PHONE, AND AN ANNUAL FEE OF $25 IS CHARGED TO THE CUSTODIAL PARENT, WHICH IS 100% PROOF THAT CHILD SUPPORT DEBT IS A CONSUMER BASED DEBT AND MUST BE VALIDATED BY CREDITOR WHEN DEMANDED BY ALLEGED DEBTOR.

31 USC SECTION 3720d(2)(A) IS A LAW THAT REQUIRES THAT THIS AGENCY MUST PROVIDE PROOF OF A DEBT.

IF THIS CHILD SUPPORT AGENCY OR ITS LEGAL COUNSEL IS REFUSING TO COOPERATE IN VALIDATING THIS DEBT CLAIM SHALL BY A WRIT OF MANDAMUS IN A COURT OF COMPETENT JURISDICTION BE COMPELLED TO PROVIDE DISCOVERY AND A RECORD IN AN OPEN COURT THAT THIS CHILD SUPPORT AGENCY CANNOT SUBSTANTIATE THE CLAIM OF A DEBT.

IN A COURT OF COMPETENT JURISDICTION IT WILL BE PROVEN THAT THESE TITLE IV-D COLLECTIONS ARE NOT FOR CHILD SUPPORT AS THEY ARE PURPORTED, BUT FOR RECOUPMENT OF

WELFARE EXPENDITURES. THIS LAST STATEMENT IS
CONSISTENT WITH TITLE IV-D FRAUD FOR
MISREPRESENTATION. BE ADVISED THAT A SUPPORT ORDER
CREATED BY ADMINISTRATIVE PROCEDURES ARE NOT COURT
ORDERS AND NOT CONSISTENT WITH WRITS AND SEALE OF
PROCESS UNDER 28 USC SECTION 1691. [Administrative *Procedure a*
*method by which support orders are made and enforced by an executive*
*agency rather than by courts and judges.*
*https://www.acf.hhs.gov/sites/default/files/programs/css/child_support_glossary.pdf*]
TITLE IV-D COLLECTIONS REQUIRES THAT THE PARTIES
INVOLVED ARE OR HAVE RECEIVED WELFARE.
*In Wehunt v Ledbetter, mothers of children with absent fathers*
*Brought suit under § 1983 against the Georgia Department of*
*Health and Human Services for its failure to establish the paternity*
*Of their children and secure child support on their behalf.*
*The Eleventh Circuit held that Title IV-D does not create enforceable*
*Rights on behalf of needy families with children because they are*
*Not the intended beneficiaries of the statute." The court reasoned*
*That the primary purpose of Title IV-D was to recoup the states*
*Welfare expenditures on behalf of needy families by collecting child*
*Support from absent parents. While the AFDC program itself was*
*Intended to benefit needy families with children, Title IV-D was*
*Intended to benefit the public treasury and taxpayers by reducing*
*The present and future welfare rolls. "*


PLEASE BE GUIDED BY THE LAW OF THE LAND ALSO REFERRED
TO AS THE UNITED STATES CONSTITUTION AND COMMON

ENGLISH WORDS FOUND IN THE DICTIONARY PROVING A DEBT
IS A DEBT AND THE PEOPLE OF THE UNITED STATES OF
AMERICA ARE GUARANTEED DUE PROCESS OF LAW BEFORE
BEING DEPRIVED OF LIFE, LIBERTY OR PROPERTY AND ALL
RIGHTS GUARANTEED ARE PROTECTED UNDER THE 9TH
AMENDMENT AND CANNOT UNDER ANY CIRCUMSTANCES BE
DENIED BY THIS CHILD SUPPORT COLLECTION AGENCY.

[*Definition of debt-* *a state of being under obligation to pay or repay
someone or something in return for something received : a state of owing
<deeply in debt to creditors>https://www.merriam-
webster.com/dictionary/debt*]

**What is UNDERTAKING? [BLACK'S LAW DICTIONARY]**

*A promise, engagement, or stipulation. Each of the promises made by the
parties to a contract, considered independently and not as mutual, may, in
this sense, be denominated an "undertaking." "Undertaking" is
frequently used in the special sense of a promise given in the course of
legal proceedings by a party or his counsel, generally as a condition to
obtaining some concession from the court or the opposite
party.*

 DEBTS CAN BE COMMERCIAL OR PRIVATE DEBTS, BUT ALL
ARISE FROM AN AGREEMENT FOR A LOAN OR SERVICES OR
CONTRACT CAUSING ONE PARTY TO BE OBLIGATED TO
ANOTHER. THE *PRESUMPTIVE TERM OBLIGOR* ARISES FROM
AN OBLIGATION WHEREBY Sean Williams HAS BEEN TERMED
AN OBLIGOR MANY TIMES AND HE REQUIRING PROOF OF AN
OBLIGATION CONTRACT.

 THE CLAIMANT Sean Williams IS DEMANDING EVIDENCE OF

10

HIS CONSENT

THIS ENTITY MUST PROVIDE EVIDENCE VALIDATING THE
TITLE IV-D DEBT THIS CHILD SUPPORT COLLECTION
AGENCY IS PRESENTLY COLLECTING BY INCOME
WITHHOLDING ORDER OR IT IS COMMITTING A FRAUD AND
CONCEALING ITS ILLEGAL FRAUDULENT COLLECTION
PRACTICES TO DEPRIVE PROPERTY AND CIVIL RIGHTS
FROM AN AMERICAN CITIZEN TO RECEIVE FEDERAL FUNDS
UNDER 42 USC SECTION 658A TITLE IV-D TO RECOUP THE
STATES WELFARE EXPENDITURES, WHICH IS A CRIME
UNDER 18 USC SECTION 242 AND MANY MORE TITLE 18
VIOLATIONS

CHILD SUPPORT DEBTS ARE COMMERCIAL DEBTS
REQUIRING VALIDATION UNDER Debt Collection Improvement
Act of 1996 (DCIA), which is codified at 31 U.S.C. 3720D

1. ONE OF THE PEOPLE Sean Williams IS DEMANDING A
   TRUE COPY OF A COURT ORDER COMPLETE WITH
   JUDICIAL SIGNATURE AND ENTRY BY CLERK IN
   ACCORDANCE WITH 28 USC SECTION 1691.WITHOUT
   PROOF OF A COURT ORDER THIS CHILD SUPPORT
   AGENCY CANNOT CLAIM IT IS NOT OBLIGATED TO
   VALIDATE A TITLE IV-D DEBT, THAT IT IS ACTIVELY
   COLLECTING BY ISSUANCE OF IINCOME WITHHOLDING
   ORDERS. THIS LOWER COURT DECISION *"Holding that an
   obligation to pay arising out of a court order was not an FDCPA
   "debt""Knight v. Superior Court of N.J. Law Div., No. 12-3827 (3d*

11

*Cir. Feb. 7, 2013)* DOES NOT SUPERSEDE THE FOLLOWING
COURT DETERMINATIONS THAT CHILD SUPPORT DEBTS
ARE COMMERCIAL DEBT. [*United States v. Bongiorno, 106 F.3d
1027, 1032 (1st Cir. 1997)*, it was held that "state-court-imposed
child support orders are 'functionally equivalent to interstate
contracts'", rejecting the idea that child support payment
obligations are somehow a "different" kind of debt.  Lewko at 68-
69. ] [See also:  *U.S. v. Sage, 92 F.3d 101, 107 (2nd Cir. 1996)*(child
support is a commercial debt), and *U.S. v. Parker, 108 F.3d 28, 30-
31 (3rd Cir. 1997)*(child support a common, commercial debt)(The
activity regulated by the Act [Child Support Recovery Act] falls
within the broad definition of commerce adopted in Bishop.
Failure to make required payments gives rise to a "debt" which
implicates economic activity).), *U.S. v. Faasse, 265 F.3d 475 (6th
Cir. Michigan 2001)*(child support is a debt under the Commerce
Clause).]

2. TRUE COPIES OF an SF–329A "Letter to Employer &
   Important Notice to Employer," an SF–329B "Wage
   Garnishment Order," an SF- 329C "Wage Garnishment
   Worksheet,"and an SF–329D "Employer Certification,"
   LETTERS SENT FIRST CLASS MAIL FROM SECRETARY
   OF HEALTH AND HUMAN SERVICES TO EMPLOYER

3. PROOF OF A VALID COURT ORDER IS REQUIRED
   AUTHORIZING THE CHILD SUPPORT AGENCY TO ISSUE
   AN INCOME WITHHOLDING ORDER, AND THIS ORDER
   MUST PROVIDE THE NAME OF THE ISSUING JUDICIAL

OFFICER [NOT NON-JUDICIAL COURT EMPLOYEES] AS REQUIRED IN THE BOX ON INCOME WITHHOLDING ORDER, THE NAME OF CLERK WHO SIGNED AND ENTERED COURT ORDERED MONEY JUDGMENT FOR SUPPORT AS REQUIRED BY 28 USC SECTION 1691. THE CHILD SUPPORT AGENCY DOES NOT HAVE THE LUXURY OF IGNORANCE WHEN SEIZING PEOPLE'S CONSTITUTIONALLY PROTECTED PROPERTY UNDER THE 4TH AMENDMENT, THEREFORE IT MUST FOLLOW THE LAW LIKE ANY OTHER ENTITY.

4.  PROOF OF A VALID COURT ORDER AND PROOF OF A MONEY JUDGMENT FOR ARREARS WITH CLERKS OFFICE IS REQUIRED BY LAW [*A DEPUTY CLERK IS NOT A JUDICIAL SIGNATURE AND ANY DOCUMENT SIGNED BY DEPUTY CLERK IS VOID FOR NOT COMPLYING WITH LAW UNDER UNITED STATES CODE UNDER 28 USC SECTION 1691 PURSUANT -Scanbe Mfg. Co. v. Tryon, 400 F.2d 598 hn. 1 9th Cir. 1968*].

5.  WHEREAS I UNDERSTAND IT, PURSUANT THE GLOSSARY OF COMMON CHILD SUPPORT TERMS A SUPPORT ORDER WAS CREATED BY ADMINISTRATIVE PROCEDURES AND NOT BY A COURT OF COMPETENT JURISDICTION, WHICH IS A BLATANT VIOLATION OF SEPARATION OF POWERS DOCTRINE, A BLATANT VIOLATION OF DUE PROCESS OF LAW CLAUSE UNDER

13

14TH AMENDMENT AND *IS A CONSPIRACY AGAINST RIGHTS A TRESPASS UPON RIGHTS UNDER 18 USC SECTION 241*. *Administrative Procedure a method by which support orders are made and enforced by an executive agency rather than by courts and judges.*
*https://www.acf.hhs.gov/sites/default/files/programs/css/child_support_glossary.pdf*

6. VALIDATION OF TITLE IV-A/IV-D LOAN/DEBT IS LAWFULLY REQUIRED TO BE VALIDATED UNDER 45 CFR § 302.50 [Assignment of rights to support] AND UNDER 42 USC SECTION 406 [*42 U.S. Code § 406 - Representation of claimants before Commissioner*] THE CREDITOR ASSIGNED RIGHTS TO STATE REQUIRING DEBT COLLECTION FOR REPAYMENT OF SERVICES UNDER STATE WELFARE PROGRAM.

7. PROOF OF UNDERTAKING FOR CHILD SUPPORT FILED WITH CLERKS OFFICE PURSUANT STATE LAW FOR REPAYMENT OF LOAN.

8. FURTHER, THIS ENTITY CANNOT RELY UPON A CLAIM THAT A COURT ORDER IS ORDERING ONE OF THE PEOPLE Sean Williams TO MAKE PAYMENT OF CHILD SUPPORT UNLESS THIS COURT ORDER IS A COMPLETED SEAL OF TESTE PROCESS IN ACCORDANCE WITH 28 USC SECTION 1691 WHICH READS *"All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof."* FURTHER THE COURTS HAVE HELD THAT ANY WRIT COMING FROM A COURT

14

MUST HAVE A JUDICIAL SIGNATURE OR IT IS VOID FOR LACK OF JUDICIAL SIGNATURE.[1]

9. WHEREAS I UNDERSTAND IT, PURSUANT THE GLOSSARY OF COMMON CHILD SUPPORT TERMS A SUPPORT ORDER WAS CREATED BY ADMINISTRATIVE PROCEDURES AND NOT BY A COURT OF COMPETENT JURISDICTION, WHICH IS A BLATANT VIOLATION OF SEPARATION OF POWERS DOCTRINE, WHICH IS A BLATANT VIOLATION OF DUE PROCESS OF LAW CLAUSE UNDER 14TH AMENDMENT AND *IS A CONSPIRACY AGAINST RIGHTS A TRESPASS UPON RIGHTS UNDER 18 USC SECTION 241.*

10. 11TH AMENDMENT SOVEREINTY PROTECTION REQUIRES THE EMPLOYEE TO ACT IN PURSUANCE OF THE UNITED STATES CONSTITUTION TO JUSTIFY 11TH AMENDMENT IMMUNITY, WHEREBY ANY ACTION IN VIOLATION OF THE AGGRIEVED PARTY'S RIGHTS IS GROUNDS FOR REBUTTAL OF THE PRESUMPTION OF QUALIFIED OR JUDICIAL IMMUNITY UNDER A UNITED STATE SUPREME COURT DECISION SCHEUER V RHODES [*Scheuer v. Rhodes, 416 U.S. 232 (1974)* " *when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the*

---

[1] *Scanbe Mfg. Co. v. Tryon, 400 F.2d 598* "*the injunction signed only by a deputy clerk of the District Court is void*" *for want of a judicial signature. Section 1691 of Title 28, U.S.C.*

*consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."* **Ex parte YOUNG 209 U.S. 123 (1908) Supreme Court of United States]**

**Sean Williams**
**141 West 127 Street apt 643**
**New York, NY 10027**

STATE OF ___
COUNTY OF ___
The foregoing instrument was acknowledged before
me this ___ day of ___, 20___ by ___
___
Notary Public's Signature          Notary Name
My Commission Exp. ___

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

Form **COL** | **Violation Warning**
**Denial of Rights Under Color of Law**

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Sean Williams<br>141 west 127 Street 6a<br>NY NY 10027 | Child Support Agency<br>Intercept Unit 280 State Drive<br>Waterbury, VT 05671-1060 |

Citizen's statement: Opportunity under 31 USC Section 3716 to inspect and copy the records of the agency related to the claim. Case # WIL0418175

I certify that the forgoing information stated here is true and correct.

Citizen's signature ▶ _Sean Williams_ | Date ▶ 09/02/2022

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:

I, _Sean Williams_ certify that I personally delivered this notice to above named recipient and address on _280 State Drive_ at _280 State Drive_

Public Domain—Privacy Form COL(01)    09/02/2022

STATE OF    NY
COUNTY OF    NY

The foregoing instrument was acknowledged before me this _2_ day of _Aug_, 20_22_, by _Sean Williams_

_Munoz_
Notary Name

Notary Public's Signature
My Commission Exp. _11/30/23_

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

TO: CHILD SUPPORT AGENCY
INTERCEPT UNIT
280 STATE DRIVE
WATERBURY, VT 05671-1060


FROM: Sean Williams, 141 West 127 Street apt 6a NY NY 10027 case

number WIL0418175

DATE 08/02/2022


## CEASE AND DESIST COLLECTION ACTIONS BY CHILD SUPPORT AGENCY UNTIL THE UNDERSIGNED CLAIMED DEBTOR Sean Williams HAS THE OPPORTUNITY UNDER 31 USC SECTION 3716[1] TO INSPECT AND COPY THE RECORDS OF THE AGENCY RELATED TO THE CLAIM

**NON-ASSUMPSIT[2] IS BEING CLAIMED BY Sean Williams REQUIRING THE CHILD SUPPORT AGENCY CHILD SUPPORT AGENCY INTERCEPT UNIT  280 STATE DRIVE WATERBURY, VT 05671-1060
TO SUBSTANTIATE ITS CLAIMS THAT THE UNDERSIGNED IS A BORROWER/OBLIGOR FOR A LOAN BY PROVIDING THE**

---

[1] 31 U.S. Code § 3716 - Administrative offset The head of the agency may collect by administrative offset only after giving the debtor—
(1) written notice of the type and amount of the claim, the intention of the head of the agency to collect the claim by administrative offset, and an explanation of the rights of the debtor under this section;
(2) an opportunity to inspect and copy the records of the agency related to the claim;

[2] **NON-ASSUMPSIT** *The general issue in the action of assumpsit; being a plea by which the defendant avers that "he did not undertake" or promise as alleged. BLACK'S LAW DICTIONARY 2nd Ed.*

**EXISTENCE OF A TRUE COPY OF A *PROMISSORY NOTE*[3] WITH THE ALLEGED BORROWER/OBLIGOR'S WET-INKED AUTOGRAPH AGREEING TO UNDERTAKE A LOAN AND MAKE INSTALLMENT PAYMENTS FOR A LOAN AND WITHOUT EVIDENCE OF CONSENT AND *PROMISSORY NOTE* THE UNDERSIGNED CANNOT BE ACCUSED OR HELD IN *DEFAULT*[4] FOR WILLFUL FAILURE TO MAKE INSTALLMENT PAYMENTS AND WITHOUT EVIDENCE OF A *PROMISSORY NOTE* THE UNDERSIGNED IS NOT OBLIGATED TO REPAY AN UNSUBSTANTIATED CLAIM FOR A LOAN AND IS DEMANDING DISCHARGE FOR FAILURE TO SUBSTANTIATE CLAIMS OF DEFAULT OF LOAN**

1. The undersigned claimed debtor/obligor is in fact a Man, and as a man, he is Sovereign[5] and cannot be ruled over by a governmental agency created by the People for the People, and thereby he is invoking and asserting his sovereign rights secured by State Constitution and U.S. Constitution for America and thereby demands the State Title IV-D Child Support Enforcement to cease and desist

---

[3] **PROMISSORY NOTE**- "*A written promise to pay a debt by a specific date. It can be turned to cash by transferring it to another party*" https://thelawdictionary.org/promissory-note/

[4] **42 USC SECTION 666(5)(H)** "*default* " (*A)the term "default" means the failure of a borrower of a loan made under this part to— (I)make an installment payment when due; or (ii)comply with any other term of the promissory note for such loan.*

[5] from Bouvier's 1856 Law dictionary
**SOVEREIGN.** A chief ruler with supreme power; one possessing sovereignty. (q. v.) It is also applied to a king or other magistrate with limited powers.
2. In the United States the sovereignty resides in the body of the people. Vide Rutherf. Inst. 282.

any collection actions until full and proper due process is

provided.[*Note-The undersigned is not to a "Sovereign Citizen" and*

*prohibits anyone to call him as such!]*

2. It is a fact, that under the federal Uniform Interstate Family Support

   Act and State Uniform Interstate Family Support Act the consent of

   residents and nonresidents are required and without the consent by the

   undersigned claimed Debtor/Obligor, a planned cooperation is

   consistent Conspiracy to Deprive Rights are being perpetrated in this

   State under the authority of 42 USC Section 654(7)[6], 45 CFR 302.43[7],

   303.107[8] for a POC or *Plan of Cooperation* to be made between the

---

[6] **42 USC Section 654(7) provide for entering into cooperative arrangements** with appropriate
courts and law enforcement officials and Indian tribes or tribal organizations (as defined in
subsections (e) and (l) of section 5304 of title 25) (A) to assist the agency administering the plan,
including the entering into of financial arrangements with such courts and officials in order to assure
optimum results under such program, and (B) with respect to any other matters of common concern
to such courts or officials and the agency administering the plan;

[7] **§ 302.34 Cooperative arrangements**.
The State plan shall provide that the State will enter into agreements, which are reflected in a record,
for cooperative arrangements under § 303.107 of this chapter with appropriate courts; law
enforcement officials, such as district attorneys, attorneys general, and similar public attorneys and
prosecutors; corrections officials; and Indian Tribes or Tribal organizations. Such arrangements may
be entered into with a single official covering more than one court, official, or agency, if the single
official has the legal authority to enter into arrangements on behalf of the courts, officials, or
agencies. Such arrangements shall contain provisions for providing courts and law enforcement
officials with pertinent information needed in locating noncustodial parents, establishing paternity
and securing support, to the extent that such information is relevant to the duties to be performed
pursuant to the arrangement. They shall also provide for assistance to the IV-D agency in carrying
out the program, and may relate to any other matters of common concern. Under matters of common
concern, such arrangements may include provisions for the investigation and prosecution of fraud
directly related to paternity and child and spousal support, and provisions to reimburse courts and
law enforcement officials for their assistance.
[8] **§ 303.107 Requirements for cooperative arrangements.**
**The State must ensure that all cooperative arrangements:**

(a) Contain a clear description of the specific duties, functions and responsibilities of each party;

county law enforcement officials, such as district attorneys, attorneys general, and similar public attorneys and prosecutors; corrections officials; who are no longer impartial because they have a pecuniary interest by receiving federal Title IV-D funds for child support enforcement inside a courthouse in proceedings presided by surrogate judges and the proceedings and judgments are called coram non-judice[9] and both are deemed *absolutely void*[10] by the highest court on the land and a court of last resort that leave no room for reinterpretation by lower courts and staff, and therefore all support orders must be set aside under Federal Rule 60(b) and any collection efforts must immediately cease and desist.

---

(b) Specify clear and definite standards of performance which meet Federal requirements;

(c) Specify that the parties will comply with title IV-D of the Act, implementing Federal regulations and any other applicable Federal regulations and requirements;

(d) Specify the financial arrangements including budget estimates, covered expenditures, methods of determining costs, procedures for billing the IV-D agency, and any relevant Federal and State reimbursement requirements and limitations;

(e) Specify the kind of records that must be maintained and the appropriate Federal, State and local reporting and safeguarding requirements; and

(f) Specify the dates on which the arrangement begins and ends, any conditions for revision or renewal, and the circumstances under which the arrangement may be terminated.

[9] *What is CORAM NON-JUDICE? In presence of a person not a judge. When a suit is brought and determined in a court which has no jurisdiction in the matter, then it is said to be coram non-judice, and the judgment is void. Manufacturing Co. v. Holt, 51 W. Va. 352, 41 S. E. 351*

[10] *"If the petition filed in the State court before trial, and duly verified by the oath of the defendants, exhibited a sufficient ground for a removal of the prosecutions into the Circuit Court of the United States, they were in legal effect thus removed, and the writ of habeas corpus was properly issued. All proceedings in the State court subsequent to the removals were Coram non-judice and absolutely void." VIRGINIA v. RIVES, 100 US 313-SUPREME COURT 1880*

3. The undersigned respondent is contesting the cooperative agreements under 42 USC Section 654(7), 45 CFR 302.34, 45 CFR 303.107 between this Child Support Enforcement entity is not part of the courts, but is a separate unit established under 42 USC Section 654(3).

4. The undersigned respondent, is contesting that ex parte communications between the prosecution and the courts has occurred under Cooperative Agreements 42 USC Section 654(7), 45 CFR 302.34, 45 CFR 303.107 and is proof the prosecution, the Title IV-D Agency is cooperating with the courts, law enforcement, attorney general and staff, district attorney and staff, and is further proof the undersigned is being denied impartial due process by all parties being compensated by federal title iv-d funds to prosecute the undersigned. which is evidence that the undersign is not receiving impartial proceedings as guaranteed by state and federal Constitutions and Bill of Rights.

5. The undersigned Man is contesting and asserting rights secured by state constitution and Privileges and Immunities Clause under Article IV Section 2 constitution for the united States of America.

6. The undersigned State-citizen is claiming Non-assumpsit and at no time recalls willfully entering into an undertaking for a loan by

signing a promissory note, and therefore without proof of a

promissory note, the Claimed Debtor cannot be in debt, and thereby

the terms *Obligor, Claimed Debtor,* must be Stricken from any

records until a true copy of a *Promissory Note* is provided to the

undersigned within 7 days of delivery of this Cease and Desist.

7. The undersigned State-citizen is not domiciled within the

   geographical area of the term "State[11]" defined in 42 USC Section

   651-669b[12] as the District of Columbia, the Commonwealth of Puerto

   Rico, the Virgin Islands, Guam, and American Samoa and thereby the

   federal statutes 42 USC Section 651-669b are not enforceable in the

   state where the undersigned State-citizen is domiciled.

8. Under Section 654(20) all State laws created for the establishment and

   enforcement of child support, spousal support and establishment of

   paternity must be prescribed and in accordance with 42 USC Section

   666.

9. The home state where the undersigned state-citizen is domiciled is not

   within the federal jurisdiction of statutes 42 USC Sections 651-669(b).

---

[11] **42 USC Section 666 and 42 USC section 410( H)**) "The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa."
[12] **The Supreme Court in Matter Blessing v. Freestone, 520 US 329 - Supreme Court 1997** stated "To qualify for federal AFDC funds, the State must certify that it will operate a child support enforcement program that conforms with the numerous requirements set forth in Title IV—D of the Social Security Act, 42 U. S. C. §§ 651-669b"

10. The tribunal for the support proceedings is not within the geographical area of the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa and therefore the undersigned State-citizen is not under the personal jurisdiction of the tribunal.

11. Any State laws prescribed in accordance with 42 USC Section 666 are not applicable to the undersigned state-citizen because he is not under the personal jurisdiction of the tribunal enforcing federal laws for child support establishment and enforcement.

12. The tribunal enforcing child support is not within the geographical area of 42 USC Section 666 and thereby does not have personal jurisdiction over the body of the undersigned state-citizen.

13. The State child support enforcement agency [type in name of agency that is accusing you of owing child support] is alleging the undersigned State-citizen [type in your name] is a borrower of a loan and is obligated to make installment payments to repay this promissory note and is in default for failure to make installment payments or is in arrears.

14. The State entity contracted for the enforcement of Title IVD Child Support is threatening arrest or suspension of driver's license if the

undersigned state-citizen willfully does not appear for proceedings or willfully does not make installment payments for child support loan by sending this notice to appear.

15. The facts and circumstances that the undersigned State-citizen is being threatened with arrest or suspension of driver's license is proof the undersigned state-citizen is not consenting to contract with the State for child support services because he under duress and is not making a general appearance.

## CLAIMED CHILD SUPPORT DEBT MUST BE PROVEN BY PROVIDING A TRUE COPY OF A PROMISSARY NOTE WITH PROOF THE UNDERSIGNED STATE-CITIZEN IS THE BORROWER OR DISCHARGE DEBT IMMEDIATELY

1. The Child Support entity making claims of a child support debt or claimed default must provide proof of a PROMISSARY NOTE or discharge debt immediately.

2. Silence by the Child Support entity is acquiescence and proof it cannot provide proof of a PROMISSARY NOTE and must immediately discharge unsubstantiated debt. .

### DEFINITION OF TERMS

1. **DEBT** - The term ***Debt*** is defined in Black's Law Dictionary ninth edition [Page 462] as "*Liability on a claim; a specific sum of money due by agreement or otherwise.*"

2. **DEBTOR** - The term ***debtor*** is defined in Black's Law Dictionary ninth edition [Page 464] as "*One who owes an obligation to another.*" "*An obligation to pay money.*"

3. **OBLIGATION** - The term ***Obligation*** is defined in Black's Law Dictionary ninth edition [Page 1179] as "*A legal or moral duty to do or not do something.*" "*A formal, binding agreement or acknowledgment of a liability to pay a certain amount or to do a certain thing for a particular person or set of persons: a duty arising by contract.*"

4. **OBLIGEE** – "*One to whom an obligation is owed*"

5. **OBLIGOR** – "*One who has undertaken an obligation*"

6. **DEFAULT** – <u>42 USC SECTION 666(5)(H)</u> *"default"* <u>*(A)the term "default"*</u> <u>*means the failure of a borrower of a loan made under this part to— (i)make an*</u> <u>*installment payment when due; or (ii)comply with any other term of the*</u> <u>*promissory note for such loan.*</u>

7. **ASSUMPSIT** - The term ***Assumpsit*** is defined in Black's Law Dictionary ninth edition [Page 142] as 1. "*An express or implied promise, not under seal, by which one person undertakes to do some*

*act or pay something to another."* 2. *"A common-law action for breach of such promise or for a contract"*

8. **NONASSUMPSIT -** The term non-assumpsit is defined in Black's Law Dictionary ninth edition as [Latin "he did not undertake"] *"A general denial in an action of assumpsit, action of"*

9. **State -** 42 USC SECTION 666 AND DEFINED BY 42 USC Section 410 (h) *"The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa."*

The undersigned by taking the time to present legal definitions by Black's Law Dictionary 9th edition is to prove that the child support agency making claims is required to provide evidence of an agreement or contract with the undersigned wet-inked signature to support his claims of non-assumpsit that there is no proof of an agreement or contract and therefore is no proof of the undersigned, Sean Williams willful non-performance to prove default or contempt.

Sean Williams

141 West 127 Street apt 6a NY NY 10027

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 12 day of Aug, 2022 by Sean Williams

Notary Public's Signature
My Commission Exp. 11/30/23

Notary Name

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

| Form **COL** | **Violation Warning** **Denial of Rights Under Color of Law** |
|---|---|

▶ **Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983**

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Sean Williams 141 West 127 Street apt 6a New York, NY 10027 | Robin Arnell, Director Office of Child Support (OCS) 280 State Drive Waterbury, VT 05671 |

Citizen's statement:

Evidence of an undertaking agreement between Child Support agency and I. Case # WIL0418175
True copy of court order signed by a judicial court employee from a judicial court of competent jurisdiction

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ _Sean Williams_                              | Date ▶ 08/04/2022

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**
I, _____Sean Williams_____ certify that I personally delivered this notice to above named recipient
and address on _____ at _____.

Public Domain—Privacy Form COL(01)

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 4 day of Aug, 2022, by Sean Williams

_Munoz_
Notary Public's Signature          Notary Name
My Commission Exp. 11/30/23

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

TO: Robin Arnell, Director
Office of child Support (OCS)
280 State Drive Waterbury, VT 05671-1060


FROM: Sean Williams, Victim
        141 West 127 Street 6A
        New York, New York 10027

        Loan and Evidence clarification


Date: 08/19/2022

Robin Arnell, Director

Office of Child Support (OCS)

280 State Drive Waterbury, VT 05671-1060

Evidence of loan and Clarification

1. On exhibit 1 (IWO) could you please explain why Child Support Enforce (CSE) check box is selected and not the Court? Answer in writing or typed please.

2. Is (IWO) case number WIL04I8175 evidence of a loan? And if not or if it is indeed a loan clarify in writing or typed please.

3. On exhibit 1 pg. 2 Vermont Office of Child Support is listed as the judge/issuing official, Customer service unit is listed as the title of judge/issuing official, and date of signature is blank - why? Answer in writing or typed please.

4. On exhibit 2 pg.1: How can a third party (OCS) intervene in a matter STEPHINE PATE vs. SEAN WILLIAMS (for clarification my name is Sean Williams), if (OCS) does not represent PATE nor myself, (OCS) suffered no injury caused by me, and (OCS) is unable to present evidence of a loan agreement between it and myself? Answer in writing or typed please.

5. Exhibit 3: If I truly owe a debt which is yet to be proven, why did (OCS) return my money it took from me after sending Sherman Abrams Labs (IWO) case # WIL0418175? I worked for Sherman Abrams Labs between 08/2021 up to 05/2022. Sherman Abrams Human Resources and I had a meeting where we went over some documents, thereafter Sherman Abrams Labs looked into the matter and (OCS) could not substantiate its claim and as a result (OCS) sent me three checks totaling the amount (OCS) unlawfully took from me. Could you explain in writing or typed.

6. Exhibit 4: Is PATE receiving services from assistance Economic services division and if so is PATE entitled and did PATE applied with her own free will? Answer in writing or typed please.

7. Cease and Desist calling me debtor, Obligor, or any other sham names. Cease and Desist taking my money and return all that has already been taken in the past, present, and any in the future.

Sean Williams

141 west 127 street 6A
New York, NY 10027

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 18 day of Aug, 2022, by Sean Williams

Notary Public's Signature                Notary Name
My Commission Exp.: 11-30-23

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

**TO: Robin Arnell, Director**
Office of Child Support (OCS)
280 State Drive
Waterbury, VT 05671 - 1060

**FROM: Sean Williams**
141 West 127 Street apt 6a
New York, NY 10027

Date: 08/04/2022

## DEFINITION OF "DEBT" BLACK'S LAW DICTIONARY 9TH EDITION *"LIABILITY ON A CLAIM; A SPECIFIC SUM OF MONEY DUE BY AGREEMENT OR OTHERWISE"*

## DEFINITION OF "OBLIGATION" BLACK'S LAW DICTIONARY 9TH EDITION *"A LEGAL OR MORAL DUTY TO DO OR NOT DO SOMETHING, A FORMAL, BINDING AGREEMENT OR ACKNOWLEDGMENT OF A LIABILITY TO PAY A CERTAIN AMOUNT OR TO DO A CERTAIN THING FOR A PARTICULAR PERSON OR SET OF PERSONS, A DUTY ARISING BY CONTRACT"*

1. WHERE IS THIS AGREEMENT AND OR UNDERTAKING THAT THIS AGENCY PRESENTED TO THE COURT TO FORCE THE COURT TO ISSUE AN ORDER FOR SUPPORT OR DEBT?

2. THIS FACT PREVENTS THIS AGENCY FROM CLAIMING THE DEBT IS COURT ORDERED, BECAUSE THIS AGENCY MUST STILL PROVIDE PROOF OF THE OBLIGATION AGREEMENT!

3. PROOF OF DEFAULT BY NONPERFORMANCE BY

1

ALLEGED OBLIGOR CAN ONLY OCCUR IF THERE IS
EVIDENCE OF AN UNDERTAKING AGREEMENT
BETWEEN THE CHILD SUPPORT AGENCY AND THE
UNDERSIGNED CAUSING THE UNDERSIGNED TO BE
OBLIGATED TO MEET THE TERMS OF THE
UNDERTAKING AGREEMENT. WHERE IS EVIDENCE OF
THE UNDERTAKING AGREEMENT?

DEFINITION OF "ORDER" BLACK'S LAW DICTIONARY 9TH
EDITION  *"A COMMAND, DIRECTION, OR INSTRUCTION. A
WRITTEN DIRECTION OR COMMAND DELIVERED BY COURT OR
JUDGE"*

THE UNDERSIGNED CLAIMED DEBTOR IS REQUIRING THE
VALIDATION OF CLAIMED DEBT UNDER Debt Collection
Improvement Act of 1996 (DCIA), which is codified at 31 U.S.C. 3720,
45 CFR Part 32.4, AND DECLARATION OF RIGHTS
GUARANTEED BY THE UNITED STATES OF AMERICA.
Case # WIL0418175
BE ADVISED, UNDER NO CIRCUMSTANCES IS THE
UNDERSIGNED CLAIMING THE DEBT IS A DEBT DEFINED
UNDER FEDERAL FAIR DEBT COLLECTIONS ACT,
THEREFORE PLEASE REFRAIN FROM MISINFORMATION BY
CLAIMING THAT THIS COLLECTION AGENCY DOES NOT
HAVE TO VALIDATE A CHILD SUPPORT DEBT BECAUSE IT IS
NOT A COMMERCIAL DEBT. HOW CAN THIS AGENCY
LAWFULLY ENFORCE AN OUT OF STATE DEBT THAT IN FACT

2

IS AN ACT OF INTERSTATE COMMERCE, WHICH IS PROOF POSITIVE OF A COMMERCIAL DEBT.

THE HIGHEST COURTS IN THE LAND HAS HELD THAT CHILD SUPPORT DEBTS ARE NOT A DIFFERENT KIND OF DEBT, BUT RATHER, CHILD SUPPORT DEBTS ARE IN FACT INTERSTATE COMMERCE DEBTS. PLEASE REFRAIN FROM ANY MISREPRESENTATION OF THE LAWS AND THE FACTS REGARDING CHILD SUPPORT DEBTS. [*United States v. Bongiorno, 106 F.3d 1027, 1032 (1st Cir. 1997)*, it was held that "state-court-imposed child support orders are 'functionally equivalent to interstate contracts'", rejecting the idea that child support payment obligations are somehow a "different" kind of debt. Lewko at 68-69. ]

[See also: *U.S. v. Sage, 92 F.3d 101, 107 (2nd Cir. 1996)*(child support is a commercial debt), and *U.S. v. Parker, 108 F.3d 28, 30-31 (3rd Cir. 1997)*(child support a common, commercial debt)(The activity regulated by the Act [Child Support Recovery Act] falls within the broad definition of commerce adopted in Bishop. Failure to make required payments gives rise to a "debt" which implicates economic activity).), *U.S. v. Faasse, 265 F.3d 475 (6th Cir. Michigan 2001)*(child support is a debt under the Commerce Clause).]


**DISCOVERY OF A COURT ORDER IS DEMANDED WITHIN 15 DAYS TO BE SENT BY CERTIFED USPS MAIL TO THE UNDERSIGNED**

1. TRUE COPY OF A VALID COURT ORDER SIGNED BY A JUDICIAL COURT EMPLOYEE FROM A JUDICIAL COURT OF COMPETENT JURISDICTION IS DEMANDED

3

IMMEDIATELY AS DISCOVERY THIS CHILD SUPPORT
COLLECTION/ENFORCEMENT AGENCY IS COMPLYING
WITH A COURT ORDER TO COLLECT A DEBT BY
INCOME WITHHOLDING ORDER

2. TRUE COPY OF A VALID COURT ORDER SIGNED BY A
   JUDICIAL COURT EMPLOYEE FROM A JUDICIAL COURT
   OF COMPETENT JURISDICTION IS DEMANDED
   IMMEDIATELY AS DISCOVERY THIS CHILD SUPPORT
   COLLECTION/ENFORCEMENT AGENCY IS AUTHORIZED
   TO SEIZE PROPERTY BY RESTRAINING NOTICE TO A
   BANKING INSTITUTION

3. TRUE COPY OF AN AGREEMENT OR UNDERTAKING
   WITH THE SIGNATURE OF THE UNDERSIGNED


A DEFAULT FOR THIS VALIDATION OF DEBT IS DEFINED:

1. AS FAILURE TO RESPOND WITHIN 15 DAYS WITH
   EVIDENCE OF A DEBT RECORDED WITHIN COUNTY
   CLERK'S OFFICE IN COUNTY WHERE PROCEEDINGS
   WERE HELD.

2. AS FAILURE TO PROVIDE PROOF OF A INCOME
   WITHHOLDING ORDER AUTHORIZED BY THE
   SECRETARY OF HEALTH AND HUMAN SERVICES IN
   ACCORDANCE WITH 45 CFR PART 32.6.

3. AS FAILURE TO PROVIDE PROOF OF A COURT
   ORDERED MONEY JUDGMENT ISSUED BY A TRIAL
   COURT OF COMPETENT JURISDICTION SIGNED BY A

4

JUDICIAL OFFICER IN ACCORDANCE WITH 28 USC SECTION 1691. FURTHER, BE ADVISED THAT ANY ORDER ISSUED BY A COURT EMPLOYEE WHO IS A NON-JUDICIAL PERSON *CORAM NON JUDICE "BEFORE A PERSON NOT A JUDGE"* HAS BEEN HELD AS A VOID JUDGMENT BY THE UNITED STATES SUPREME COURT, WHEREBY COLLECTION OF INCOME BY A VOID JUDGMENT IS ILLEGAL AND CAUSE FOR CRIMINAL AND CIVIL DAMAGES. *"before a person not a judge" — meaning, in effect, that the proceeding in question was not a judicial proceeding because lawful judicial authority was not present, and could therefore not yield a judgment"* **_Burnham v. Superior Court 495 U.S. 604 (1990)_**

4.  AS FAILURE TO PROVIDE PROOF SHOWING THIS TITLE IV-D COLLECTION AGENCY IS THE CREDITOR OWED A DEBT ARISING FROM A TITLE IV-A DEBT

5.  AS INTENTIONAL ACTS OF MISREPRESENTATION OF LAWS, CONCEALMENT AND OBSTRUCTION OF A LAWFUL COMMAND TO VALIDATE A CLAIMED DEBT.


**RESPONSE TO DEFAULT:**

1.  WRIT OF MANDAMUS TO COMPEL THE PERSON COMMANDED TO COMPLY WITH THIS VALIDATION OF DEBT TO APPEAR IN COURT AND PROVIDE A TRUE COPY OF A COURT ORDER ESTABLISHED IN A COURT OF COMPETENT JURISDICTION.

2.  WRIT OF PROHIBITION IN A COURT OF COMPETENT

5

    JURISDICTION PROHIBITING ANY PAST, PRESENT, AND
    FUTURE COLLECTION OF CLAIMED DEBTS.

3. **WRIT OF DISCOVERY DEMANDING DISCOVERY OF
PROOF OF A DEBT REQUIRING REPAYMENT BY THE
UNDERSIGNED.**

4. **PERSONAL DAMAGES ARISING FROM TRESPASS UPON
RIGHTS GUARANTEED IN THE UNITED STATES
CONSTITUTION WILL BE FILED IN FEDERAL DISTRICT
COURT AGAINST THE EMPLOYEE AND SUPERVISOR
WHO ARE REFUSING TO COMPLY WITH A LAWFUL
COMMAND TO VALIDATE CLAIMED DEBT.**

IT IS NOT THE INTENTION OF THE UNDERSIGNED CLAIMANT
Sean Williams TO ENTER INTO ANY CONTRACT, WRITTEN, OR
IMPLIED WITH THIS COLLECTION AGENCY.

IT IS THE INTENTION OF THE UNDERSIGNED TO FORCE THIS
COLLECTION AGENCY TO SHOW PROOF OF A VALID COURT
ORDERED DEBT, WHICH CAN ONLY OCCUR BY AN ORIGINAL
AGREEMENT OR UNDERTAKING FOR REPAYMENT, WHICH THE
COURTS ARE ORDERING THE UNDERSIGNED TO REPAY
BECAUSE OF SOME FAILURE TO MAKE REPAYMENT.

WHO IS ONE OF THE PEOPLE NAMED IN THE PREAMBLE OF THE
CONSTITUTION OF AMERICA AND GUARANTEED RIGHTS IN THE
BILL OF RIGHTS AND HE/SHE BELIEVES A VICTIM OF
FRAUDULENT COLLECTION PRACTICES PRACTICED BY THIS
TITLE IV-D COLLECTION AGENCY.

IT IS CLAIMED Sean Williams IS A DEBTOR FOR CHILD SUPPORT, BUT Sean Williams DOES NOT RECALL BORROWING ANY CREDIT NOR RECALLS SIGNING A UNDERTAKING FOR REPAYMENT OF A LOAN AGREEMENT NOR RECALLS ACCEPTANCE OF PUBLIC ASSISTANCE REQUIRING A RECOUPMENT OF WELFARE EXPENDITURES AS EXPLAINED BY MATTER *WEHUNT v LEDBETTER THE FEDERAL COURT OF APPEALS 11TH CIRCUIT*. A CLAIM THAT Sean Williams.0 OWES A DEBT MUST BE PROVEN BY PHYSICAL EVIDENCE OF A LOAN AGREEMENT FOR CHILD SUPPORT WITH THE UNDERSIGNED WET-INKED SIGNATURE. Sean Williams REQUIRES VALIDATION OF CHILD SUPPORT DEBT AND DECLARES BY THIS AFFIDAVIT THAT ALL RIGHTS GUARANTEED BY THE UNITED STATES CONSTITUTION BILL OF RIGHTS ARE INTACT AND NEVER WAIVED, THEREFORE A JUDGMENT ARISING FROM A TRIAL BY JURY MUST BE OFFERED.

PLEASE REFRAIN FROM MISREPRESENTATION OF LAWS AND FACTS THAT CHILD SUPPORT DEBTS ARE NOT DEBTS UNDER THE FEDERAL DEBT COLLECTION PRACTICES ACT OR CHILD SUPPORT DEBTS ARE NOT CONSUMER DEBTS. A DEBT IS A DEBT AND A CLAIMED DEBTOR HAS EVERY RIGHT TO VIEW RECORDS SUBSTANTIATING DEBT UNDER 45 CFR PART 32.4. [*United States v. Bongiorno, 106 F.3d 1027, 1032 (1st Cir. 1997)*, it was held that "state-court-imposed child support orders are 'functionally equivalent to interstate contracts'", rejecting the idea that child support payment obligations are somehow a "different" kind of debt. Lewko at 68-69. ] [See also: *U.S. v. Sage, 92 F.3d 101, 107 (2nd Cir. 1996)*(child support is

7

a commercial debt), and *U.S. v. Parker, 108 F.3d 28, 30-31 (3rd Cir. 1997)*(child support a common, commercial debt)(The activity regulated by the Act [Child Support Recovery Act] falls within the broad definition of commerce adopted in Bishop. Failure to make required payments gives rise to a "debt" which implicates economic activity).), *U.S. v. Faasse, 265 F.3d 475 (6th Cir. Michigan 2001)*(child support is a debt under the Commerce Clause).]

WHEREAS I UNDERSTAND IT, THE CHILD SUPPORT COLLECTION AGENCY IS A CUSTOMER SERVICE BASED BUSINESS AND DEBTORS AND CREDITORS ARE REQUIRED TO CALL CUSTOMER SERVICE REPRESENTATIVES ON THE PHONE, AND AN ANNUAL FEE OF $25 IS CHARGED TO THE CUSTODIAL PARENT, WHICH IS 100% PROOF THAT CHILD SUPPORT DEBT IS A CONSUMER BASED DEBT AND MUST BE VALIDATED BY CREDITOR WHEN DEMANDED BY ALLEGED DEBTOR.
31 USC SECTION 3720d(2)(A) IS A LAW THAT REQUIRES THAT THIS AGENCY MUST PROVIDE PROOF OF A DEBT.
IF THIS CHILD SUPPORT AGENCY OR ITS LEGAL COUNSEL IS REFUSING TO COOPERATE IN VALIDATING THIS DEBT CLAIM SHALL BY A WRIT OF MANDAMUS IN A COURT OF COMPETENT JURISDICTION BE COMPELLED TO PROVIDE DISCOVERY AND A RECORD IN AN OPEN COURT THAT THIS CHILD SUPPORT AGENCY CANNOT SUBSTANTIATE THE CLAIM OF A DEBT.
IN A COURT OF COMPETENT JURISDICTION IT WILL BE PROVEN THAT THESE TITLE IV-D COLLECTIONS ARE NOT FOR CHILD SUPPORT AS THEY ARE PURPORTED, BUT FOR RECOUPMENT OF

8

WELFARE EXPENDITURES. THIS LAST STATEMENT IS
CONSISTENT WITH TITLE IV-D FRAUD FOR
MISREPRESENTATION. BE ADVISED THAT A SUPPORT ORDER
CREATED BY ADMINISTRATIVE PROCEDURES ARE NOT COURT
ORDERS AND NOT CONSISTENT WITH WRITS AND SEALE OF
PROCESS UNDER 28 USC SECTION 1691. [Administrative *Procedure a
method by which support orders are made and enforced by an executive
agency rather than by courts and judges.*
*https://www.acf.hhs.gov/sites/default/files/programs/css/child_support_glo
ssary.pdf*]
TITLE IV-D COLLECTIONS REQUIRES THAT THE PARTIES
INVOLVED ARE OR HAVE RECEIVED WELFARE.
*In Wehunt v Ledbetter, mothers of children with absent fathers
Brought suit under § 1983 against the Georgia Department of
Health and Human Services for its failure to establish the paternity
Of their children and secure child support on their behalf.
The Eleventh Circuit held that Title IV-D does not create enforceable
Rights on behalf of needy families with children because they are
Not the intended beneficiaries of the statute." The court reasoned
That the primary purpose of Title IV-D was to recoup the states
Welfare expenditures on behalf of needy families by collecting child
Support from absent parents. While the AFDC program itself was
Intended to benefit needy families with children, Title IV-D was
Intended to benefit the public treasury and taxpayers by reducing
The present and future welfare rolls. "*

PLEASE BE GUIDED BY THE LAW OF THE LAND ALSO REFERRED

9

TO AS THE UNITED STATES CONSTITUTION AND COMMON
ENGLISH WORDS FOUND IN THE DICTIONARY PROVING A DEBT
IS A DEBT AND THE PEOPLE OF THE UNITED STATES OF
AMERICA ARE GUARANTEED DUE PROCESS OF LAW BEFORE
BEING DEPRIVED OF LIFE, LIBERTY OR PROPERTY AND ALL
RIGHTS GUARANTEED ARE PROTECTED UNDER THE 9TH
AMENDMENT AND CANNOT UNDER ANY CIRCUMSTANCES BE
DENIED BY THIS CHILD SUPPORT COLLECTION AGENCY.

[*Definition of debt-* *a state of being under obligation to pay or repay*
*someone or something in return for something received : a state of owing*
*<deeply in debt to creditors>https://www.merriam-*
*webster.com/dictionary/debt*]

**What is UNDERTAKING? [BLACK'S LAW DICTIONARY]**

*A promise, engagement, or stipulation. Each of the promises made by the*
*parties to a contract, considered independently and not as mutual, may, in*
*this sense, be denominated an "undertaking." "Undertaking" is*
*frequently used in the special sense of a promise given in the course of*
*legal proceedings by a party or his counsel, generally as a condition to*
*obtaining some concession from the court or the opposite*
*party.*

**DEBTS CAN BE COMMERCIAL OR PRIVATE DEBTS, BUT ALL
ARISE FROM AN AGREEMENT FOR A LOAN OR SERVICES OR
CONTRACT CAUSING ONE PARTY TO BE OBLIGATED TO
ANOTHER. THE *PRESUMPTIVE TERM OBLIGOR* ARISES FROM
AN OBLIGATION WHEREBY Sean Williams HAS BEEN TERMED
AN OBLIGOR MANY TIMES AND HE REQUIRING PROOF OF AN
OBLIGATION CONTRACT.**

10

**THE CLAIMANT** Sean Williams **IS DEMANDING EVIDENCE OF HIS CONSENT**

**THIS ENTITY MUST PROVIDE EVIDENCE VALIDATING THE TITLE IV-D DEBT THIS CHILD SUPPORT COLLECTION AGENCY IS PRESENTLY COLLECTING BY INCOME WITHHOLDING ORDER OR IT IS COMMITTING A FRAUD AND CONCEALING ITS ILLEGAL FRAUDULENT COLLECTION PRACTICES TO DEPRIVE PROPERTY AND CIVIL RIGHTS FROM AN AMERICAN CITIZEN TO RECEIVE FEDERAL FUNDS UNDER 42 USC SECTION 658A TITLE IV-D TO RECOUP THE STATES WELFARE EXPENDITURES, WHICH IS A CRIME UNDER 18 USC SECTION 242 AND MANY MORE TITLE 18 VIOLATIONS**

**CHILD SUPPORT DEBTS ARE COMMERCIAL DEBTS REQUIRING VALIDATION UNDER Debt Collection Improvement Act of 1996 (DCIA), which is codified at 31 U.S.C. 3720D**

1. **ONE OF THE PEOPLE** Sean Williams **IS DEMANDING A TRUE COPY OF A COURT ORDER COMPLETE WITH JUDICIAL SIGNATURE AND ENTRY BY CLERK IN ACCORDANCE WITH 28 USC SECTION 1691.WITHOUT PROOF OF A COURT ORDER THIS CHILD SUPPORT AGENCY CANNOT CLAIM IT IS NOT OBLIGATED TO VALIDATE A TITLE IV-D DEBT, THAT IT IS ACTIVELY COLLECTING BY ISSUANCE OF IINCOME WITHHOLDING ORDERS. THIS LOWER COURT DECISION "*Holding that an obligation to pay arising out of a court order was not an FDCPA***

11

*"debt"""Knight v. Superior Court of N.J. Law Div., No. 12-3827 (3d Cir. Feb. 7, 2013) DOES NOT SUPERSEDE THE FOLLOWING COURT DETERMINATIONS THAT CHILD SUPPORT DEBTS ARE COMMERCIAL DEBT. [United States v. Bongiorno, 106 F.3d 1027, 1032 (1st Cir. 1997),* it was held that "state-court-imposed child support orders are 'functionally equivalent to interstate contracts'", rejecting the idea that child support payment obligations are somehow a "different" kind of debt.  Lewko at 68-69. ] [See also:  *U.S. v. Sage, 92 F.3d 101, 107 (2nd Cir. 1996)*(child support is a commercial debt), and *U.S. v. Parker, 108 F.3d 28, 30-31 (3rd Cir. 1997)*(child support a common, commercial debt)(The activity regulated by the Act [Child Support Recovery Act] falls within the broad definition of commerce adopted in Bishop.  Failure to make required payments gives rise to a "debt" which implicates economic activity).), *U.S. v. Faasse, 265 F.3d 475 (6th Cir. Michigan 2001)*(child support is a debt under the Commerce Clause).]

2. TRUE COPIES OF an SF–329A ''Letter to Employer & Important Notice to Employer,'' an SF–329B ''Wage Garnishment Order,'' an SF- 329C ''Wage Garnishment Worksheet,''and an SF–329D ''Employer Certification,'' LETTERS SENT FIRST CLASS MAIL FROM SECRETARY OF HEALTH AND HUMAN SERVICES TO EMPLOYER

3. PROOF OF A VALID COURT ORDER IS REQUIRED AUTHORIZING THE CHILD SUPPORT AGENCY TO ISSUE AN INCOME WITHHOLDING ORDER, AND THIS ORDER

12

MUST PROVIDE THE NAME OF THE ISSUING JUDICIAL OFFICER [NOT NON-JUDICIAL COURT EMPLOYEES] AS REQUIRED IN THE BOX ON INCOME WITHHOLDING ORDER, THE NAME OF CLERK WHO SIGNED AND ENTERED COURT ORDERED MONEY JUDGMENT FOR SUPPORT AS REQUIRED BY 28 USC SECTION 1691. THE CHILD SUPPORT AGENCY DOES NOT HAVE THE LUXURY OF IGNORANCE WHEN SEIZING PEOPLE'S CONSTITUTIONALLY PROTECTED PROPERTY UNDER THE 4TH AMENDMENT, THEREFORE IT MUST FOLLOW THE LAW LIKE ANY OTHER ENTITY.

4. PROOF OF A VALID COURT ORDER AND PROOF OF A MONEY JUDGMENT FOR ARREARS WITH CLERKS OFFICE IS REQUIRED BY LAW [*A DEPUTY CLERK IS NOT A JUDICIAL SIGNATURE AND ANY DOCUMENT SIGNED BY DEPUTY CLERK IS VOID FOR NOT COMPLYING WITH LAW UNDER UNITED STATES CODE UNDER 28 USC SECTION 1691 PURSUANT -Scanbe Mfg. Co. v. Tryon, 400 F.2d 598 hn. 1 9th Cir. 1968*].

5. WHEREAS I UNDERSTAND IT, PURSUANT THE GLOSSARY OF COMMON CHILD SUPPORT TERMS A SUPPORT ORDER WAS CREATED BY ADMINISTRATIVE PROCEDURES AND NOT BY A COURT OF COMPETENT JURISDICTION, WHICH IS A BLATANT VIOLATION OF SEPARATION OF POWERS DOCTRINE, A BLATANT

VIOLATION OF DUE PROCESS OF LAW CLAUSE UNDER 14TH AMENDMENT AND *IS A CONSPIRACY AGAINST RIGHTS A TRESPASS UPON RIGHTS UNDER 18 USC SECTION 241*. *Administrative Procedure a method by which support orders are made and enforced by an executive agency rather than by courts and judges.*

*https://www.acf.hhs.gov/sites/default/files/programs/css/child_support_glossary.pdf*

6. VALIDATION OF TITLE IV-A/IV-D LOAN/DEBT IS LAWFULLY REQUIRED TO BE VALIDATED UNDER 45 CFR § 302.50 [Assignment of rights to support] AND UNDER 42 USC SECTION 406 [*42 U.S. Code § 406 - Representation of claimants before Commissioner*] THE CREDITOR ASSIGNED RIGHTS TO STATE REQUIRING DEBT COLLECTION FOR REPAYMENT OF SERVICES UNDER STATE WELFARE PROGRAM.

7. PROOF OF UNDERTAKING FOR CHILD SUPPORT FILED WITH CLERKS OFFICE PURSUANT STATE LAW FOR REPAYMENT OF LOAN.

8. FURTHER, THIS ENTITY CANNOT RELY UPON A CLAIM THAT A COURT ORDER IS ORDERING ONE OF THE PEOPLE Sean Williams TO MAKE PAYMENT OF CHILD SUPPORT UNLESS THIS COURT ORDER IS A COMPLETED SEAL OF TESTE PROCESS IN ACCORDANCE WITH 28 USC SECTION 1691 WHICH READS *"All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof."* FURTHER THE COURTS

14

HAVE HELD THAT ANY WRIT COMING FROM A COURT
MUST HAVE A JUDICIAL SIGNATURE OR IT IS VOID FOR
LACK OF JUDICIAL SIGNATURE.[1]

9. WHEREAS I UNDERSTAND IT, PURSUANT THE
GLOSSARY OF COMMON CHILD SUPPORT TERMS A
SUPPORT ORDER WAS CREATED BY ADMINISTRATIVE
PROCEDURES AND NOT BY A COURT OF COMPETENT
JURISDICTION, WHICH IS A BLATANT VIOLATION OF
SEPARATION OF POWERS DOCTRINE, WHICH IS A
BLATANT VIOLATION OF DUE PROCESS OF LAW
CLAUSE UNDER 14TH AMENDMENT AND IS A CONSPIRACY
AGAINST RIGHTS A TRESPASS UPON RIGHTS UNDER 18
USC SECTION 241.

10. 11TH AMENDMENT SOVEREINTY PROTECTION
REQUIRES THE EMPLOYEE TO ACT IN PURSUANCE OF
THE UNITED STATES CONSTITUTION TO JUSTIFY 11TH
AMENDMENT IMMUNITY, WHEREBY ANY ACTION IN
VIOLATION OF THE AGGRIEVED PARTY'S RIGHTS IS
GROUNDS FOR REBUTTAL OF THE PRESUMPTION OF
QUALIFIED OR JUDICIAL IMMUNITY UNDER A UNITED
STATE SUPREME COURT DECISION SCHEURER V
RHODES [*Scheuer v. Rhodes, 416 U.S. 232 (1974)* " *when a state
officer acts under a state law in a manner violative of the Federal
Constitution, he comes into conflict with the superior authority of that
Constitution, and he is in that case stripped of his official or*

---

[1] *Scanbe Mfg. Co. v. Tryon, 400 F.2d 598 "the injunction signed only by a deputy clerk of the District Court is void" for want of a judicial signature. Section 1691 of Title 28, U.S.C."*

*representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States.*" **Ex parte YOUNG 209 U.S. 123 (1908) Supreme Court of United States]**


**Sean Williams**
**141 West 127 Street apt 643**
**New York, NY 10027**


STATE OF   NY
COUNTY OF   NY

The foregoing instrument was acknowledged before me this 14 day of July, 2022, by Sean William
Nunez

Notary Public's Signature          Notary Name
My Commission Exp. 11 30 23


NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

16

*[handwritten: "no jury", "no judge"]*

# INCOME WITHHOLDING FOR SUPPORT

*[handwritten: my wet ink signature is no where]*

- ☑ **INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)**
- ☐ AMENDED IWO
- ☐ ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
- ☐ TERMINATION OF IWO

Date: **10/04/2019**

☑ Child Support Enforcement (CSE) Agency ☐ Court ☐ Attorney ☐ Private Individual/Entity · (Check One)

NOTE: This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender. (see IWO instructions **https://www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions**). If you receive this document from someone other than a state or tribal CSE agency or a court, a copy of the underlying support order must be attached.

State/Tribe/Territory  SOV
City/County/Dist./Tribe  VERMONT OFFICE OF CHILD SU[...]
Private Individual/Entity _____

Remittance ID (include w/payment)  1018635930
Order ID  209-9-18 BNDM
Case ID  1018635930

NYU HOSPITALS CENTER
Employer/Income Withholder's Name
1 PARK AVE FL 11
Employer/Income Withholder's Address
ATTN: WAGE GARNISHMENT

NEW YORK, NY 10016

Employer/Income Withholder's FEIN  13-3971298

RE: WILLIAMS, SEAN L
Employee/Obligor's Name (Last, First, Middle)
▓▓▓3593
Employee/Obligor's Social Security Number
10/17/1984
Employee/Obligor's Date of Birth
PATE, STEPHINE L ·
Custodial Party/Obligee's Name (Last, First, Middle)

*[handwritten: incomplete instrument]*

| Child(ren)'s Name(s) (Last, First, Middle) | Child(ren)'s Birth Date(s) |
|---|---|
| ▓▓▓, MALKIA | 03/09/2011 |
| ▓▓▓, MALCOLM | 01/02/2013 |
| | |
| | |
| | |
| | |

**ORDER INFORMATION:** This document is based on the support order from  VT                          (State/Tribe).
You are required by law to deduct these amounts from the employee/obligor's income until further notice.

| $ | | Per | | |
|---|---|---|---|---|
| $ | 1243.00 | Per | MONTHLY | current child support |
| $ | 310.75 | Per | MONTHLY | past-due child support - Arrears greater than 12 weeks? ☐ Yes ☐ No |
| $ | 0.00 | Per | | current cash medical support |
| $ | 0.00 | Per | | past-due cash medical support |
| $ | 0.00 | Per | | current spousal support |
| $ | 0.00 | Per | | past-due spousal support |
| $ | 0.00 | Per | | other (must specify) |

*[handwritten: exhibit 1]*

for a Total Amount to Withhold of $ _____1553.75__ per MONTHLY

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

| $ | 358.58 | per weekly pay period | $ | 776.87 | per semimonthly pay period (twice a month) |
|---|---|---|---|---|---|
| $ | 717.16 | per biweekly pay period (every two weeks) | $ | 1553.75 | per monthly pay period |
| $ | 0.00 | Lump Sum Payment: Do not stop any existing IWO unless you receive a termination order. | | | |

Document Tracking ID  50504

Income Withholding for Support (IWO)        OMB 0970-0154        Expiration Date: 08/31/2020        Page 1 of 4

Employer's Name: NYU HOSPITALS CENTER    Employer FEIN: 13-3971298

Employee/Obligor's Name: WILLIAMS, SEAN L    SSN: 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

Case Identifier: 1018635930    Order Identifier: 209-9-18 BNDM

*REMITTANCE INFORMATION:* If the employee/obligor's principal place of employment is VERMONT
(State/Tribe), you must begin withholding no later than the first pay period that occurs 10 days after the date
of 10/04/2019 . Send payment within 07 business days of the pay date. If you cannot withhold the full amount of support
for any or all orders for this employee/obligor, withhold 50 % of disposable income for all orders. If the obligor is a non-
employee, obtain withholding limits from Supplemental Information. If the employee/obligor's principal place of
employment is not VERMONT                        (State/Tribe), obtain withholding limitations, time requirements,
and any allowable employer fees from the jurisdiction of the employee/obligor's principal place of employment.
State-specific withholding limit information is available at https://www.acf.hhs.gov/css/resource/state-income-withholding-
contacts-and-program-requirements.
For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at https://
www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or
https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.
For electronic payment requirements and centralized payment collection and disbursement facility information [State
Disbursement Unit (SDU)], see https://www.acf.hhs.gov/css/employers/employer-responsibilities/payments.

Include the Remittance ID with the payment and, if necessary, this locator code: 5000000

| Remit payment to VERMONT OFFICE OF CHILD SUPPORT | (SDU/Tribal Order Payee) |
| at PO BOX 1310 WILLISTON, VT 05495-1310 | (SDU/Tribal Payee Address) |

☐ **Return to Sender (Completed by Employer/Income Withholder).** Payment must be directed to an SDU in
accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments to SDU below). If
payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return
the IWO to the sender.

If Required by State or Tribal Law:
Signature of Judge/Issuing Official: _____
Print Name of Judge/Issuing Official: VERMONT OFFICE OF CHILD SUPPORT
Title of Judge/Issuing Official: CUSTOMER SERVICE UNIT
Date of Signature: _____

If the employee/obligor works in a state or tribe that is different from the state or tribe that issued this order, a copy of this
IWO must be provided to the employee/obligor.
☐ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS/INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at
https://www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.

Employers/income withholders may use OCSE's Child Support Portal (https://ocsp.acf.hhs.gov/csp/) to provide
information about employees who are eligible to receive a lump sum payment or have terminated employment and to
provide contacts, addresses, and other information about their company.

**Priority:** Withholding for support has priority over any other legal process under state law against the same income
(section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Combining Payments:** When remitting payments to an SDU or tribal CSE agency, you may combine withheld amounts
from more than one employee/obligor's income in a single payment. However, you must identify each employee/obligor's
portion of the payment separately.

**Payments To SDU:** You must send child support payments payable by income withholding to the appropriate SDU or to a
tribal CSE agency. If this IWO instructs you to send a payment to an entity other than an SDU (such as, the custodial party,
court, or attorney), you must check the box above and return this notice to the sender. Exception: If this IWO was sent by a
court, attorney, or private individual/entity and the initial order was entered before January 1, 1994, or the order was issued
by a tribal CSE agency, you must follow the "Remit payment to" instructions on this form.

Employee/Obligor's Name: IAMS, SEAN L                                    SSN: 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

Case Identifier: 1018635930                          Order Identifier: 209-9-18 BNDM

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the state (or tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods in which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the state or tribal law or procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method.

**Lump Sum Payments:** You may be required to notify a state or tribal CSE agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report or withhold lump sum payments.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law or procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO.

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673 (b)], or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment, if the place of employment is in a state, or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction. Disposable income is the net income after mandatory deductions such as, federal, state, or local taxes, Social Security taxes, statutory pension contributions, and Medicare taxes. The federal limit is 50% of the disposable income, if the obligor is supporting another family, and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase by 5% to 55% and 65%, if the arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section.

Depending upon applicable state or tribal law, you may need to consider amounts paid for health care premiums in determining disposable income and applying appropriate withholding limits.

**Arrears Greater Than 12 Weeks?** If the *Order Information* section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

**Supplemental Information:**
Employee Birth Date: 10/17/1984   You may keep up to $5/mo from employee's wages as payment for administrative costs incurred. 15 VSA 787(b)  Pay @ https://secure.vermont.gov/DCF/ezpay4kids/

Employer's Name: NYU HOSPITALS CENTER

Employee/Obligor's Name: WILLIAMS, SEAN L                                    SSN: ___3593

Case Identifier: 1018635930                    Order Identifier: 209-9-18 BNDM

---

**NOTIFICATION OF EMPLOYMENT TERMINATION OR INCOME STATUS:** If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSE agency or the sender by returning this form to the address listed in the contact information below:

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following information for the employee/obligor:

Termination date: _____        Last known telephone number: _____

Last known address: _____

_____

Final payment date to SDU/Tribal Payee: _____        Final payment amount: _____

New employer's name: _____

New employer's address: _____

_____

---

**CONTACT INFORMATION:**

**To Employer/Income Withholder:** If you have questions, contact OPERATIONS CS OFFICE _____ (issuer name)

by telephone: (800) 786-3214 , by fax: (802) 241-6534 , by email or website: OCSCSU@VERMONT.GOV _____ .

Send termination/income status notice and other correspondence to:
280 STATE DRIVE  WATERBURY, VT 05671-1060 _____ (issuer address).

**To Employee/Obligor:** If the employee/obligor has questions, contact OPERATIONS CS OFFICE _____ (issuer name)

by telephone: (800) 786-3214 , by fax: (802) 241-6534 , by email or website: OCSCSU@VERMONT.GOV _____ .

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

---

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

*exhibit 1*

**The Paperwork Reduction Act of 1995**
This information collection and associated responses are conducted in accordance with 45 CFR 303.100 of the Child Support Enforcement Program. This form is designed to provide uniformity and standardization. Public reporting for this collection of information is estimated to average two to five minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

---

To:**Robin Arnell, Director**
Office of Child Support (OCS)
280 State Drive Waterbury, VT 05671 - 1060

From: Sean Williams
141 West 127 Street apt 6a
New York, NY 10027

Date: 08|19|2022

## RESPONSE TO 30 DAY WRITTEN NOTICE FOR A CLAIM OF DEBT IN ACCORDANCE WITH USC 31§ 3716, 5 USC § 5514, AND 45 CFR PART 30 AND 32 AND PURSUANT 45 CFR PART 32.6 *(e)(1)*

*Burden of proof. (1) The Secretary has the initial burden of proving the existence or amount of the debt.*

IN ACCORDANCE WITH 5 U.S. Code § 5514 Installment deduction for

indebtedness to the United States, the undersigned is claimed to be a debtor

by a written notice received by regular mail.

Under no circumstances is this response an acknowledgment of this claimed
debt, but is the opposite, meaning without evidence provided by sender of
this notice the undersigned is not presumed to be a claimed debtor as
determined by the Secretary of Health and Human Service and is requiring
to view evidence to support the claims made by Office of Child Support (OCS)
280 State Drive Waterbury, VT 05671 - 1060 (**Robin Arnell, Director**)
in accordance with 31 USC § 3716, 5 U.S. Code § 5514 and 45 CFR Parts
30 and 32.
Pursuant 31 USC § 3716, 5 U.S. Code § 5514, and 45 CFR Parts 30 and 32

the undersigned claimed debtor is seeking the following:

1. The nature and amount of the indebtedness determined by such agency to be due, the intention of the agency to initiate proceedings to collect the debt through deductions from pay, and an explanation of the rights of the individual under this subsection.

2. An opportunity to inspect and copy Government records relating to the debt; 45 CFR PART 32.4 (a)(3)(i) Debtor's right to inspect and copy department records related to debt and if no records of claimed debt exist please discharge under the authority 45 CFR Section 30.30 for failure to substantiate.

3. An opportunity for a hearing on the determination of the agency concerning the existence or the amount of the debt in accordance with 45 C.F.R. § 32.5

4. Proof the undersigned claimed debtor has agreed to receive public assistance requiring the recoupment of welfare expenditures. The Federal Court of Appeals has held that Title IV-D Collections is for the recoupment of welfare expenditures and not for child support, therefore this court must provide proof the undersigned has caused a debt arising from receipt of welfare and this can only be done by showing the undersigned is a recipient of public assistance.

5. Proof of debt determined by the Secretary for a loan paid by the Federal Government and pursuant 45 CFR part 32.4 the undersigned is requiring verification.

6. Proof of a valid court order signed by a judicial officer of the court. The Supreme Court in matter Burnham v. Superior Court held a judgment signed by a person not a judge is void coram non judice. Whereby this agency relying upon a void judgment is in fact perpetrating a crime by using a forged instrument in the theft of property.

7. Proof of an income withholding order signed by a judicial officer. An income withholding order without a judicial signature in the box on the withholding order requires the signature of a judicial officer or the income withholding order is void coram non judice and a forged instrument that is being used in the commencement of a crime.
   *"before a person not a judge" — meaning, in effect, that the proceeding in question was not a judicial proceeding because lawful judicial authority was not present, and could therefore not yield a judgment"* **Burnham v. Superior Court 495 U.S. 604 (1990)**

Failure to comply with this claim of debt is proof there is no court order nor

a debt and this child support employee and agency is in default and can be

held personally for damages.

Sean Williams
141 west 127 Street apt 6a
New York, NY 10027

STATE OF __NY__
COUNTY OF __NY__

The foregoing instrument was acknowledged before
me this __8__ day of __Aug__, 20__22__ by __Sean Williams__

_____    __Alice__
Notary Public's Signature        Notary Name
My Commission Exp. __11/30/23__

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

OCS 3001 (R 11/07/13)

## STATE OF VERMONT

| SUPERIOR COURT<br>Bennington Unit, S.S. | | FAMILY DIVISION<br>DOCKET NO. 209-9-18  BNDM |
|---|---|---|
| Plaintiff<br>STEPHINE PATE | v. | Defendant<br>SEAN WILLIAMS |

### NOTICE OF INTERVENTION AND AFFIDAVIT

The Vermont Office of Child Support (OCS) hereby gives Notice of its intervention in the above matter pursuant to the Vermont Family Court Rule 4.1 (a)(1)(B) and Vermont Rule of Civil Procedure, Rule 24, for the following reasons:

__X__ The Plaintiff and the minor child(ren) of the parties are or were receiving assistance from the Economic Services Division, per 33 V.S.A. §3902, or;

____ The  has applied for OCS services as defined pursuant to 33 V.S.A. §4102(c).

WHEREFORE:

1) The Vermont Office of Child Support hereby requests recovery of any and all child support arrears incurred as of 11/05/2018, based upon the Vermont Child Support Guidelines during the time obligee received public assistance, if any, and such further arrears and public assistance debt as may subsequently accrue;

2) The Vermont Office of Child Support requests the court to determine if medical benefits are available at a reasonable cost to either parent and if so, require that parent to maintain such;

3)  The Vermont Office of Child Support requests that, in the event the court issues any parentage orders or child support orders during the pendency of the instant matter and that, in the event parties' divorce or separation petition be dismissed based upon the parties' failure to appear for a court hearing scheduled in connection therewith, that any parentage orders or child support orders previously issued survive the dismissal of said divorce or separation petition and that the Vermont Office of Child Support remain an interested party as described herein.

Dated at Bennington, VT this 5th day of November , 2018.

_Margie Danio_

MARGIE DANIO
Authorized Representative
Vermont Office of Child Support
420 Asa Bloomer State Office Bldg88 Merchants Row
Rutland, VT  05702
(802) 786-5060

exhibit 4

Subscribed and sworn to before me:

| _Frans L. Burgess_ | 11/5/2018 | 2/10/2019 |
|---|---|---|
| Signature of Notary | Date | Commission Expires |



**Agency of Human Services**
Office of Child Support
209 Veterans Memorial Dr., Suite 11
Bennington, VT 05201
www.dcf.vermont.gov/ocs

[phone]  802-447-2717
[fax]     802-447-2801
[toll free] 1-800-786-3214

November 5, 2018

Attn: Laurie Canty
Bennington Family Court
200 Veterans Memorial Drive
Bennington, VT  05201

Re:  Docket No.  209-9-18 BNDM

Dear Ms. Canty,

Please find enclosed, for filing in your Court in the above- captioned matter, State of
Vermont, Office of Child Support's Intervention.  If you have any questions, feel free to
call me at 802-447-2799.

By copy of this letter I apprise the Plaintiff Stephine Pate and the Defendant Sean
Williams, in accordance with V.R.C.P. 5, I send copies of same to their addresses, via
first class mail, postage prepaid.

Cordially,

Margie Danio
Child Support Specialist II

Enclosure
Cc: Stephine Pate
     Sean Williams
     OCS

EXHibit # 2



## VERMONT

Department for Children and Families
Office of Child Support
280 State Drive
Waterbury, VT 05671-1060

[phone]  1-800-786-3214
[website] www.dcf.vermont.gov/ocs

*Agency of Human Services*

OCS 3001N (l 11/02/94)

*no a part of the court su*

November 5, 2018

SEAN WILLIAMS
APT 6A
141 WEST 127 ST
NEW YORK NY  10027

Re:  STEPHINE PATE  vs. SEAN WILLIAMS
     Docket No:  209-9-18   BNDM

Dear SEAN:

Enclosed is the Office of Child Support's (OCS) Notice of Intervention which we have filed pursuant to V.R.F.P. 4.1 (a)(1)(B).  OCS has party status due to the fact that STEPHINE PATE has applied for the services of the Office of Child Support.

OCS now must collect any support payments you are making or are required to make either by agreement or by court order.  Please do not send your child support payments directly to STEPHINE PATE any longer.  Instead, pay online using your credit card at EzPay4Kids (http://EZpay4kids.vt.gov) or send your payments to the QCS processing center at:

Office of Child Support
P.O. Box 1310
Williston, VT  05495-1310

If there is no court order for support yet, OCS needs to approve any proposal or agreement you and STEPHINE PATE may make.  We would like to resolve the issues surrounding child support with you as soon as possible.  Under Vermont law, QCS has the right to seek retroactive support even if a court order for support does not exist.

I look forward to working with you to establish a child support obligation which is consistent with the guidelines, and the best interests of your children.  Please contact me if you have any questions.

Thank you for your cooperation.

Sincerely,

Authorized Agent of OCS
Office of Child Support
200 Veterans Memorial Drive, Suite 11
Bennington VT  05201
(800) 786-3214

Enclosures:  Notice of Intervention (OCS 3001)

OCS 3001 (R 11/07/13)

## STATE OF VERMONT

| SUPERIOR COURT<br>Bennington Unit, S.S. | FAMILY DIVISION<br>DOCKET NO. 209-9-18   BNDM |

| Plaintiff<br>STEPHINE PATE | v. | Defendant<br>SEAN WILLIAMS |

### NOTICE OF INTERVENTION AND AFFIDAVIT

The Vermont Office of Child Support (OCS) hereby gives Notice of its intervention in the above matter pursuant to the Vermont Family Court Rule 4.1 (a)(1)(B) and Vermont Rule of Civil Procedure, Rule 24, for the following reasons:

__X__ The Plaintiff and the minor child(ren) of the parties are or were receiving assistance from the Economic Services Division, per 33 V.S.A. §3902, or;

_____ The  has applied for OCS services as defined pursuant to 33 V.S.A. §4102(c).

WHEREFORE:

1) The Vermont Office of Child Support hereby requests recovery of any and all child support arrears incurred as of 11/05/2018, based upon the Vermont Child Support Guidelines during the time obligee received public assistance, if any, and such further arrears and public assistance debt as may subsequently accrue;

2) The Vermont Office of Child Support requests the court to determine if medical benefits are available at a reasonable cost to either parent and if so, require that parent to maintain such;

3) The Vermont Office of Child Support requests that, in the event the court issues any parentage orders or child support orders during the pendency of the instant matter and that, in the event parties' divorce or separation petition be dismissed based upon the parties' failure to appear for a court hearing scheduled in connection therewith, that any parentage orders or child support orders previously issued survive the dismissal of said divorce or separation petition and that the Vermont Office of Child Support remain an interested party as described herein.

Dated at Bennington, VT this 5th day of November , 2018.

*Margie Danio*
_____
MARGIE DANIO
Authorized Representative
Vermont Office of Child Support
420 Asa Bloomer State Office Bldg 88 Merchants Row
Rutland, VT  05702
(802) 786-5060

Subscribed and sworn to before me:

| *Thomas L. Burgess* | 11/5/2018 | 2/10/2019 |
| Signature of Notary | Date | Commission Expires |

To: **Margie Danio, Child Support Specialist II**
200 Veterans Memorial Drive, Suite 11
Bennington VT 0520


From: **Sean Williams**
141 West 127 Street 6a
New York, NY 10027

## WARNING VIOLATION AND DENIAL OF RIGHTS UNDER COLOR OF LAW IS PUNISHABLE BY ARREST OR CIVIL DAMAGES UNDER 18 USC SECTION 242, 18 USC SECTION 245, OR 42 USC SECTION 1983


A notice was received by regular mail and this response is a warning to the sender **Margie Danio, Child Support Specialist II** that under no circumstances is the undersigned **Sean Williams** accepting your notice or accepting your services.

It is an adjudicated fact by the Supreme Court of the United States *Troxel v. Granville, 530 US 57 - Supreme Court 2000* that without evidence of offspring in imminent danger a state agency cannot infringe upon parents rights protected by due process of law. Therefore, this agency cannot force the undersigned to pay child support by income withholding without first affording due process of law. *"The Supreme Court has held that the right of parents to make decisions concerning the care, custody, and control of their children is a fundamental liberty interest protected by the Due Process Clause." Troxel v. Granville, 530 US 57 - Supreme Court 2000*

# IT IS AN ADJUDICATED FACT BY THE SUPREME COURT

## *Murray's Lessee v. Hoboken Land & Improvement Co., 59 US 272 (1856)*

# THAT DEPRIVATION OF LIFE, LIBERTY OR PROPERTY REQUIRES DUE PROCESS OF LAW WHICH IS A JUDGMENT BY PEERS ARISING FROM A TRIAL BY JURY

The undersigned **Sean Williams**
is invoking his rights secured by the constitution for the United States and under no circumstances is the undersigned consenting to accept your services or consenting to waive rights secured against seizure or taking of property unless by due process of law.

Furthermore, a child support hearing before an administrative hearing officer is not due process unless the undersigned consents, and he is not consenting!

*"The taking by a state of the private property of one person or corporation, without the owner's consent, for the private use of another, is not due process of law, and is a violation of the fourteenth article of amendment of the constitution of the United States." Missouri Pacific R. Co. v. Nebraska, 164 US 403 - Supreme Court 1896*, citing *Murray's Lessee v. Hoboken Land & Improvement Co., 59 US 272 - Supreme Court 1856*

The undersigned is invoking the rights all free men and women enjoy in a free society, and any trickery will be accepted as fraud and any paperwork

sent to my employer or banking institution without due process in a court of record is a crime consistent with 18 USC Section 242.

Income Withholding Orders sent to employer without a hearing in a court of record before a judge or justice of the court is deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

The following crimes, 42 USC Section 241, 242, and 245, 42 USC Section 1983 will be filed with federal authorities and in federal courts when the property of the undersigned is seized under color of law.

Seizing property without a warrant as secured by the 4th amendment is a crime.

Agencies or State Departments contracted with Federal Child Support under 42 USC Section 654(3) are not above the law and after being given notice of rights secured by the US Constitution any acts consistent with violation of secured rights are willful acts and removal of any presumed 11th amendment immunity.

**EMPLOYEES WHO VIOLATE RIGHTS PROTECTED BY THE CONSTITUTION CAN BE HELD LIABLE FOR MONEY DAMAGES**

It is an adjudicated fact by the Supreme Court of the United *States Bivens v. Six Unknown Fed. Narcotics Agents, 403 US 388 (1971)* that violation of constitutional rights by agents acting under color of law can be liable for

damages. "*Bivens is a judicially created doctrine that allows a plaintiff to bring a cause of action for money damages against agents acting under the color of federal authority who cause injury by violating the plaintiff's constitutional rights.*" <u>*States Bivens v. Six Unknown Fed. Narcotics Agents, 403 US 388 (1971)*</u>

## THE UNDERSIGNED IS CLAIMING NON-ASSUMPSIT AND CANNOT BE HELD IN DEFAULT FOR NONPERFORMANCE

The undersigned is not consenting to participate by attending a Title IV-D child support proceeding.

The undersigned cannot be in default without proof of a contract, therefore the undersigned is claiming Non-Assumpsit and requires proof of a contract or agreement.

Failure to provide proof of contract or agreement will be accepted as failure to prove an agreement or contract exists and is proof the undersigned cannot be in default.

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 24 day of Feb, 20 22 by Sean Wilkons

Notary Public's Signature

My Commission Exp. 11/3/23

Notary Name

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

Sean Williams
141 West 127 Street 6a
New York, NY 10027

**PETITION**

TO: Margie Danio, Child Support Specialist II
200 Veterans Memorial Drive, suite 11 Bennington VT 05201
(800) 786-3214

WHEREAS OFFICE OF CHILD SUPPORT (OCS) is claiming that Sean Williams 141 West 127 Street NY
NY 10027 case # WIL0418175 owe a debt because STEPHINE PATE has "applied" for the services
of the OFFICE OF CHILD SUPPORT. (OCS) Sent an IWO, that itself created, to my employer NYU to
commence unlawful taking my money.

WE the undersigned petition Margie danio, Child Support Specialist II as follows:

Under 31 USC SECTION 3716 demands that Sean Williams an opportunity to view and record debt
pertaining to case # WIL0418175 with promissory note with his wet ink signature.

Proof that Sean Williams claimed debtor has agreed to receive public assistance requiring the
recoupment of welfare expenditures.

CEASE AND DESIST VIOLATING THE RIGHTS OF Sean Williams UNDER THE COLOR OF LAW OR YOU CAN
BE HELD PERSONALLY LIABLE FOR CIVIL DAMAGES.

| Name (printed) | Contact # (printed) | Signature |
|---|---|---|
| Sean Williams | 347 - 570 - ███ | Sean Williams |
| Anthony Serrano | 347 - 313 - ███ | Anthony Serano |
| Sandra McNally | 718 678 ███ | J McNally |
| IKUKO Tsutsumi | 917 - 509 ███ | Iko |
| LUCIA mendoza | 917 - 615 ███ | Lucia Mendoza |
| Ronald Rigard | 917 · 468 ███ | R Rigard |
| WALTER CABALLERO | 917 - 679 ███ | Walter Caballero |
| | | |
| | | |

STATE OF MY
COUNTY OF MY

The foregoing instrument was acknowledged before
me this 20 day of ___, 20__, by Sean Williams

Notary Public's Signature        Notary Name
My Commission Exp. 11/30/23

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023



**VERMONT**

Department for Children and Families
Office of Child Support
280 State Drive
Waterbury, VT 05671-1060

[phone] 1-800-786-3214
[website] www.dcf.vermont.gov/ocs

*I am not an obligor [sw]*

Agency of Human Services

OCS 505E-NCP (R 05/24/16)

## NOTICE TO OBLIGOR REGARDING WAGE WITHHOLDING ACTION

April 5, 2022

SEAN WILLIAMS
APT 6A
141 WEST 127 ST
NEW YORK NY 10027

*Sherman Abrams labs was asking questions that the agency could not answer. SW no loan and no court order*

Re: Child Support Account #WIL0418175 with STEPHINE PATE

*stop using Pate. Pate has no evidence of loan. [sw]*

The Office of Child Support (OCS) notified the proper authority to stop wage withholding in your child support case.

If you have questions, please visit the OCS website at http://dcf.vermont.gov/ocs or call the OCS Help Line at 1-800-786-3214.

*exhibit 3*

**H2317814**

2317814 · DATE: 04/05/22

## STATE of VERMONT

People's United Bank, N.A.
Montpelier, Vermont 05602

58-3
116

VOID AFTER
180 DAYS

PAY: THREE THOUSAND FOUR HUNDRED FORTY TWO AND 39/100 DOLLARS

TO THE
ORDER OF

SEAN L WILLIAMS

*NET PAY* $3442.39

Agency of Human Services
Office of Child Support

2317814101863593

*Elizabeth Pearce*

MP

⑈2317814⑈ ⑈221172186⑈ 887777 0188⑈

---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

**H2317815**

2317815 · DATE: 04/05/22

## STATE of VERMONT

People's United Bank, N.A.
Montpelier, Vermont 05602

58-3
116

VOID AFTER
180 DAYS

PAY: TWO THOUSAND FIVE HUNDRED EIGHTY ONE AND 78/100 DOLLARS

*NET PAY* $2581.78

TO THE
ORDER OF

SEAN L WILLIAMS

Agency of Human Services
Office of Child Support

2317815101863593

*Elizabeth Pearce*

MP

⑈2317815⑈ ⑈221172186⑈ 887777 0188⑈

---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

**H2317813**

2317813 · DATE: 04/05/22

## STATE of VERMONT

People's United Bank, N.A.
Montpelier, Vermont 05602

58-3
116

VOID AFTER
180 DAYS

PAY: ONE THOUSAND THREE HUNDRED NINETY SEVEN AND 06/100 DOLLARS

*NET PAY* $1397.06

TO THE
ORDER OF

SEAN L WILLIAMS

Agency of Human Services
Office of Child Support

2317813101863593

*Elizabeth Pearce*

MP

⑈2317813⑈ ⑈221172186⑈ 887777 0188⑈

exhibit 3



Form COL

**Violation Warning**
**Denial of Rights Under Color of Law**

▶ **Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983**

| Name and address: of Citizen | Name and address of Notice Recipient: Wendy dickie, Court Operations Manager |
|---|---|
| **Sean Williams** 141 West 127 Street apt 6a New York, NY 10027 | Vermont superior court Bennington family Division 200 Veterans Memorial Drive Bennington, Vermont 05201 |

**Citizen's statement:** PLEASE PROVIDE RECORD OF DEBT THAT WAS PRESENTED TO A COURT OR ADMINISTRATIVE CHILD SUPPORT ENFORCEMENT PROCEEDING THAT RESULTED IN A COURT ORDER

(OCS) case WIL0418175

I certify that the forgoing information stated here is true and correct. Citizen's signature

▶ _[signature]_                    | Date ▶ 08/18/2022

**Legal Notice and Warning**

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____ Sean Williams _____ certify that I personally delivered this notice to above named recipient and address on _____ at _____ *see above*

Public Domain—Privacy Form (COL-01)

STATE OF NY
COUNTY OF NY

The foregoing instrument was acknowledged before me this 18 day of may, 2022 by Sean Williams

_[signature]_
Notary Public's Signature    Notary Name
My Commission Exp. 11/30/25

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County

Form COL

**Violation Warning**
**Denial of Rights Under Color of Law**

▶ **Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42**
**U.S.C. §1983**

| Name and address: of Citizen | Sean Williams<br>141 West 127 Street apt 6a<br>New York, NY 10027 | Name and address of Notice Recipient:<br>VictoriaThorpe, Case Manager<br>Vermont superior court Bennington family Division 200<br>Veterans Memorial Drive Bennington, Vermont 05201 |
|---|---|---|

**Citizen's statement:** UNDER 31 USC SECTION 3716[1] DEMANDS TO VIEW AND RECORD ANY AND ALL DEBT RECORDS INCLUDING THE PROMISSORY NOTE[2] WITH THE ALLEGED CLAIMED DEBTOR'S WET-INKED AUTOGRAPH  case  WIL0418175

I certify that the forgoing information stated here is true and correct. **Citizen's signature**

▶ _(signature)_                                | Date ▶ 10/25/22

**Legal Notice and Warning**

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.**

**You are advised to cease and desist with your demand and to seek** *personal* **legal counsel if you do not understand the law.**

---

[1] 31 U.S. Code § 3716 - Administrative offset The head of the agency may collect by administrative offset only after giving the debtor—
(1) written notice of the type and amount of the claim, the intention of the head of the agency to collect the claim by administrative offset, and an explanation of the rights of the debtor under this section;
(2) an opportunity to inspect and copy the records of the agency related to the claim;
[2] PROMISSORY NOTE- *"A written promise to pay a debt by a specific date. It can be turned to cash by transferring it to another party"* https://thelawdictionary.org/promissory-note/

STATE OF ___
COUNTY OF ___

The foregoing instrument was acknowledged before me this 25 day of ___, 2022, by _Sean Williams_

Notary Public's Signature
My Commission Exp. ___

Notary Name

Natalie Munoz
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Kings County
01MU6333628
MY COMMISSION EXPIRES 11/30/2023

Vermont Superior Court
Filed 09/09/22
Bennington Unit

VERMONT SUPERIOR COURT
Bennington Unit
200 Veterans Memorial Drive
Bennington, VT 05201
802-447-2727
www.vermontjudiciary.org



FAMILY DIVISION
Case No.     209-9-18 Bndm

| Pate vs. Williams |
|---|

### ENTRY REGARDING MOTION

Title:        Motion to Vacate Judgment   (Motion: 26)
Filer:        Sean Le-Ron Williams
Filed         July 22, 2022
Date:

Plaintiff and The Office of Child Support shall file a response with the Court and copy Defendant within 14 days. The response(s) shall state their respective positions on the motion to vacate.

So ordered.

Electronically signed September 9, 2022 pursuant to V.R.E.F. 9(d).

Joseph M. Lorman
Superior Court Magistrate

Entry Regarding Motion
209-9-18 Bndm  Pate vs. Williams

Page 1 of 1

## STATE OF VERMONT

**SUPERIOR COURT**                                      **FAMILY DIVISION**

**Unit**                                                      **Docket No.**

| Plaintiff Name | | Defendant Name |
|---|---|---|
| Sean Le-Ron Williams | v. | Stephine Pate |

### RESPONSE TO MOTION

1. I am the  ☐ Plaintiff  ☒ Defendant in this case.

2. I have received a copy of a motion filed by the other party.
   The name of the motion is:
   The motion was filed with the Court on:

VERMONT SUPERIOR COURT
BENNINGTON UNIT

OCT - 3 2022

FILED

3. My position on the motion is:
   ☐ I AGREE with this Motion
   ☒ I DISAGREE with this Motion for the following reasons:

Dear, Courts of the State of Vermont
I Stephine Pate wish the court to know
that I disagree with what Mr. Sean Williams is
seeking to avoid paying child support it is the
reason I am able to provide for my children each
and every ~~and~~ single day to meet the needs of my children.
Mr. William's has not complied with anything the
Judge has ordered him to do I believe its only a
money issue not having any concern for the children as the
absent parent in which he's not shown ~~changes~~ during court
proceedings

✳ would also wish
to keep my info private
thank you!

| Signature of Party Filing Response | Date |
|---|---|
| [signature] | 9-28-22 |
| Printed Name Stephine Pate | |

**NOTICE:** YOU MUST FILE THIS RESPONSE WITH THE COURT BY          OR THE JUDGE MAY RULE
ON THIS MOTION WITHOUT YOUR INPUT.

If you intend to represent yourself, please file a Notice of Appearance with your response. All other papers
sent to you are for you to keep for your records.

FILED: 9/20/2022 1:50 PM
Vermont Superior Court
Bennington Unit
209-9-18 Bndm

STATE OF VERMONT

SUPERIOR COURT                          FAMILY DIVISION
BENNINGTON UNIT                         Docket 209-9-18 Bndm

STEPHINE PATE,
        Plaintiff

v.

SEAN LE-RON WILLIAMS,
        Defendant

## OFFICE OF CHILD SUPPORT'S RESPONSE TO COURT'S ENTRY ORDER DATED SEPTEMBER 9, 2022

NOW COMES the Office of Child Support, by and through its authorized representative, and counsel, Victoria A. Santry, Esq., and responds to the Court's entry order dated September 9, 2022. In the Entry Order the Court directs OCS to provide a response indicating its position on the Motion to Vacate. OCS opposes the Motion to Vacate filed by the Defendant as he has failed to set forth a sufficient basis to vacate the court's order.

In sum, the docket reflects the following: On July 19 and July 26, 2019, a notice of hearing to establish child support was served on the parties via first class mail. Then on August 18, 2019, the hearing to establish child support was held. Both the Plaintiff and OCS were present at the hearing. However, the defendant failed to appear. As such, the court conducted a default child support hearing and established a temporary child support obligation. The temporary child support order was served on the defendant by the Sheriff's Department through personal service. A hearing to establish a final child support order was scheduled for July 16, 2020,

and a notice of hearing was sent to the parties via first class mail. However, neither

the plaintiff nor the defendant appeared at that hearing. Based on the parties

failing to appear despite receiving notice and OCS lacking an assignment of rights,

the court converted the 9/18/2019 temporary order to a final child support order

effective July 15, 2020. The docket reflects, in its order, the court indicated that

there would be no further child support hearings unless the parties filed a motion

establishing that there was a real, substantial and unanticipated change in

circumstances. No such motions are reflected in the record. Then on July 22, 2022,

the defendant filed the "Notice to Vacate Order of Default for Failure to Prove

Willful Violation of Support Order."

Notably, "the court may relieve a party . . . from a final judgment [or] order"

in limited circumstances. *See* Vt. R. Civ. P. 60(b). Specifically, the court may do so if

there is:

> 1. mistake, inadvertence, surprise, or excusable neglect;
> 2. newly discovered evidence which by due diligence could not have
> been discovered in time to move for a new trial under Rule 59(b);
> 3. fraud (whether heretofore denominated intrinsic or extrinsic),
> misrepresentation, or other misconduct of an adverse party;
> 4. the judgment is void;
> 5. the judgment has been satisfied, released, or discharged, or a prior
> judgment upon which it is based has been reversed or otherwise vacated, or it
> is no longer equitable that the judgment should have prospective application;
> or
> 6. any other reason justifying relief from the operation of the
> judgment. The motion shall be filed within a reasonable time, and for
> reasons (1), (2), and (3) not more than one year after the judgment,
> order, or proceeding was entered or taken.

Vt. R. Civ. P. 60(b). Here, the defendant has not sufficiently established any

of the above-listed factors nor has he sufficiently set forth grounds upon which the

court can otherwise vacate its order. First, the defendant does not assert that there
was a "mistake, inadvertence, surprise" in his motion. Further, the defendant has
failed to establish how his behavior constitutes excusable neglect. Rather, in his
motion he simply asserts that he "was not properly notified to appear and his
failure to appear is excusable neglect under federal rule 601(b)(1)" without any legal
or factual support. *See e.g.,* Notice to Vacate Order at 5. In contrast to the
defendant's assertion, the record is clear that the defendant was properly served
and notified of the court proceedings. Regardless, any such challenge is untimely
and must be denied. *See* Vt. R. Civ. P. 60(b)(6). Second, the defendant does not seem
to assert that there is any newly asserted evidence as a basis to support the motion
to vacate. Nevertheless, any such challenge is untimely and must be denied. *See* Vt.
R. Civ. P. 60(b)(6). Third, the defendant does not seem to assert fraud,
misrepresentation, or other misconduct of an adverse party; as a basis for vacating
the order in his filing. Still, any such challenge is untimely and must be denied. *See*
Vt. R. Civ. P. 60(b)(6). Fourth, the defendant asserts that the "default judgement or
order . . . is void because the judgement or order was entered without evidence that
the respondent willfully violated child support laws." *See* Notice to Vacate Order at
6. However, the defendant fails to provide any factual or legal support for his
assertion that the order is void. Fifth, the defendant does not seem to assert that
order has otherwise been satisfied, released, discharged, reversed or vacated or no
longer equitable as a basis for vacating the order. Finally, the defendant makes
various other assertions seemingly centered around his claim that he was not

properly notified of the court proceedings. However, as previously mentioned, the record is clear that the defendant was properly served and notified of the court proceedings. Defendant's arguments therefore fail.

In sum, the defendant has failed to sufficiently set forth grounds upon which the court can vacate its order. As such, the defendant's motion must be denied.

WHEREFORE, the Office of Child Support asks that the Court accept this response to the Court's entry order.

DATED at Rutland, Vermont, this 20th day of September 2022.

*Victoria A. Santry*

_____
Victoria Santry, Esq.
Staff Attorney
Office of Child Support
88 Merchants Row, Ste. 420
Rutland, Vermont 05701
802-786-5060
Victoria.Santry@vermont.gov

## CERTIFICATE OF SERVICE

I certify that I have delivered this Motion to all other parties to this case as follows:

| Name | Method | Address |
|------|--------|---------|
| Stephanie Pate | FCM | Confidential Address |
| Sean Williams | FCM | 550 1st Avenue<br>New York, NY, 10016<br><br>&<br><br>141 West 127 Street<br>New York, NY, 10027 |

Dated at Rutland, in the County of Rutland, and State of Vermont this 20 day of September, 2022.

*Victoria A. Santry*

_____

Victoria Santry, Esq.
Staff Attorney | Vermont Office of Child Support
88 Merchants Row | Suite 420
Rutland, Vermont 05701



**VERMONT**

**Department for Children and Families**
**Office of Child Support**
280 State Drive
Waterbury, VT 05671-1060

[phone]  1-800-786-3214
[website] www.dcf.vermont.gov/ocs

*Agency of Human Services*

OCS 920N (R 10/17/12) *

August 4, 2022

SEAN WILLIAMS
APT 6A
141 WEST 127 ST
NEW YORK NY  10027

Re:  Child Support Account #WIL0418175 with STEPHINE PATE

Dear SEAN,

The Vermont Office of Child Support received a letter from you on 7/25/2022. The Office spoke to you that same day and you advised you were seeking a copy of the court orders for this case.

Please find enclosed all of the orders for this case.

Sincerely,

Hannah McDonald
OCS Administrative Enforcement Spec
(802) 241-2180

**STATE OF VERMONT**

**SUPERIOR COURT**                                                                    **DIVISION**
**Bennington        Unit**                                        Docket No. 209-9-18 Bndm

| **Pate vs. Williams** |
|---|

| Plaintiff Name | DOB | Defendant Name | DOB |
|---|---|---|---|
| Stephine Pate | | V. Sean Le-Ron Williams | |

☐ INTERIM  ☒ TEMPORARY  ☐ FINAL  ☒ DEFAULT

**CHILD SUPPORT ORDER**

☒ Establishment  ☐ Modification  ☐ Enforcement  ☐ Contempt

| OBLIGOR (Person Who Pays Support) | OBLIGOR'S EMPLOYER or Source of Funds |
|---|---|
| Name (First, Last)<br>Sean Williams | Name<br>NYU Hospitals Center |
| Mailing Address<br>141 West 127 Street, Apt 6A | Mailing Address<br>1 Park Ave FL 11 |
| City          State          Zip Code<br>New York, NY 10027 | City          State          Zip Code<br>New York, NY 10016 |
| Phone Number | Phone Number |
| Social Security Number          Email Address<br>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-0 | |

| OBLIGEE (Person Who Receives Support) | OBLIGEE'S EMPLOYER or Source of Funds |
|---|---|
| Name (First, Last)<br>Stephine Pate | Name |
| Mailing Address<br>Confidential | Mailing Address |
| City          State          Zip Code | City          State          Zip Code |
| Phone Number | Phone Number |
| Social Security Number          Email Address | |

| CHILDREN WHO ARE SUBJECT OF THIS ORDER | | | | |
|---|---|---|---|---|
| First Name      Last Name | Date of Birth | Grade | Social Security Number | |
| Malkia Williams | | | | |
| Malcolm Williams | | | | |

9/19/19

VERMONT SUPERIOR COURT
BENNINGTON UNIT

SEP 1 8 2019

400-00802 Child Support Order (03/2017)                    FILED                    Page 1 of 8

## I. CURRENT CHILD SUPPORT

☐ This is the result of a child support worksheet which is attached and incorporated as findings in this order and includes information on other child support related costs, such as child care, extraordinary medical and/or educational expenses.

A. Child Support: Obligor shall pay child support as follows:
Beginning _9/25/2018_     $ _1,243.00_     Per _month_

B. Child Support Maintenance Supplement:  Obligor shall pay maintenance supplement as follows:
Beginning _____     $_____     Per _month_

C. Spousal Maintenance:  Obligor shall pay spousal maintenance as follows:
Beginning _____     $_____     Per _month_

## II. MEDICAL SUPPORT

☐ This is the result of a medical support worksheet which is attached and incorporated as findings in this order.

☐ Neither party has private health insurance available to them.

☐ Medical support is addressed in the Child Support Order filed _____, and has not been modified by this order.

A.   The parties are ordered to pay medical support as follows:

☒ Child(ren) are presently covered by state or federally provided health insurance in ☒ Mother's
☐ Father's household.  This health insurance coverage shall be maintained for the child(ren) for so long as the child(ren) remain eligible for current coverage.

☐ The ☐ Obligor ☐ Obligee is ORDERED to provide and maintain private health insurance for the minor child(ren) as long as the cost of health insurance is deemed reasonable.

☐ Private health insurance is currently unavailable to either party.  The obligor shall pay a cash contribution toward the cost of health coverage as follows:
Beginning _____     $_____     Per _____

☐ Private health insurance is currently unavailable to either parent at a reasonable cost.  If private health insurance becomes available to with parent at a reasonable cost, that parent shall be responsible for providing and maintaining health insurance for the minor child(ren).  Either parent may request a hearing to determine whether the cost of health insurance is reasonable.

B. Current Medical Support Coverage
Health insurance:
Policy or Certificate Number: _____
Name of Subscriber: _Stephine Pate_
Relationship to Child(ren): _mother_
Plan Name: _Dr. Dynasaur_
Plan Address: _____
Subscriber ID Number: _____

C. Child(ren)'s Out of Pocket Medical Expenses
Medical or other health expenses that are unreimbursed by insurance (including but not limited to expenses for eye, dental, mental health, health plan deductible) shall be shared as follows:

☒ 1) Obligee is solely responsible for the first $200 annually of the children's out of pocket health expenses.

2) The parties shall share unreimbursed expenses as follows:
Obligor _50_ %  Obligee _50_ %

3) Additional Provisions: _____

## III. ARREARS ON PAST DUE CHILD SUPPORT/REPAYMENT PROVISIONS

A. Arrears Owed to the Obligee

Obligor shall pay the Obligee as follows:

Beginning _9/18/19_ $_310.75_ Per _month_ on a Judgment amount of $ _7,706.58_ as of _8/31/2019_

The judgment consists of the following past due amounts:

Past Due Support: $ _7,706.58_

Surcharge: $ _0_

Service fees: $ _0_

Civil Penalty: $ _0_

Attorney Fees: $ _0_

Medical Expenses: $ _0_

Cash Contribution towards Medical: $ _0_

Other: _–_

Amount of Other: $ _0_

B. Arrears Owed to Office of Child Support    _See F. Below_

Obligor shall pay the Office of Child support as follows:

Beginning _9/18/19_ $_310.75_ Per _month_ on a Judgment amount of $ _0_ as of _8/31/2019_

The judgment consists of the following past due amounts:

Child Support: $ _0_

Service fees: $ _0_

Civil Penalty: $ _0_

Cash Contribution toward Medical: $ _0_

Other: _–_

Amount of Other: $ _0_

C. Arrears Owed to Another Person or Agency

Obligor shall pay to _____ as follows:

Beginning _____ $ _____ Per _____ on a Judgment amount of $ _____ as of _____

The judgment consists of the following past due amounts:

Past due Support: $ _____

Other: _____

Amount of Other: $ _____

D. Surcharge or Interest

Surcharge or interest accrues on the unpaid balance of support at the rate of .5% per month or 6% per year from 1/1/12 forward until the support arrears are paid in full - even if the Obligor is making monthly arrears payments in conformity with this order. 15 V.S.A. § 606. Surcharge prior to 1/1/12 accrued at the rate of 1% per month.

E. Arrears owed to the Obligee shall be paid first unless the Obligee is a recipient of federal public assistance benefits.

F. Additional Arrears Provision: _____

## IV. METHOD OF PAYMENT

A. WAGE WITHHOLDING ORDER

Any employer of the Obligor shall deduct the following sum from the Obligor's wages:

Beginning _9/18/19_ $_1553.75_ Per _month_

This deducted amount shall be paid directly to:

**OFFICE OF CHILD SUPPORT, PO BOX 1310, WILLISTON, VT 05495.**

(NOTE:   This provision of this order is subject to the limits on withholding contained in 15 U.S.C. § 1673(b) and § 303(b) of the Consumer Credit Protection Act.)

At any time if the child support obligation is not being paid through wage withholding, the responsible parent shall send the payments to the ☑ Office of Child Support or ☐ Obligee.

(NOTE:   Any direct payments made by the Obligor to the Obligee will not be reflected in OCS records unless OCS received written notification of the direct payment.)

**B.   DIRECT PAYMENT**

Based Upon ☐ Stipulation of the parties ☐ Evidence presented at hearing.

☐ Obligor shall make payments directly to the Office of Child Support as follows:

Beginning _____        $_____        Per _____

This amount shall be paid directly to:   **OFFICE OF CHILD SUPPORT, PO BOX 1310, WILLISTON, VT 05495.**

☐ Obligor shall make payments directly to the Obligee as follows:

Beginning _____        $_____        Per _____

(NOTE:   If the court finds, after a hearing on a petition, that any support payment has been late by 7 days or more, the court may issue a wage withholding order, pursuant to 15 V.S.A. § 782.)

**C.   CHANGE OF ADDRESS**

Each party shall notify the **Office of Child Support, Support Registry, 280 State Drive, Waterbury, VT 05671-1060** within 7 days of a change in address, employment or health insurance carrier.  The notification requirement applies until all obligations to pay support arrearages or orders to provide for visitation are satisfied.  You may contact OCS via email at: OCSCSU@vermont.gov or by calling **1 (800) 786-3214.**

**V. TYPE OF HEARING, DEFAULT OR STIPULATION**

This order is entered:   ☒ after default hearing (when one or more parties fail to appear)
☐ after hearing (when parties are/or their attorneys are present
☐ upon approval of the parties (stipulation filed)
☐ pursuant to 15 V.S.A. §660(d)

**Parties Present:**

☐ Obligor                              ☐ Obligor's Attorney
☒ Obligee                             ☐ Obligee's Attorney
☒ OCS                                ☐ Other: _____

☒ Obligor was not present, but
☐ Received notice by personal service on: _____
☐ Received notice by certified mail restricted delivery on: _____
☐ Signed an acceptance of service on: _____
☒ Other: _1st class mail – not returned to the court_

☐ Obligee was not present, but
☐ Received notice by personal service on: _____
☐ Received notice by certified mail restricted delivery on: _____
☐ Signed an acceptance of service on: _____
☐ Other: _____

**FINDINGS AND BASIS OF ORDER**

## VI. PARENTAGE

Parentage has been established as follows:

[✓] The following child(ren) was/were born or adopted during the marriage: Malkia & Malcom

[ ] A Parentage Order for the following child(ren): _____ was issued on _____ by

    [ ] the Vermont Superior Court    [ ] Other: _____

[ ] There is a legal presumption of parentage for the following child(ren):_____

Basis for the presumption:

    [ ] The alleged parent failed to submit without good cause to court ordered genetic testing.

    [ ] The alleged parents have voluntarily acknowledged parentage under the laws of this state or any other state, by filling out and signing a voluntary acknowledgement of parentage form and filing the completed and witnessed form with the department of health.

    [ ] The probability that the alleged parent is the biological parent exceeds 98 percent as established by a scientifically reliable genetic test.

## VII. PARENTAL RESPONSIBILITIES

A. Physical responsibility for the child(ren) for the purpose of child support is:

    [✗] Primarily with: [✗] Obligee [ ] Obligor

    [ ] Split as follows: [ ] Child(ren) with Obligor: _____

    [ ] Child(ren) with Obligee: _____

    [ ] Shared as follows: _____% of time with Obligor; _____% of time with Obligee.

B. Physical Responsibility is based on: [ ] a stipulation of the parties dated _____

    [✗] an Order of the Court dated *2/4/19 — Temporary order*

C. [ ] The following child(ren) is/are in the custody of others: _____

D. Additional information: _____

## VIII. ADDITIONAL FINDINGS AND ORDER

[ ] A. A Relief from Abuse Order exists for these parties under Docket No. _____

[ ] B. A party's address is omitted for confidentiality purposes after a court hearing and a finding of good cause.

[✗] C. Other: *This matter came before the court on Plaintiff's motion to establish child support. The plaintiff appeared self-represented, the defendant failed to appear although validly served. Present for OCS is Jennifer Kent paralegal. A Default hearing was held. After evidence and testimony presented, the court finds the plaintiff's income to be $0 per month as she is receiving a means-tested benefit and the defendants income to be $4,885.33 per month based on OCS's information & Dept. of Labor interface. No other guideline factors are present. The court orders the guideline amount of child support of $1243 per month retroactive to the Date of filing. OCS waives retroactivity for federally funded months. The court orders 25% repay on the arrears. All other findings of fact and conclusions of law were made on the record.*

## IX. DURATION OF CHILD SUPPORT

A. This order shall remain in effect unless and until it is changed or discontinued by further order of the Court or by operation of law pursuant to the law of the issuing state of *Vermont* Choose an item.

B. If Vermont is the issuing state, an Obligor's support obligation will continue beyond a child's eighteenth birthday if the child is enrolled in, but has not completed high school, unless otherwise specified.

C. If wage withholding is ordered and an arrearage exists when the support obligation terminates, the current monthly payment and any arrearage repayment amount shall not be reduced until the arrears due is satisfied.

**The above is stipulated to by the parties:**

| Signature of Obligor | Date | Signature of Obligee | Date |
|---|---|---|---|
|  |  |  |  |

**Approved as to Form**

| Signature of Obligor's Attorney | Date | Signature of Obligee's Attorney | Date |
|---|---|---|---|
|  |  |  |  |
|  | Signature of OCS Representative |  | Date |

**It is so ORDERED**

| | Signature of Magistrate or Superior Court Judge | Date |
|---|---|---|
|  | *[signature]* | 9/18/19 |
|  | Printed Name of Magistrate or Superior Court Judge |  |
|  | Hon. Joseph M. Lorman |  |

| Assistant Judge | Date | Assistant Judge | Date |
|---|---|---|---|
|  |  |  |  |

### ACCEPTANCE OF SERVICE

I have received a copy of this order and I waive all other service.

| Obligor | Date | Obligee | Date |
|---|---|---|---|
|  |  | *[signature]* | 9-18-19 |

### NOTICE OF RIGHT TO APPEAL

**An order signed by a Magistrate or Presiding Judge may be appealed by filing a Notice of Appeal with the Clerk of the Family Division within 30 days of the filing of this order.**

| Additional Conditions of Order & Important Notices |
|---|

**A. THIS IS A COURT ORDER**

All parties are expected to comply with all terms of this order. The address provided to the court shall remain the same for service of future actions and/or orders unless a parent notifies the court of a change.

**B. A PARTY HAS THE RIGHT TO SEEK MODIFICATION OF THE ORDER BY FILING AN ACTION IN COURT**

A parent or any other person to whom support has been granted, or any person charged with support, may file a motion for modification of a child support order under 15 V.S.A. § 660. **A modification may be granted upon a real, substantial, and unanticipated change of circumstances,** including loss of employment or a considerable reduction or increase in salary or wages. An obligor is responsible for any required payments set forth in an order unless the order is vacated or modified by a court. Thus, any subsequent agreement between the parties that differs from the order is not legally binding, and the obligor is still legally required to pay the amount ordered by the court. (15 V.S.A.§ 663 (e)). If an older sibling turns 18 and has completed secondary school, a parent must file a motion with the court to modify child support if s/he wants to change the amount of support for any remaining minor children.

**C. A PARTY HAS THE RIGHT TO SEEK ENFORCEMENT OF THE ORDER BY FILING AN ACTION IN COURT**

1    A party may place liens on real or personal property.
2.    A party may request the court to place assets in escrow, grant a civil penalty when noncompliance of the support is willful, order wage withholding if the support amount is at least 7 days delinquent, find the Obligor in Contempt if there is willful noncompliance with this order, impose surcharge on past due child support, and suspend any and all licenses owned by obligor including professional, hunting, fishing and/or driver's licenses.

**D. IN ADDITION TO THE REMEDIES LISTED ABOVE**

**A party has the right to request assistance from the Vermont Office of Child Support in the effort to enforce this order. If the Office of Child Support is or becomes involved in this case (based either on a current or future request for their services or otherwise), the Office may take the following steps when appropriate:**

1.    Use any lawful collection remedies to collect any outstanding balance from the Obligor, regardless of any repayment plan on any unpaid debts.
2.    Certify all qualifying child support debts to the Vermont Tax Department and/or the Federal Treasury Offset Program for the purpose of intercepting tax refunds and/or other payments (i.e., vendor payments) or for passport denial, etc.
3.    Report an Obligor's account balance to consumer credit reporting agencies and/or request a copy of the report.
4.    Administratively issue a wage withholding order for current support and/or arrearages in excess of 1/12 of the annual support obligation.
5.    Freeze bank accounts and take the proceeds to satisfy past due support.
6.    Administratively suspend any and all licenses owned by the Obligor. This may include, but is not limited to, professional, hunting, fishing, or motor vehicle driver's licenses.

**E ADDITIONAL MEDICAL SUPPORT PROVISIONS**

1.    If employed, a parent under a medical support order shall notify his/her employer of such obligation, in writing, within 10 days of the date of this order.
2.    If self-employed or unemployed, a parent under a medical support order shall notify his/her health care insurer of such obligation in writing within 10 days of the date of this order.
3.    A parent is liable for any unreimbursed health care costs of the child(ren) that result from that parent's failure to give notice/obtain insurance as ordered above, which accrues between the date of this order and the date that the order is modified by the Court.
4.    If a parent has health insurance through an entity other than his/her employer, that parent shall be responsible for maintaining that insurance and complying with any notice requirements under the policy in effect. Failure to do so will make the parent liable for paying any unreimbursed health care expenses that accrue between the date of this order and the date this order is modified by the Court.
5.    If a parent pays a health expense of a child subject to this order and the other parent receives reimbursement from insurance for the expense, the reimbursement shall be sent to the parent who advanced payment, within 30 days of receipt. If the child(ren) also have Medicaid coverage, payment is to be sent to: Department of Vermont Health Aceess, 280 State Dr., Waterbury, VT 05671-1010, within 30 days.
6.    The parties shall provide each other with copies of bills for health expenses and documentation of insurance determination within 30 days of receipt. The parent who maintains insurance shall also provide the other parent with a health insurance card, claim forms and a list of benefits and restrictions within 10 days of the date of this order.

```
                FAMILY COURT
CP:             Stephine Pate            Worksheet:    SOLE
                and                      County:
NCP:            Sean Williams            Docket:
```

```
                CHILDREN
Malkia                          Malcolm
```

| CUSTODY INFORMATION | CP | NCP | TOTAL |
|---|---|---|---|
| Number of Children | | | 2 |
| Percentage of Time with Children | 100.00% | 0.00% | 100% |
| Number of Additional Dependents | 0 | 0 | 0 |

| PART I.    MONTHLY AVAILABLE INCOME | | CP | | NCP | COMBINED |
|---|---|---|---|---|---|
| 1. Monthly Gross Income | $ | 0.00 | $ | 4,885.33 | |
| a. Self Employment/Spousal Support | $ | 0.00 | $ | 0.00 | |
| 2. Monthly Adjusted Gross Income | $ | 0.00 | $ | 4,885.33 | |
| 3. Monthly After Tax Income | $ | 0.00 | $ | 3,706.00 | |
| a. Pre-existing Child Support | $ | 0.00 | $ | 0.00 | |
| b. Health Insurance | $ | 0.00 | $ | 0.00 | |
| c. Additional Adjustment | $ | 0.00 | $ | 0.00 | |
| 4. Monthly Unadjusted Available Income | $ | 0.00 | $ | 3,706.00 | |
| a. Additional Dependent Adjustment | $ | 0.00 | $ | 0.00 | |
| 5. Monthly Available Income | $ | 0.00 | $ | 3,706.00 $ | 3,706.00 |

| PART II.    CALCULATING SUPPORT OBLIGATION | | CP | | NCP | COMBINED |
|---|---|---|---|---|---|
| 6. Proportional Share of Income | | 0.00% | | 100.00% | |
| 7. Child Support Guideline Amount | | | | $ | 1,243.00 |
| a. Qualified Child Care | $ | 0.00 | $ | 0.00 | |
| b. Medical Expenses | $ | 0.00 | $ | 0.00 | |
| c. Educational Expenses | $ | 0.00 | $ | 0.00 | |
| 8. Combined Family Expenditures | | | | $ | 1,243.00 |
| 9. Parental Support Obligation | $ | 0.00 | $ | 1,243.00 | |

| PART III. ABILITY TO PAY CALCULATION | | CP | | NCP | COMBINED |
|---|---|---|---|---|---|
| 10. Self-Support Reserve | | | $ | 1,249.00 | |
| 11. Income Available for Support | | | $ | 2,457.00 | |
| 12. Monthly Support Payable | | | $ | 1,243.00 | |
| 13. Monthly Incomes (after support) | $ | 1,243.00 | $ | 2,463.00 | |

| INCOME BREAKDOWN | | CP | | NCP |
|---|---|---|---|---|
| Taxed (W2) | $ | 0.00 | $ | 4,885.33 |
| Self-employment | $ | 0.00 | $ | 0.00 |
| Non-taxed | $ | 0.00 | $ | 0.00 |

## CASE ACCOUNTING AFFIDAVIT

Noncustodial Parent: **SEAN L WILLIAMS**      Case ID: **WIL0418175**
Custodial Parent: **STEPHINE L PATE**

| | |
|---|---|
| Type: | **NPA** |
| Date: | **8/31/2019** |
| Docket Number: | **209-9-18 BNDM** |
| Number of Pages: | **2** |

### Summary of Previous Child Support Order

Date of last Child Support Order:

| | | | | |
|---|---|---|---|---|
| Current Child Support: | $1,243.00 | per | effective | 9/25/2018 |
| Current Maintenance Supplement: | | per | effective | |
| Current Spousal Support: | | per | effective | |
| Current Cash Medical Support: | | per | effective | |

Terms of last Child Support Order:

| | Public Assistance | | Non-Public Assistance | |
|---|---|---|---|---|
| Past due Child Support: | | as of | | as of |
| Medical Expenses: | | as of | | as of |
| Service Fees: | | as of | | as of |
| Civil Penalty: | | as of | | as of |
| Attorney Fees: | | as of | | as of |
| Surcharge: | | as of | | as of |
| Cash Medical: | | as of | | as of |
| Spousal: | | as of | | as of |
| Other: | | as of | | as of |
| Temp/Cond. Arrears: | $ - | as of | | as of |

| | | |
|---|---|---|
| Surcharge rate: | 0.01 | 12 percent per annum prior to January 1, 2012 |
| Surcharge rate: | 0.005 | 6 percent per annum effective January 1, 2012 |

### Current Case Accounting Summary
### NPA

| | | |
|---|---|---|
| | Child Support Arrears: | $ 7,706.58 |
| Prepared By: Jennifer Kent | | $ - |
| Agency: Office of Child Support | | $ - |
| Date: 9/18/2019 | Surcharge: | $ - |
| | | $ - |
| | | $ - |
| | | $ - |
| | | $ - |
| Signature: | Total Balance Due: | $ **7,706.58** |
| | Balance as of: | 8/31/2019 |

September 18, 2019      *Troia L. Burgess*      1/31/2021

Sworn and signed before me on this date in the County and State of VT    Notary Public Name    Commission Expiration Date

Troia L. Burgess
157.0000306

Noncustodial Parent: **SEAN L WILLIAMS**          Case ID: **WIL0418175**
Custodial Parent: **STEPHINE L PATE**

| Year | 2018 | | |
|------|------|-----------|---------|
| Month | Support Due | Amount Paid | Balance |
| Jan | $0.00 | $0.00 | $       - |
| Feb | $0.00 | $0.00 | $       - |
| Mar | $0.00 | $0.00 | $       - |
| Apr | $0.00 | $0.00 | $       - |
| May | $0.00 | $0.00 | $       - |
| June | $0.00 | $0.00 | $       - |
| July | $0.00 | $0.00 | $       - |
| Aug | $0.00 | $0.00 | $       - |
| Sept | $248.58 | $0.00 | $   248.58 |
| Oct | $1,243.00 | $0.00 | $ 1,243.00 |
| Nov | $1,243.00 | $0.00 | $ 1,243.00 |
| Dec | $0.00 | $0.00 | $       - |
| Total | $  2,734.58 | $       - | $ 2,734.58 |

| Year | 2019 | | |
|------|------|-----------|---------|
| Month | Support Due | Amount Paid | Balance |
| Jan | $0.00 | $0.00 | $       - |
| Feb | $1,243.00 | $0.00 | $ 1,243.00 |
| Mar | $1,243.00 | $0.00 | $ 1,243.00 |
| Apr | $1,243.00 | $0.00 | $ 1,243.00 |
| May | $1,243.00 | $0.00 | $ 1,243.00 |
| June | $0.00 | $0.00 | $       - |
| July | $0.00 | $0.00 | $       - |
| Aug | $0.00 | $0.00 | $       - |
| Sept | $0.00 | $0.00 | $       - |
| Oct | $0.00 | $0.00 | $       - |
| Nov | $0.00 | $0.00 | $       - |
| Dec | $0.00 | $0.00 | $       - |
| Total | $  4,972.00 | $       - | $ 4,972.00 |

| Year | 2020 | | |
|------|------|-----------|---------|
| Month | Support Due | Amount Paid | Balance |
| Jan | $0.00 | $0.00 | $       - |
| Feb | $0.00 | $0.00 | $       - |
| Mar | $0.00 | $0.00 | $       - |
| Apr | $0.00 | $0.00 | $       - |
| May | $0.00 | $0.00 | $       - |
| June | $0.00 | $0.00 | $       - |
| July | $0.00 | $0.00 | $       - |
| Aug | $0.00 | $0.00 | $       - |
| Sept | $0.00 | $0.00 | $       - |
| Oct | $0.00 | $0.00 | $       - |
| Nov | $0.00 | $0.00 | $       - |
| Dec | $0.00 | $0.00 | $       - |
| Total | $       - | $       - | $       - |

| Year | 2021 | | |
|------|------|-----------|---------|
| Month | Support Due | Amount Paid | Balance |
| Jan | $0.00 | $0.00 | $       - |
| Feb | $0.00 | $0.00 | $       - |
| Mar | $0.00 | $0.00 | $       - |
| Apr | $0.00 | $0.00 | $       - |
| May | $0.00 | $0.00 | $       - |
| June | $0.00 | $0.00 | $       - |
| July | $0.00 | $0.00 | $       - |
| Aug | $0.00 | $0.00 | $       - |
| Sept | $0.00 | $0.00 | $       - |
| Oct | $0.00 | $0.00 | $       - |
| Nov | $0.00 | $0.00 | $       - |
| Dec | $0.00 | $0.00 | $       - |
| Total | $       - | $       - | $       - |

Total This Page:  $   7,706.58

Williams Sean Stephine Pate NPA.xlsx

## STATE OF VERMONT

**SUPERIOR COURT**
Bennington       Unit

**FAMILY DIVISION**
Docket No. 209-9-18 Bndm

| Pate vs. Williams |
|---|

| Plaintiff Name | DOB | | Defendant Name | DOB |
|---|---|---|---|---|
| Stephine Pate | | V. | Sean Williams | |

| Other Party Name: | Other Party Name: |
|---|---|

☐ INTERIM  ☐ TEMPORARY  ☑ FINAL  ☐ DEFAULT

## CHILD SUPPORT ORDER

☑ Establishment  ☐ Modification  ☐ Enforcement  ☐ Contempt  ☐ Amended

| OBLIGOR (Person Who Pays Support) | OBLIGOR'S EMPLOYER or Source of Funds |
|---|---|
| Name (First, Last)<br>Sean Williams | Name<br>NYU Hospitals Center |
| Mailing Address<br>141 West 127ST, Apt 6A | Mailing Address<br>1 Park Ave FL 11 |
| City          State          Zip Code<br>New York NY 10027 | City          State          Zip Code<br>New York NY10016 5802 |
| Phone Number | Phone Number |
| Social Security Number     Email Address | |

| OBLIGEE (Person Who Receives Support) | OBLIGEE'S EMPLOYER or Source of Funds |
|---|---|
| Name (First, Last)<br>Stephine Pate | Name |
| Mailing Address<br>Confidential | Mailing Address |
| City          State          Zip Code | City          State          Zip Code |
| Phone Number | Phone Number |
| Social Security Number     Email Address | |

*VERMONT SUPERIOR COURT*
*BENNINGTON UNIT*

JUL 16 2020

FILED

### CHILDREN WHO ARE SUBJECT OF THIS ORDER

| First Name     Last Name | Date of Birth | Grade | Social Security Number |
|---|---|---|---|
| Malkia Williams | | | |
| Malcom Williams | | | |

## I. CURRENT CHILD SUPPORT
Docket No. 209-9-18 Bndm

[✓] This is the result of a child support worksheet which is attached and incorporated as findings in this order and includes information on other child support related costs, such as child care, extraordinary medical and/or educational expenses.

A. Child Support: Obligor shall pay child support as follows:
Beginning 09/26/18 $ 1243.00 Per month

B. Child Support Maintenance Supplement: Obligor shall pay maintenance supplement as follows:
Beginning_____ $_____ Per_____

C. Spousal Maintenance: Obligor shall pay spousal maintenance as follows:
Beginning_____ $_____ Per_____

## II. MEDICAL SUPPORT

[ ] This is the result of a medical support worksheet which is attached and incorporated as findings in this order.

[ ] Neither party has private health insurance available to them.

[ ] Medical support is addressed in the Child Support Order filed_____ and has not been modified by this order.

A. **The parties are ordered to pay medical support as follows:**

[✓] Child(ren) are presently covered by state or federally provided health insurance in [✓] Mother's [ ] Father's household. This health insurance coverage shall be maintained for the child(ren) for so long as the child(ren) remain eligible for current coverage.

[ ] The [ ] Obligor [ ] Obligee is ORDERED to provide and maintain private health insurance for the minor child(ren) as long as the cost of health insurance is deemed reasonable.

[ ] Private health insurance is currently unavailable to either party. The obligor shall pay a cash contribution toward the cost of health coverage as follows:
Beginning_____ $_____ Per_____

**Private health insurance is currently unavailable to either parent at a reasonable cost. If private health insurance becomes available to either parent at a reasonable cost, that parent shall be responsible for providing and maintaining health insurance for the minor child(ren). Either parent may request a hearing to determine whether the cost of health insurance is reasonable.**

B. Current Medical Support Coverage
Health insurance:
Policy or Certificate Number: _____
Name of Subscriber: __Stephine Pate_____
Relationship to Child(ren): __Mother_____
Plan Name: __Dr. Dynasaur_____
Plan Address: _____
Subscriber ID Number: _____

C. Child(ren)'s Out of Pocket Medical Expenses
Medical or other health expenses that are unreimbursed by insurance (including but not limited to expenses for eye, dental, mental health, health plan deductible) shall be shared as follows:

[✓] 1) Obligee is solely responsible for the first $200 annually of the children's out of pocket health expenses.

2) The parties shall share unreimbursed expenses as follows: Obligor 50 % Obligee 50 %

3) Additional Provisions: _____

## III. ARREARS ON PAST DUE CHILD SUPPORT/REPAYMENT PROVISIONS            Docket No: 209-9-18 Bndm

A.  Arrears Owed to the Obligee

Obligor shall pay the Obligee as follows:

Beginning 09/18/19 ___ $ 310.75 Per month ___ on a Judgment amount of

$ 7706.58 as of 08/31/19

The judgment consists of the following past due amounts:

Past Due Support: $ 7,706.58 _____

Surcharge: $ _____

Service fees: $ _____

Civil Penalty: $ _____

Attorney Fees: $ _____

Medical Expenses: $ _____

Cash Contribution towards Medical: $ _____

Other: _____

Amount of Other: $ _____

B.  Arrears Owed to Office of Child Support

Obligor shall pay the Office of Child support as follows:

Beginning 9/18/19 ___ $ -0- Per Month on a Judgment amount of

$ -0- as of 8/31/19

The judgment consists of the following past due amounts:

Child Support: $ _____

Service fees: $ _____

Civil Penalty: $ _____

Cash Contribution toward Medical: $ _____

Other: _____

Amount of Other: $

C.  Arrears Owed to Another Person or Agency

Obligor shall pay to ___ as follows:

Beginning _____ $ _____ Per _____ on a Judgment amount of

$ _____ as of _____

The judgment consists of the following past due amounts:

Past due Support: $ _____

Other: _____

Amount of Other: $ _____

D.  Surcharge or Interest

Surcharge or interest accrues on the unpaid balance of support at the rate of .5% per month or 6% per year from 1/1/12 forward until the support arrears are paid in full - even if the Obligor is making monthly arrears payments in conformity with this order. 15 V.S.A. § 606. Surcharge prior to 1/1/12 accrued at the rate of 1% per month.

E.  Arrears owed to the Obligee shall be paid first unless the Obligee is a recipient of federal public assistance benefits.

F.  Additional Arrears Provision: _____

## IV. METHOD OF PAYMENT

A.  WAGE WITHHOLDING ORDER

Any employer of the Obligor shall deduct the following sum from the Obligor's wages:

Beginning 09/18/19 ___ $ 1553.75 Per month ___

This deducted amount shall be paid directly to:

**OFFICE OF CHILD SUPPORT, PO BOX 1310, WILLISTON, VT 05495.**

Docket No. 209-9-18 Bndm

(NOTE:  This provision of this order is subject to the limits on withholding contained in 15 U.S.C. § 1673(b) and § 303(b) of the Consumer Credit Protection Act.)

At any time if the child support obligation is not being paid through wage withholding, the responsible parent shall send the payments to the ☑ Office of Child Support or ☐ Obligee.

(NOTE: Any direct payments made by the Obligor to the Obligee will not be reflected in OCS records  unless OCS receives  written notification  of the direct payment.)

B.    DIRECT PAYMENT

Based Upon ☐ Stipulation  of the parties ☐ Evidence presented at hearing.

☐ Obligor shall make payments directly to the Office of Child Support as follows:

Beginning_____     $_____     Per _____

This amount shall be paid directly to: **OFFICE OF CHILD SUPPORT, PO BOX 1310, WILLISTON, VT 05495.**

☐ Obligor shall make payments directly to the Obligee as follows:

Beginning_____     $_____     Per _____

(NOTE:  If the court finds, after a hearing on a petition, that any support  payment  has been late by 7 days or more, the  court may issue a  wage withholding order, pursuant to  15  V.S.A. § 782.)

C.    CHANGE OF ADDRESS

Each party shall notify the **Office of Child Support, Support Registry, 280 State Drive, Waterbury, VT 05671-1060** within 7 days of a change in address, employment or health insurance carrier. The notification requirement applies until all obligations to pay support arrearages or orders to provide for visitation are satisfied. You may contact OCS via email at: OCSCSU@vermont.gov or by calling 1 (800) 786-3214.

**V. TYPE OF HEARING, DEFAULT OR STIPULATION**

This order is entered:    ☑ after default hearing (when one or more parties fail to appear)

☐ after hearing (when parties are/or their attorneys are present

☐ upon approval of the parties (stipulation filed)

☐ pursuant to 15 V.S.A. §660(d)

Parties Present:

☐ Obligor                              ☐ Obligor's  Attorney

☐ Obligee                              ☐ Obligee's Attorney

☑ OCS *K. Bossi*                    ☐ Other: _____

☑ Obligor was not present, but

☐ Received notice by personal service on: _____

☐ Received notice by certified mail restricted  delivery on: _____

☐ Signed an acceptance of service on: _____

☑ Other: *1st Class mail - not returned to the court*

☑ Obligee was not present, but

☐ Received notice by personal service on: _____

☐ Received notice by certified mail restricted  delivery on: _____

☐ Signed an acceptance of service on: _____

☐ Other: _____

Docket No.   209-9-18 Bndm

**FINDINGS AND BASIS OF ORDER**

### VI. PARENTAGE

Parentage has been established as follows:

☐ The parties executed a Voluntary Acknowledgement of Parentage or Acknowledgment of Parentage, which was filed with the Vermont Department of Health and has not been rescinded or challenged, pursuant to 15C V.S.A. §304-309.
*List Child(ren) Name(s)*_____

☑ There is a legal presumption for the child(ren):

☑ The child(ren) was/were born or adopted during the marriage/civil union;
*List Child(ren) Name(s)*_ Malkia and Malcolm Williams_____

☐ The child(ren) was/were born within 300 days of the date the marriage/civil union terminated, either by divorce, annulment or operation of law;
*List Child(ren) Name(s)*_____

☐ The parties married each other after the birth of the child(ren) they asserted parentage of the child, and agreed to be and are named as parents of the child(ren) on the birth certificate;
*List Child(ren) Name(s)*_____

☐ The parties resided in the same household with the child(ren) from the child(ren)'s birth through the first two years of their life, including temporary periods of absence, and both parties openly held out the child(ren) as the non-birth parent's child(ren).
*List Child(ren) Name(s)*_____

☐ The parties are intended parents of the child(ren) pursuant to a gestational carrier agreement.
*List Child(ren) Name(s)*_____

☐ A Parentage Order for the child(ren) was issued on _____ by _____
☐ The Vermont Superior Court   ☐ Other:_____
*List Child(ren) Name(s)*_____

### VII. PARENTAL RESPONSIBILITIES

A,   Physical responsibility for the child(ren) for the purpose of child support is:

☑ Primarily with:   ☑ Obligee   ☐ Obligor
☐ Split as follows:   ☐ Child(ren) with Obligor: _____
☐ Child(ren) with Obligee: _____
☐ Shared as follows:   _____% of time with Obligor
_____% of time with Obligee

B.   Physical responsibility is based on:   ☐ a stipulation of the parties dated _____
☑ an Order of the Court dated  2/3/2020_____

C. ☐ The following child(ren) is/are in the custody of others: _____

D.   Additional information: _____

### VIII. ADDITIONAL FINDINGS AND ORDER

☐ A. A Relief from Abuse Order exists for these parties under Docket No. _____

☐ B. A party's address is omitted for confidentiality purposes after a court hearing and a finding of good cause.

☐ C. Other: _____

This matter was set before the court on this
date to establish a final order of child
support. The existing temporary order was
entered after hearing and was issued as

Supplemental Sheet
(to be attached to the form you are providing additional information for).  Pg 5A

| Vermont Courts | County Bennington | Docket Number 209-9-18 Bndm |

Plaintiff Stephene Pate        v   Defendant Sean Le Ron Williams

a temporary order solely because a feral
PP&P order had not issued. Neither
party appeared for today's hearing
despite being duly served.
Therefore, the Court will make the
temporary order of $1243.00 for current
support and $310.75 per month towards
the arrears, a feral order effective
this date.

12/03 SML

**IX. DURATION OF CHILD SUPPORT**                                    Docket No.  209-9-18 Bndm

A. This order shall remain in effect unless and until it is changed or discontinued by further order of the Court or by operation of law pursuant to the law of the issuing state of  Vermont.

B. If Vermont is the issuing state, an Obligor's support obligation will continue beyond a child's eighteenth birthday if the child is enrolled in, but has not completed high school, unless otherwise specified.

C. If wage withholding is ordered and an arrearage exists when the support obligation terminates, the current monthly payment and any arrearage repayment amount shall not be reduced until the arrears due is satisfied.

**The above is stipulated to by the parties:**

| Signature of Obligor | Date | Signature of Obligee | Date |
|---|---|---|---|
| | | | |

**Approved as to Form**

| Signature of Obligor's Attorney | Date | Signature of Obligee's Attorney | Date |
|---|---|---|---|
| | | Signature of OCS Representative | Date |

**It is so ORDERED**

| Signature of Magistrate or Superior Court Judge | Date 7/15/20 |
|---|---|
| Printed Name of Magistrate or Superior Court Judge    Hon. Joseph M. Lorman | |

| Assistant Judge | Date | Assistant Judge | Date |
|---|---|---|---|
| | | | |

**ACCEPTANCE OF SERVICE**

I have received a copy of this order and I waive all other service.

| Obligor | Date | Obligee | Date |
|---|---|---|---|
| | | | |

**NOTICE OF RIGHT TO APPEAL**

An order signed by a Magistrate or Presiding Judge may be appealed by filing a Notice of Appeal with the Clerk of the Family Division within 30 days of the filing of this order.

| Additional Conditions of Order & Important Notices | Docket No. 209-9-18 Bndm |
|---|---|

**A. THIS IS A COURT ORDER**

All parties are expected to comply with all terms of this order. The address provided to the court shall remain the same for service of future actions and/or orders unless a parent notifies the court of a change.

**B. A PARTY HAS THE RIGHT TO SEEK MODIFICATION OF THE ORDER BY FILING AN ACTION IN COURT**

A parent or any other person to whom support has been granted, or any person charged with support, may file a motion for modification of a child support order under 15 V.S.A. § 660. **A modification may be granted upon a real, substantial, and unanticipated change of circumstances,** including loss of employment or a considerable reduction or increase in salary or wages. An obligor is responsible for any required payments set forth in an order unless the order is vacated or modified by a court. Thus, any subsequent agreement between the parties that differs from the order is not legally binding, and the obligor is still legally required to pay the amount ordered by the court. (15 V.S.A.§ 663 (e)). If an older sibling turns 18 and has completed secondary school, a parent must file a motion with the court to modify child support if s/he wants to change the amount of support for any remaining minor children.

**C. A PARTY HAS THE RIGHT TO SEEK ENFORCEMENT OF THE ORDER BY FILING AN ACTION IN COURT**

1   A party may place liens on real or personal property.
2. A party may request the court to place assets in escrow, grant a civil penalty when noncompliance of the support is willful, order wage withholding if the support amount is at least 7 days delinquent, find the Obligor in Contempt if there is willful noncompliance with this order, impose surcharge on past due child support, and suspend any and all licenses owned by obligor including professional, hunting, fishing and/or driver's licenses.

**D. IN ADDITION TO THE REMEDIES LISTED ABOVE**

A party has the right to request assistance from the Vermont Office of Child Support in the effort to enforce this order. If the Office of Child Support is or becomes involved in this case (based either on a current or future request for their services or otherwise), the Office may take the following steps when appropriate:

1. Use any lawful collection remedies to collect any outstanding balance from the Obligor, regardless of any repayment plan on any unpaid debts.
2. Certify all qualifying child support debts to the Vermont Tax Department and/or the Federal Treasury Offset Program for the purpose of intercepting tax refunds and/or other payments (i.e., vendor payments) or for passport denial, etc.
3. Report an Obligor's account balance to consumer credit reporting agencies and/or request a copy of the report.
4. Administratively issue a wage withholding order for current support and/or arrearages in excess of 1/12 of the annual support obligation.
5. Freeze bank accounts and take the proceeds to satisfy past due support.
6. Administratively suspend any and all licenses owned by the Obligor. This may include, but is not limited to, professional, hunting, fishing, or motor vehicle driver's licenses.

**E ADDITIONAL MEDICAL SUPPORT PROVISIONS**

1. If employed, a parent under a medical support order shall notify his/her employer of such obligation, in writing, within 10 days of the date of this order.
2. If self-employed or unemployed, a parent under a medical support order shall notify his/her health care insurer of such obligation in writing within 10 days of the date of this order.
3. A parent is liable for any unreimbursed health care costs of the child(ren) that result from that parent's failure to give notice/obtain insurance as ordered above, which accrues between the date of this order and the date that the order is modified by the Court.
4. If a parent has health insurance through an entity other than his/her employer, that parent shall be responsible for maintaining that insurance and complying with any notice requirements under the policy in effect. Failure to do so will make the parent liable for paying any unreimbursed health care expenses that accrue between the date of this order and the date this order is modified by the Court.
5. If a parent pays a health expense of a child subject to this order and the other parent receives reimbursement from insurance for the expense, the reimbursement shall be sent to the parent who advanced payment, within 30 days of receipt. If the child(ren) also have Medicaid coverage, payment is to be sent to: Department of Health Access, 280 State Dr., Waterbury, VT 05671-1010, within 30 days.
6. The parties shall provide each other with copies of bills for health expenses and documentation of insurance determination within 30 days of receipt. The parent who maintains insurance shall also provide the other parent with a health insurance card, claim forms and a list of benefits and restrictions within 10 days of the date of this order.

# HEALTH INSURANCE AVAILABILITY & COST WORKSHEET

**1.** Private health insurance is available to: ☐ Obligee ☐ Obligor ☐ Neither

Docket No. 209-9-18 Bndm

|  | Obligee | Obligor |
|---|---|---|
| Gross monthly income is | $ | $ |
| 5% gross monthly income is | $ | $ |
| Total monthly family health insurance cost to employee | $ | $ |
| Total monthly two person cost to employee | $ | $ |
| Total monthly single person coverage to employee | $ | $ |

**2.** Private health insurance is deemed reasonable for: ☐ Obligee ☐ Obligor because:

☐ The cost of adding the child(ren) to an existing health insurance policy is 5% or less of a parent's gross income as calculated above for ☐ Obligee ☐ Obligor.

☐ The cost of obtaining coverage for the child(ren) is 5% or less of a parent's gross income as calculated above for ☐ Obligee ☐ Obligor

☐ the above referenced cost of health insurance is 5% or more of ☐ Obligee's ☐ Obligor's gross income and the court has considered the factors of 15 V.S.A. § 659.
Additional findings: _____
_____

**3.** Although the cost of health insurance is 5% or less of a parent's gross income, the
☐ Obligee      ☐ Obligor **is not ordered** to provide health insurance for the following reasons:
_____
_____
_____

**VERMONT**

| | | |
|---|---|---|
| **Department for Children and Families** | | *Agency of Human Services* |
| **Office of Child Support** | [phone] 1-800-786-3214 | |
| 280 State Drive | [fax] (802) 244-1483 | |
| Waterbury, VT 05671-1060 | [website] www.dcf.vermont.gov\ocs | |

September 28, 2022

Mr. Sean Williams
141 West 127th Street, Apt. 6A
New York, NY 10027

Dear Mr. Williams:

The Office of Child Support ("OCS") received your letter dated August 19, 2022, which was addressed to Former Director Robin Arnell.

If you are requesting a copy of your child support file, please reply to this letter confirming your request and send a $5.00 check payable to the Office of Child Support. We will compile the documents contained in your file and send them to you as soon as we are able.

In your letter, you request an agency hearing pursuant to 45 C.F.R. §32.5. However, OCS was recently notified that you filed a series of motions with the Bennington Family Division that appear to contest the validity of the child support orders issued in your case with Stephine Pate. The Family Court has jurisdiction to adjudicate issues related to the validity and amount of debt owed in your case, and is the most appropriate forum to address your concerns. As a party to that proceeding, OCS will respond to your motions as directed by the Court. For those reasons, OCS is not going to set an administrative hearing at this time.

You make various requests for information in your letter, and OCS has previously provided you with most of the information you've requested. To clarify: your child support obligation is not contractual; it is the result of a court order. There is no loan; there is no promissory note. OCS previously sent you copies of your court orders. The income withholding order you request is memorialized in your final child support order in Section IV.A under "Method of Payment" at the bottom of page three. Although previously sent to you, enclosed is a copy of your final child support order for your reference.

I hope this information is helpful to you. OCS cannot give you legal advice; therefore, it may benefit you to consult with an attorney regarding any legal questions you might have.

Sincerely,

/s/ Jessica Seman

Jessica Seman
Managing Attorney
Vermont Office of Child Support

IX DURATION OF CHILD SUPPORT                                          Docket No. 209-9-18 Bndm

A. This order shall remain in effect unless and until it is changed or discontinued by further order of the Court or by operation of law pursuant to the law of the issuing state of Vermont.

B. If Vermont is the issuing state, an Obligor's support obligation will continue beyond a child's eighteenth birthday if the child is enrolled in, but has not completed high school, unless otherwise specified.

C. If wage withholding is ordered and an arrearage exists when the support obligation terminates, the current monthly payment and any arrearage repayment amount shall not be reduced until the arrears due is satisfied.

**The above is stipulated to by the parties:**

| Signature of Obligor | Date | Signature of Obligee | Date |
|---|---|---|---|
| | | | |

**Approved as to Form**

| Signature of Obligor's Attorney | Date | Signature of Obligee's Attorney | Date |
|---|---|---|---|
| | | | |
| | | Signature of OCS Representative | Date |

**It is so ORDERED**

| Signature of Magistrate or Superior Court Judge | Date 7/15/20 |
|---|---|
| Printed Name of Magistrate or Superior Court Judge    Hon. Joseph M. Lorman | |

| Assistant Judge | Date | Assistant Judge | Date |
|---|---|---|---|
| | | | |

**ACCEPTANCE OF SERVICE**
I have received a copy of this order and I waive all other service.

| Obligor | Date | Obligee | Date |
|---|---|---|---|
| | | | |

**NOTICE OF RIGHT TO APPEAL**

**An order signed by a Magistrate or Presiding Judge may be appealed by filing a Notice of Appeal with the Clerk of the Family Division within 30 days of the filing of this order.**

| Additional Conditions of Order & Important Notices | Docket No. 209-9-18 Bndm |
|---|---|

**A. THIS IS A COURT ORDER**

All parties are expected to comply with all terms of this order. The address provided to the court shall remain the same for service of future actions and/or orders unless a parent notifies the court of a change.

**B. A PARTY HAS THE RIGHT TO SEEK MODIFICATION OF THE ORDER BY FILING AN ACTION IN COURT**

A parent or any other person to whom support has been granted, or any person charged with support, may file a motion for modification of a child support order under 15 V.S.A. § 660. **A modification may be granted upon a real, substantial, and unanticipated change of circumstances,** including loss of employment or a considerable reduction or increase in salary or wages. An obligor is responsible for any required payments set forth in an order unless the order is vacated or modified by a court. Thus, any subsequent agreement between the parties that differs from the order is not legally binding, and the obligor is still legally required to pay the amount ordered by the court. (15 V.S.A.§ 663 (e)). If an older sibling turns 18 and has completed secondary school, a parent must file a motion with the court to modify child support if s/he wants to change the amount of support for any remaining minor children.

**C. A PARTY HAS THE RIGHT TO SEEK ENFORCEMENT OF THE ORDER BY FILING AN ACTION IN COURT**

1   A party may place liens on real or personal property.
2. A party may request the court to place assets in escrow, grant a civil penalty when noncompliance of the support is willful, order wage withholding if the support amount is at least 7 days delinquent, find the Obligor in Contempt if there is willful noncompliance with this order, impose surcharge on past due child support, and suspend any and all licenses owned by obligor including professional, hunting, fishing and/or driver's licenses.

**D. IN ADDITION TO THE REMEDIES LISTED ABOVE**

A party has the right to request assistance from the Vermont Office of Child Support in the effort to enforce this order. If the Office of Child Support is or becomes involved in this case (based either on a current or future request for their services or otherwise), the Office may take the following steps when appropriate:

1. Use any lawful collection remedies to collect any outstanding balance from the Obligor, regardless of any repayment plan on any unpaid debts.
2. Certify all qualifying child support debts to the Vermont Tax Department and/or the Federal Treasury Offset Program for the purpose of intercepting tax refunds and/or other payments (i.e., vendor payments) or for passport denial, etc.
3. Report an Obligor's account balance to consumer credit reporting agencies and/or request a copy of the report.
4. Administratively issue a wage withholding order for current support and/or arrearages in excess of 1/12 of the annual support obligation.
5. Freeze bank accounts and take the proceeds to satisfy past due support.
6. Administratively suspend any and all licenses owned by the Obligor. This may include, but is not limited to, professional, hunting, fishing, or motor vehicle driver's licenses.

**E ADDITIONAL MEDICAL SUPPORT PROVISIONS**

1. If employed, a parent under a medical support order shall notify his/her employer of such obligation, in writing, within 10 days of the date of this order.
2. If self-employed or unemployed, a parent under a medical support order shall notify his/her health care insurer of such obligation in writing within 10 days of the date of this order.
3. A parent is liable for any unreimbursed health care costs of the child(ren) that result from that parent's failure to give notice/obtain insurance as ordered above, which accrues between the date of this order and the date that the order is modified by the Court.
4. If a parent has health insurance through an entity other than his/her employer, that parent shall be responsible for maintaining that insurance and complying with any notice requirements under the policy in effect. Failure to do so will make the parent liable for paying any unreimbursed health care expenses that accrue between the date of this order and the date this order is modified by the Court.
5. If a parent pays a health expense of a child subject to this order and the other parent receives reimbursement from insurance for the expense, the reimbursement shall be sent to the parent who advanced payment, within 30 days of receipt. If the child(ren) also have Medicaid coverage, payment is to be sent to: Department of Health Access, 280 State Dr., Waterbury, VT 05671-1010, within 30 days.
6. The parties shall provide each other with copies of bills for health expenses and documentation of insurance determination within 30 days of receipt. The parent who maintains insurance shall also provide the other parent with a health insurance card, claim forms and a list of benefits and restrictions within 10 days of the date of this order.

## HEALTH INSURANCE AVAILABILITY & COST WORKSHEET

**1.** Private health insurance is available to: ☐ Obligee ☐ Obligor ☐ Neither

Docket No. 209-9-18 Bndm

| | Obligee | Obligor |
|---|---|---|
| Gross monthly income is | $ | $ |
| 5% gross monthly income is | $ | $ |
| Total monthly family health insurance cost to employee | $ | $ |
| Total monthly two person cost to employee | $ | $ |
| Total monthly single person coverage to employee | $ | $ |

**2.** Private health insurance is deemed reasonable for: ☐ Obligee ☐ Obligor because:

☐ The cost of adding the child(ren) to an existing health insurance policy is 5% or less of a parent's gross income as calculated above for ☐ Obligee ☐ Obligor.

☐ The cost of obtaining coverage for the child(ren) is 5% or less of a parent's gross income as calculated above for ☐ Obligee ☐ Obligor

☐ the above referenced cost of health insurance is 5% or more of ☐ Obligee's ☐ Obligor's gross income and the court has considered the factors of 15 V.S.A. § 659.
Additional findings: _____

_____

**3.** Although the cost of health insurance is 5% or less of a parent's gross income, the
☐ Obligee ☐ Obligor **is not ordered** to provide health insurance for the following reasons:

_____

_____

_____

# STATE OF VERMONT

| **SUPERIOR COURT** | **FAMILY DIVISION** |
|---|---|
| Bennington     Unit | Docket No. 209-9-18 Bndm |

| **Pate vs. Williams** |
|---|

| Plaintiff Name | DOB | | Defendant Name | DOB |
|---|---|---|---|---|
| Stephine Pate | 9/2/1981 | V. | Sean Williams | 10/17/1984 |

| Other Party Name: | Other Party Name: |
|---|---|

☐ INTERIM   ☐ TEMPORARY   ☑ FINAL   ☐ DEFAULT
## CHILD SUPPORT ORDER
☑ Establishment   ☐ Modification   ☐ Enforcement   ☐ Contempt   ☐ Amended

| OBLIGOR (Person Who Pays Support) | OBLIGOR'S EMPLOYER or Source of Funds |
|---|---|
| Name (First, Last)<br>Sean Williams | Name<br>NYU Hospitals Center |
| Mailing Address<br>141 West 127ST, Apt 6A | Mailing Address<br>1 Park Ave FL 11 |
| City      State      Zip Code<br>New York NY  10027 | City      State      Zip Code<br>New York  NY10016 5802 |
| Phone Number | Phone Number |
| Social Security Number ▇▇▇▇ | Email Address | |

| OBLIGEE (Person Who Receives Support) | OBLIGEE'S EMPLOYER or Source of Funds |
|---|---|
| Name (First, Last)<br>Stephine Pate | Name |
| Mailing Address<br>Confidential | Mailing Address |
| City      State      Zip Code | City      State      Zip Code |
| Phone Number | Phone Number |
| Social Security Number | Email Address | |

VERMONT SUPERIOR COURT
BENNINGTON UNIT

JUL 16 2020

FILED

| CHILDREN WHO ARE SUBJECT OF THIS ORDER | | | |
|---|---|---|---|
| First Name    Last Name | Date of Birth | Grade | Social Security Number |
| Malkia Williams | 3/9/2011 | | |
| Malcom Williams | 1/2/2013 | | |

**I. CURRENT CHILD SUPPORT**                                       Docket No. 2099-10 Bnnm

☑ This is the result of a child support worksheet which is attached and incorporated as findings in this order and includes information on other child support related costs, such as child care, extraordinary medical and/or educational expenses.

A. Child Support: Obligor shall pay child support as follows:
Beginning _09/25/18_           $ _1243.00_           Per _month_

B. Child Support Maintenance Supplement: Obligor shall pay maintenance supplement as follows:
Beginning_____           $_____           Per _____

C. Spousal Maintenance: Obligor shall pay spousal maintenance as follows:
Beginning_____           $_____           Per _____

**II. MEDICAL SUPPORT**

☐ This is the result of a medical support worksheet which is attached and incorporated as findings in this order.

☐ Neither party has private health insurance available to them.

☐ Medical support is addressed in the Child Support Order filed_____ and has not been modified by this order.

A. **The parties are ordered to pay medical support as follows:**

☑ Child(ren) are presently covered by state or federally provided health insurance in ☑ Mother's ☐ Father's household. This health insurance coverage shall be maintained for the child(ren) for so long as the child(ren) remain eligible for current coverage.

☐ The ☐ Obligor ☐ Obligee is ORDERED to provide and maintain private health insurance for the minor child(ren) as long as the cost of health insurance is deemed reasonable.

☐ Private health insurance is currently unavailable to either party. The obligor shall pay a cash contribution toward the cost of health coverage as follows:
Beginning_____           $_____           Per _____

**Private health insurance is currently unavailable to either parent at a reasonable cost. If private health insurance becomes available to either parent at a reasonable cost, that parent shall be responsible for providing and maintaining health insurance for the minor child(ren). Either parent may request a hearing to determine whether the cost of health insurance is reasonable.**

B. Current Medical Support Coverage
Health insurance:
Policy or Certificate Number: _____
Name of Subscriber: _Stephine Pate_
Relationship to Child(ren): _Mother_
Plan Name: _Dr. Dynasaur_
Plan Address: _____
Subscriber ID Number: _____

C. Child(ren)'s Out of Pocket Medical Expenses
Medical or other health expenses that are unreimbursed by insurance (including but not limited to expenses for eye, dental, mental health, health plan deductible) shall be shared as follows:

☑ 1) Obligee is solely responsible for the first $200 annually of the children's out of pocket health expenses.

2) The parties shall share unreimbursed expenses as follows: Obligor _50_ % Obligee _50_ %

3) Additional Provisions: _____

## III. ARREARS ON PAST DUE CHILD SUPPORT/REPAYMENT PROVISIONS    Docket No. 209-9-18 Brm

A. Arrears Owed to the Obligee

Obligor shall pay the Obligee as follows:

Beginning 09/18/19    $ 310.75 Per month    on a Judgment amount of

$ 7706.58 as of 08/31/19

The judgment consists of the following past due amounts:

Past Due Support: $ 7,706.58

Surcharge: $ _____

Service fees: $ _____

Civil Penalty: $ _____

Attorney Fees: $ _____

Medical Expenses: $ _____

Cash Contribution towards Medical: $ _____

Other: _____

Amount of Other: $ _____

B. Arrears Owed to Office of Child Support

Obligor shall pay the Office of Child support as follows:

Beginning 8/18/19    $ 0. Per month on a Judgment amount of

$ 0 as of 8/31/19

The judgment consists of the following past due amounts:

Child Support: $ _____

Service fees: $ _____

Civil Penalty: $ _____

Cash Contribution toward Medical: $ _____

Other: _____

Amount of Other: $ _____

C. Arrears Owed to Another Person or Agency

Obligor shall pay to    as follows:

Beginning _____    $ _____ Per _____ on a Judgment amount of

$ _____ as of _____

The judgment consists of the following past due amounts:

Past due Support: $ _____

Other: _____

Amount of Other: $ _____

D. Surcharge or Interest

Surcharge or interest accrues on the unpaid balance of support at the rate of .5% per month or 6% per year from 1/1/12 forward until the support arrears are paid in full - even if the Obligor is making monthly arrears payments in conformity with this order. 15 V.S.A. § 606. Surcharge prior to 1/1/12 accrued at the rate of 1% per month.

E. Arrears owed to the Obligee shall be paid first unless the Obligee is a recipient of federal public assistance benefits.

F. Additional Arrears Provision: _____

## IV. METHOD OF PAYMENT

A. WAGE WITHHOLDING ORDER

Any employer of the Obligor shall deduct the following sum from the Obligor's wages:

Beginning 09/18/19    $ 1553.75 Per month

This deducted amount shall be paid directly to:

**OFFICE OF CHILD SUPPORT, PO BOX 1310, WILLISTON, VT 05495.**

400-00802 - Child Support Order (09/2019)    Page 3 of 8

Docket No. 209-9-18 Bndm

**(NOTE:** This provision of this order is subject to the limits on withholding contained in 15 U.S.C. §
1673(b) and § 303(b) of the Consumer Credit Protection Act.)

At any time if the child support obligation is not being paid through wage withholding, the responsible
parent shall send the payments to the ☑ Office of Child Support or ☐ Obligee.

**(NOTE: Any direct payments made by the Obligor to the Obligee will not be reflected in OCS
records unless OCS receives written notification of the direct payment.)**

B.   DIRECT PAYMENT

Based Upon ☐ Stipulation of the parties ☐ Evidence presented at hearing.

☐ Obligor shall make payments directly to the Office of Child Support as follows:

Beginning_____      $_____      Per _____

This amount shall be paid directly to: **OFFICE OF CHILD SUPPORT, PO BOX 1310, WILLISTON, VT 05495.**

☐ Obligor shall make payments directly to the Obligee as follows:

Beginning_____      $_____      Per _____

**(NOTE:** If the court finds, after a hearing on a petition, that any support payment has been late
by 7 days or more, the court may issue a wage withholding order, pursuant to 15 V.S.A.
§ 782.)

C.   CHANGE OF ADDRESS

Each party shall notify the **Office of Child Support, Support Registry, 280 State Drive, Waterbury,
VT 05671-1060** within 7 days of a change in address, employment or health insurance carrier. The
notification requirement applies until all obligations to pay support arrearages or orders to provide
for visitation are satisfied. You may contact OCS via email at: OCSCSU@vermont.gov or by calling 1
**(800) 786-3214.**

**V. TYPE OF HEARING: DEFAULT OR STIPULATION**

This order is entered:    ☑ after default hearing (when one or more parties fail to appear)

☐ after hearing (when parties are/or their attorneys are present

☐ upon approval of the parties (stipulation filed)

☐ pursuant to 15 V.S.A. §660(d)

Parties Present:

☐ Obligor                         ☐ Obligor's Attorney

☐ Obligee                         ☐ Obligee's Attorney

☑ OCS *K. Bossi*                  ☐ Other: _____

☑ Obligor was not present, but

☐ Received notice by personal service on: _____

☐ Received notice by certified mail restricted delivery on: _____

☐ Signed an acceptance of service on: _____

☒ Other: *1st Class mail - not Returned to the Court*

☑ Obligee was not present, but

☐ Received notice by personal service on: _____

☐ Received notice by certified mail restricted delivery on: _____

☐ Signed an acceptance of service on: _____

☐ Other: _____

Docket No.  209-9-18 Bndm

## FINDINGS AND BASIS OF ORDER

**VI PARENTAGE**

Parentage has been established as follows:

[ ] The parties executed a Voluntary Acknowledgement of Parentage or Acknowledgment of Parentage, which was filed with the Vermont Department of Health and has not been rescinded or challenged, pursuant to 15C V.S.A. §304-309.
*List Child(ren) Name(s)* _____

[✓] There is a legal presumption for the child(ren):
    [✓] The child(ren) was/were born or adopted during the marriage/civil union;
      *List Child(ren) Name(s)* __Malkia and Malcolm Williams__

    [ ] The child(ren) was/were born within 300 days of the date the marriage/civil union terminated, either by divorce, annulment or operation of law;
      *List Child(ren) Name(s)* _____

    [ ] The parties married each other after the birth of the child(ren) they asserted parentage of the child, and agreed to be and are named as parents of the child(ren) on the birth certificate;
      *List Child(ren) Name(s)* _____

    [ ] The parties resided in the same household with the child(ren) from the child(ren)'s birth through the first two years of their life, including temporary periods of absence, and both parties openly held out the child(ren) as the non-birth parent's child(ren).
      *List Child(ren) Name(s)* _____

[ ] The parties are intended parents of the child(ren) pursuant to a gestational carrier agreement.
*List Child(ren) Name(s)* _____

[ ] A Parentage Order for the child(ren) was issued on _____ by _____
    [ ] The Vermont Superior Court    [ ] Other: _____
    *List Child(ren) Name(s)* _____

**VII PARENTAL RESPONSIBILITIES**

A. Physical responsibility for the child(ren) for the purpose of child support is:
    [✓] **Primarily with:**    [✓] Obligee   [ ] Obligor
    [ ] Split as follows:    [ ] Child(ren) with Obligor: _____
                   [ ] Child(ren) with Obligee: _____
    [ ] Shared as follows:     _____ % of time with Obligor
                       _____ % of time with Obligee

B. Physical responsibility is based on:   [ ] a stipulation of the parties dated _____
                                 [✓] an Order of the Court dated _2/3/2020_

C. [ ] The following child(ren) is/are in the custody of others: _____

D. Additional information: _____

**VIII ADDITIONAL FINDINGS AND ORDER**

[ ] A. A Relief from Abuse Order exists for these parties under Docket No. _____

[ ] B. A party's address is omitted for confidentiality purposes after a court hearing and a finding of good cause.

[ ] C. Other: _____

*This matter was set before the Court on this date to establish a final Order of child Support. The existing Temporary Order was entered after hearing and was issued as*

Supplemental Sheet
(to be attached to the form you are providing additional information for). Pg 5A

| Vermont Courts | County Bennington | Docket Number 209-9-18 Bndm |
| --- | --- | --- |
| Plaintiff Stephene Pate | Defendant Sean Le-Ron Williams | |

a temporary order solely because a final
PR & P order had not issued. Neither
party appeared for today's hearing
despite being duly served.
Therefore, the Court will make the
temporary order of $1243.00 for current
support and $310.75 per month towards
the arrears, a final order effective
this date.

12/03 SML

Vermont Superior Court
Filed 11/03/22
Bennington Unit

VERMONT SUPERIOR COURT
Bennington Unit
200 Veterans Memorial Drive
Bennington, VT 05201
802-447-2727
www.vermontjudiciary.org



FAMILY DIVISION
Case No.    209-9-18 Bndm

| Pate vs. Williams |
| --- |

## ENTRY REGARDING MOTION

Title:    Motion to Vacate Judgment   (Motion: 26)
Filer:    Sean Le-Ron Williams
Filed    Juiy 22, 2022

The matter before the Court is a post judgment motion filed by the Defendant. The gravamen of the motion is difficult to discern as it is accompanied by several confusing documents and various "orders" demanding that the Court take, or not take, certain actions. Many, if not all, of the attachments rely on federal statutes, caselaw, administrative rules or common law principles that are inapplicable to this child support matter in Vermont. Many of Defendant's concerns seem to relate to enforcement of the order by the Office of Child Support ("OCS".) However, there is no pending enforcement action before the Court and the internal processes or procedures of OCS may be addressed through its internal administrative review process. Those issues are not before this Court.

Rather, from its review of the motion and appended documents, the Court construes Defendant's motion as a motion for relief from judgment pursuant to V.R.C.P. 60. The Court rules out the application of V.R.C.P. 59 both because it does not fit the claims made by Defendant but also because any motion made pursuant to Rule 59 must be made within 28 days of the entry of judgment and so, in this case, must necessarily fail since the order complained of was issued in July of 2020.

Plaintiff and the Office of Child Support (hereinafter "OCS") filed responses to the motion.

V.R.F.P. 4.0 makes the Vermont Rules of Civil Procedure applicable to divorce proceedings unless otherwise provided in specific rules. V.R.F.P. 4.0(a)(2)(A). A party may move to alter, amend, or reconsider an

Entry Regarding Motion
209-9-18 Bndm  Pate vs. Williams

Page 1 of 4

order under V.R.C.P. 59. See *Jones v. Murphy*, 172 Vt. 86, 89 (2001). A Rule 59 motion may be granted "to relieve a party against the unjust operation of the record resulting from the mistake or inadvertence of the court and not the fault or neglect of a party." *Coons v. Coons*, 2016 VT 88, ¶ 6, 202 Vt. 583 (quoting *Rubin v. Sterling Enterprises, Inc.*, 164 Vt. 582, 588 (1996)); see also *In re B.K.*, 2017 VT 105, ¶¶ 12, 13, 206 Vt. 110 (noting that "the goal of Rule 59(e) is to 'make clear that the [trial] court possesses the power to rectify its own mistakes in the period immediately following the entry of judgment'" and that "[w]hile the trial court has broad power under Rule 59(e) to reconsider issues previously presented, the rule does not contemplate reopening the evidence or creating a new record" (quoting *In re SP Land Co., LLC*, 2011 VT 104, ¶ 19, 190 Vt. 418)). The court may rule on a Rule 59 motion without a hearing. *Rubin*, 164 Vt. at 588.

As stated above, Rule 59 provides no relief to Defendant because the motion is filed outside the mandatory 28 day period.

Rule 60(b) allows the court to relieve a party from a final order for six specified reasons, including "(1) mistake, inadvertence, surprise, or excusable neglect"; "(2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b)"; "(3) fraud . . . , misrepresentation, or other misconduct of an adverse party"; "(4) the judgment is void"; "(5) the judgment has been satisfied, released, or discharged..." and "(6) any other reason justifying relief from the operation of the judgment." V.R.C.P. 60(b). "The motion shall be filed within a reasonable time, and for reasons (1), (2) and (3) not more than one year after the judgment. . ." Id.

A Rule 60 motion is addressed to the discretion of the trial court, *Richwagen v. Richwagen*, 153 Vt. 1, 3 (1989), which is "concerned about the certainty and finality of judgments so that litigation can reach an end." *Id.* at 4 (citing *In re Norris Trust*, 143 Vt. 325, 328 (1983)). A hearing is not necessary under Rule 60. *Sandgate Sch. Dist. v. Cate*, 2005 VT 88, ¶ 12, 178 Vt. 625.

Defendant was served with the initial summons and complaint for divorce by certified mail. He failed to appear for the divorce hearing held on December 30, 2019 and a default order was issued. That order notes that

he was aware of the hearing because he filed a motion to appear by telephone which was denied. The Court issued a final divorce order on February 3, 2020.

The matter was previously set for a child support hearing and Defendant was sent notice of the hearing by first class mail. The hearing was held on September 18, 2019. Plaintiff and OCS appeared. The Defendant failed to appear, and a temporary child support order was issued after hearing. The order was served on Defendant by personal service through the Sheriff's department. A hearing to establish final child support was scheduled for July 16, 2020 and the parties were sent notice of the hearing by first class mail. Neither party appeared at the July hearing despite notice and the Court converted the temporary child support order into a final order effective July 15, 2020. In it's order the Court indicated that no further hearings would be held unless a party filed a motion with the court establishing a real, substantial, and unanticipated change in circumstances. See 15 V.S.A. §660. Defendant filed this motion to vacate on July 22, 2022 which due to an apparent failure to pay the filing and service fees was delayed for a period of time.

Defendant's motion does not set forth a sufficient basis to vacate the Court's order under Rule 60. He has demonstrated no mistake, inadvertence, or excusable neglect on his part. The Defendant was properly served and had notice of the proceedings. Regardless, any such challenge would be untimely and must be denied.

Neither does Defendant assert any newly discovered evidence, or fraud or misconduct of the adverse party. Nevertheless, any such challenge would also be untimely and must be denied.

The Defendant asserts that the order is void "because the judgment or order was entered without evidence that the respondent willfully violated child support laws." See Defendant's Motion to Vacate at 6. However this Court is aware of no such requirement and routinely enters default orders in appropriate circumstances. Defendant provides no compelling factual or legal basis for this claim.

The Defendant also does not provide a basis to conclude that the order has been satisfied, released, discharged, reversed, or vacated.

Entry Regarding Motion
209-9-18 Bndm  Pate vs. Williams

Page 3 of 4

In short, Defendant has failed to sufficiently set forth grounds upon which a motion for relief from judgment can be granted under Rule 60. Therefore his motion must be denied.

So ordered.


Electronically signed November 3, 2022 pursuant to V.R.E.F. 9(d).


Joseph M. Lorman
Superior Court Magistrate

STATE OF VERMONT

SUPERIOR COURT                          FAMILY DIVISION
BENNINGTON UNIT                         Docket 209-9-18 Bndm

STEPHINE PATE,
      Plaintiff

v.

SEAN LE-RON WILLIAMS,
      Defendant

## OFFICE OF CHILD SUPPORT'S RESPONSE TO COURT'S ENTRY ORDER DATED SEPTEMBER 9, 2022

NOW COMES the Office of Child Support, by and through its authorized representative, and counsel, Victoria A. Santry, Esq., and responds to the Court's entry order dated September 9, 2022. In the Entry Order the Court directs OCS to provide a response indicating its position on the Motion to Vacate. OCS opposes the Motion to Vacate filed by the Defendant as he has failed to set forth a sufficient basis to vacate the court's order.

In sum, the docket reflects the following: On July 19 and July 26, 2019, a notice of hearing to establish child support was served on the parties via first class mail. Then on August 18, 2019, the hearing to establish child support was held. Both the Plaintiff and OCS were present at the hearing. However, the defendant failed to appear. As such, the court conducted a default child support hearing and established a temporary child support obligation. The temporary child support order was served on the defendant by the Sherriff's Department through personal service. A hearing to establish a final child support order was scheduled for July 16, 2020,

and a notice of hearing was sent to the parties via first class mail. However, neither the plaintiff nor the defendant appeared at that hearing. Based on the parties failing to appear despite receiving notice and OCS lacking an assignment of rights, the court converted the 9/18/2019 temporary order to a final child support order effective July 15, 2020. The docket reflects, in its order, the court indicated that there would be no further child support hearings unless the parties filed a motion establishing that there was a real, substantial and unanticipated change in circumstances. No such motions are reflected in the record. Then on July 22, 2022, the defendant filed the "Notice to Vacate Order of Default for Failure to Prove Willful Violation of Support Order."

Notably, "the court may relieve a party . . . from a final judgment [or] order" in limited circumstances. *See* Vt. R. Civ. P. 60(b). Specifically, the court may do so if there is:

> 1. mistake, inadvertence, surprise, or excusable neglect;
> 2. newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b);
> 3. fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party;
> 4. the judgment is void;
> 5. the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or
> 6. any other reason justifying relief from the operation of the judgment. The motion shall be filed within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken.

Vt. R. Civ. P. 60(b). Here, the defendant has not sufficiently established any of the above-listed factors nor has he sufficiently set forth grounds upon which the

court can otherwise vacate its order. First, the defendant does not assert that there was a "mistake, inadvertence, surprise" in his motion. Further, the defendant has failed to establish how his behavior constitutes excusable neglect. Rather, in his motion he simply asserts that he "was not properly notified to appear and his failure to appear is excusable neglect under federal rule 601(b)(1)" without any legal or factual support. *See e.g.,* Notice to Vacate Order at 5. In contrast to the defendant's assertion, the record is clear that the defendant was properly served and notified of the court proceedings. Regardless, any such challenge is untimely and must be denied. *See* Vt. R. Civ. P. 60(b)(6). Second, the defendant does not seem to assert that there is any newly asserted evidence as a basis to support the motion to vacate. Nevertheless, any such challenge is untimely and must be denied. *See* Vt. R. Civ. P. 60(b)(6). Third, the defendant does not seem to assert fraud, misrepresentation, or other misconduct of an adverse party; as a basis for vacating the order in his filing. Still, any such challenge is untimely and must be denied. *See* Vt. R. Civ. P. 60(b)(6). Fourth, the defendant asserts that the "default judgement or order . . . is void because the judgement or order was entered without evidence that the respondent willfully violated child support laws." *See* Notice to Vacate Order at 6. However, the defendant fails to provide any factual or legal support for his assertion that the order is void. Fifth, the defendant does not seem to assert that order has otherwise been satisfied, released, discharged, reversed or vacated or no longer equitable as a basis for vacating the order. Finally, the defendant makes various other assertions seemingly centered around his claim that he was not

properly notified of the court proceedings. However, as previously mentioned, the record is clear that the defendant was properly served and notified of the court proceedings. Defendant's arguments therefore fail.

In sum, the defendant has failed to sufficiently set forth grounds upon which the court can vacate its order. As such, the defendant's motion must be denied.

WHEREFORE, the Office of Child Support asks that the Court accept this response to the Court's entry order.

DATED at Rutland, Vermont, this 20th day of September 2022.

*Victoria A. Santry*

Victoria Santry, Esq.
Staff Attorney
Office of Child Support
88 Merchants Row, Ste. 420
Rutland, Vermont 05701
802-786-5060
Victoria.Santry@vermont.gov

## CERTIFICATE OF SERVICE

I certify that I have delivered this Motion to all other parties to this case as follows:

| Name | Method | Address |
|------|--------|---------|
| Stephanie Pate | FCM | Confidential Address |
| Sean Williams | FCM | 550 1st Avenue<br>New York, NY, 10016<br><br>&<br><br>141 West 127 Street<br>New York, NY, 10027 |

Dated at Rutland, in the County of Rutland, and State of Vermont this 20 day of September, 2022.

*Victoria A. Santry*

_____

Victoria Santry, Esq.
Staff Attorney | Vermont Office of Child Support
88 Merchants Row | Suite 420
Rutland, Vermont 05701

# PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED



how2recycle.info

ES
ICE®

').*

ional destinations.

**Retail**

STAGE PAID

**80**   Origin: 10016
04/14/23
3596160016-17.

AIL®

1 Lb 14.90 Oz
**RDC 05**

15/23

C099

FROM: Sean Williams
141 west 127 street apt 6a
NY NY 10027

USMPS
SDNY

TO: Clerk of Court
United States District court
Southern District of New York
U.S. Courthouse - 500 pearl street
New York, NY 10007

RECEIVED
APR 17 2023
CLERK'S OFFICE
S.D.N.Y.



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; July 2022; All rights reserved.

**DuPont™ Tyvek®**
Protect What's inside.™

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE



# UNITED STATES
# POSTAL SERVICE ®

PRESS

- ▓ Expected delivery date specified for domestic use.
- ▓ Domestic shipments include $100 of insurance (restrictions apply).*
- ▓ USPS Tracking® service included ~~~~~ domestic and many international destinati
- ▓ Limited international insurance.**
- ▓ When used internationally, a cus

*Insurance does not cover certain items. F
Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://

## MAILING ENV
### FOR DOMESTIC AND INTI

To schedule free Package Pi
scan the QR code.



USPS.COM/PICKUI

## TRACKED ▪ INSURE

Is FIRMLY TO SEAL



# UNITED STATES
# POSTAL SERVICE.

## P

US POSTAGE PAI
### $9.80      Origin
                04/14
                3596

### PRIORITY MAIL®

1 Lb 1

EXPECTED DELIVERY DAY:   04/15/23          RD

SHIP
TO:
        500 PEARL ST
        NEW YORK NY 10007-1316          C099

### USPS TRACKING® #

9505 5132 2092 3104 8756 05



PS00000133100

EP14 July 2022
OD: 15 x 11.625