Sean Williams
141 West 127 St. apt 6a
New York NY 10027

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| Sean Williams,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Lorman, Victoria Thorpe, Wendy Dickie, Office of Child Support,<br>　　　　Defendant | Case No.: 2:23-cv-77<br><br>**CIVIL ACTION**<br>**MOTION FOR DEFAULT**<br>**JUDGMENT** |

TO THE CLERK OF THE ABOVE NAMED COURT:

　　　　PLEASE ENTER UPON THE DOCKET THE DEFAULT OF THE DEFENDANTS Joseph Lorman, Victoria Thorpe, Wendy Dickie, AND OFFICE OF CHILD SUPPORT IN THE ABOVE ENTITLED ACTION FOR FAILURE TO PLEAD OR OTHERWISE DEFEND AS PROVEDED BY THE RULES OF CIVIL PRACTICE.

　　　　I AM Sean Williams, THE PLAINTIFF IN THE ABOVE ENTITLED ACTION. THE SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION WERE SERVED UPON DEFENDANT Joseph Lorman, on DEC 19, 2023, DEFENDANTS Wendy Dickie, Victora Thorpe, AND OTTICE OF CHILD SUPPORT ON JAN 4, 2024 AS APPEAR FROM THE RETURN OF PROCESS FILED WITH THE COURT.

　　　　THE TIME WITHIN WHICH DEFENDANTS MAY ANSWR OR OTHERWISE MOVE AS TO THE SAID COMPLAINT HAS EXPIRED, HAS NOT BEEN EXTENDED OR ENLARGED. NO DEFENDANT NAMED

CIVIL ACTIONMOTION FOR DEFAULT JUDGMENT - 1

HEREIN HAS ANSWERED OR OTHERWISE MOVED. WHEREFORE, PLAINTIFF MOVES THIS COURT TO SUSTAIN THIS MOTION AND GRANT DEFAULT JUDGMENT IN PLAINTIFF'S FAVOR.

    I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

    Dated this 19 of March, 2024.

                                       Sean Williams

STATE OF __NY__
COUNTY OF _____

The foregoing instrument was acknowledged before me this __19__ day of __Mar__, 20__24__, by __Sean Williams__

Notary Public's Signature
Notary Name: Munoz
My Commission Exp. __4/3/27__



NATALIE MUNOZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Kings County
01MU0004868
MY COMMISSION EXPIRES 04/03/2027

CIVIL ACTIONMOTION FOR DEFAULT JUDGMENT - 2