# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| SEAN L. WILLIAMS<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOSPEH LORMAN, Magistrate; VICTORIA THOPE, Case Manager; WENDY DICKIE, Court Operation Manager; and OFFICE OF CHILD SUPPORT<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No.  2:23-cv-77<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☐ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 23) filed June 11, 2024, plaintiff's Motion for Default Judgment (Document 21) is DENIED. Also, pursuant to Federal Rules of Civil Procedure 4(m), plaintiff's Complaint (Document 1) is DISMISSED without prejudice.

Date:  June 11, 2024

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  6/11/2024

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*